## UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF FLORIDA
## ORLANDO DIVISION
### www.flmb.uscourts.gov

In re:

**HASMUKH PATEL and NIRUBEN PATEL,**

      Debtors.

**Case No.: 6:18-bk-00036-KSJ**
**Chapter 7**

_____/

**FLORIDA COMMUNITY BANK, N.A., f/k/a,**
**PREMIER AMERICAN BANK, NA., a**
**national banking association, as Assignee of**
**the Federal Deposit Insurance Corporation**
**as Receiver for Coastal Bank,**

**Adv. Pro. 6:18-ap-00029-KSJ**

      Plaintiff,

vs.

**HASMUKH PATEL and NIRUBEN PATEL,**

      Defendants.

_____/

### AFFIDAVIT OF HASMUKH PATEL

**STATE OF FLORIDA**    )
                   )
**COUNTY OF DUVAL**    )

On this day personally appeared before us, the undersigned officer duly authorized to administer oaths and take acknowledgments, **HASMUKH PATEL** ("Mr. Patel"), who after being by me first duly cautioned and sworn, upon their oath, deposes and says that:

1.    I, **HASMUKH PATEL**, am over the age of eighteen years and have personal knowledge concerning the statements set forth in this affidavit.

2.    I hereby certify the Form 1040 Individual Income Tax Returns for years 2014, 2015, 2016 and 2017 attached hereto as **Composite Exhibit "A"** are true and correct and were filed with the Internal Revenue Service through a third-party.

**EXHIBIT "F"**

**FURTHER AFFIANT SAYETH NAUGHT.**

HASMUKH PATEL

STATE OF FLORIDA          )
                          )
COUNTY OF Duval           )

The foregoing instrument was sworn and subscribed before me this 31st day of January, 2019, by **HASMUKH PATEL**, who is personally known to me or who has produced Florida Driver License as identification, and who did take an oath.

NOTARY PUBLIC
My Commission Expires:

NOELITA SMITH
Notary Public - State of Florida
Commission # GG 93237
My Comm. Expires Mar 7, 2022
Bonded through National Notary Assn

Composite Exhibit "A"

| Form **1040** | Department of the Treasury – Internal Revenue Service (99)<br>**U.S. Individual Income Tax Return** | 20**14** | OMB No. 1545-0074 | IRS Only—Do not write or staple in this space. |
|---|---|---|---|---|

For the year Jan. 1–Dec. 31, 2014, or other tax year beginning , 2014, ending , 20 | See separate instructions.

| Your first name and initial | Last name | Your social security number |
|---|---|---|
| Hasmukh | Patel | |
| If a joint return, spouse's first name and initial | Last name | Spouse's social security number |
| Niruben | Patel | |

Home address (number and street). If you have a P.O. box, see instructions. | Apt. no.

1181 Airport Rd

▲ Make sure the SSN(s) above and on line 6c are correct.

City, town or post office, state, and ZIP code. If you have a foreign address, also complete spaces below (see instructions).

Jacksonville FL 32218

Foreign country name | Foreign province/state/county | Foreign postal code

**Presidential Election Campaign**
Check here if you, or your spouse if filing jointly, want $3 to go to this fund. Checking a box below will not change your tax or refund. ☐ You ☐ Spouse

**Filing Status**

Check only one box.

1 ☐ Single
2 ☒ Married filing jointly (even if only one had income)
3 ☐ Married filing separately. Enter spouse's SSN above and full name here. ▶
4 ☐ Head of household (with qualifying person). (See instructions.) If the qualifying person is a child but not your dependent, enter this child's name here. ▶
5 ☐ Qualifying widow(er) with dependent child

**Exemptions**

6a ☒ **Yourself.** If someone can claim you as a dependent, **do not** check box 6a . . .
b ☒ **Spouse** . . . . . . . . . .

| c Dependents: | | | |
|---|---|---|---|
| (1) First name    Last name | (2) Dependent's social security number | (3) Dependent's relationship to you | (4) ✓ if child under age 17 qualifying for child tax credit (see instructions) |
| Reema    Patel | | Daughter | ☐ |
| | | | ☐ |
| | | | ☐ |
| | | | ☐ |

If more than four dependents, see instructions and check here ▶ ☐

Boxes checked on 6a and 6b: **2**
No. of children on 6c who:
• lived with you **1**
• did not live with you due to divorce or separation (see instructions)
Dependents on 6c not entered above
Add numbers on lines above ▶ **3**

d Total number of exemptions claimed

**Income**

Attach Form(s) W-2 here. Also attach Forms W-2G and 1099-R if tax was withheld.

If you did not get a W-2, see instructions.

| | | | |
|---|---|---|---|
| 7 | Wages, salaries, tips, etc. Attach Form(s) W-2 | 7 | 51,617. |
| 8a | Taxable interest. Attach Schedule B if required | 8a | 59. |
| b | Tax-exempt interest. **Do not** include on line 8a . . . | 8b | |
| 9a | Ordinary dividends. Attach Schedule B if required | 9a | 281. |
| b | Qualified dividends | 9b | 281. |
| 10 | Taxable refunds, credits, or offsets of state and local income taxes | 10 | |
| 11 | Alimony received | 11 | |
| 12 | Business income or (loss). Attach Schedule C or C-EZ | 12 | |
| 13 | Capital gain or (loss). Attach Schedule D if required. If not required, check here ▶ ☐ | 13 | 7,949. |
| 14 | Other gains or (losses). Attach Form 4797 | 14 | |
| 15a | IRA distributions | 15a | b Taxable amount | 15b | |
| 16a | Pensions and annuities | 16a | b Taxable amount | 16b | |
| 17 | Rental real estate, royalties, partnerships, S corporations, trusts, etc. Attach Schedule E | 17 | -100,253. |
| 18 | Farm income or (loss). Attach Schedule F | 18 | |
| 19 | Unemployment compensation | 19 | 550. |
| 20a | Social security benefits | 20a | b Taxable amount | 20b | |
| 21 | Other income. List type and amount | 21 | |
| 22 | Combine the amounts in the far right column for lines 7 through 21. This is your **total income** ▶ | 22 | -39,797. |

**Adjusted Gross Income**

| | | | |
|---|---|---|---|
| 23 | Educator expenses | 23 | |
| 24 | Certain business expenses of reservists, performing artists, and fee-basis government officials. Attach Form 2106 or 2106-EZ | 24 | |
| 25 | Health savings account deduction. Attach Form 8889 | 25 | |
| 26 | Moving expenses. Attach Form 3903 | 26 | |
| 27 | Deductible part of self-employment tax. Attach Schedule SE | 27 | |
| 28 | Self-employed SEP, SIMPLE, and qualified plans | 28 | |
| 29 | Self-employed health insurance deduction | 29 | |
| 30 | Penalty on early withdrawal of savings | 30 | |
| 31a | Alimony paid b Recipient's SSN ▶ | 31a | |
| 32 | IRA deduction | 32 | |
| 33 | Student loan interest deduction | 33 | |
| 34 | Tuition and fees. Attach Form 8917 | 34 | |
| 35 | Domestic production activities deduction. Attach Form 8903 | 35 | |
| 36 | Add lines 23 through 35 | 36 | |
| 37 | Subtract line 36 from line 22. This is your **adjusted gross income** ▶ | 37 | -39,797. |

For Disclosure, Privacy Act, and Paperwork Reduction Act Notice, see separate instructions. BAA    REV 05/19/15 TTW    Form **1040** (2014)

Form 1040 (2014)       **Composite Exhibit "A"**        Page **2**

| | | | |
|---|---|---|---|
| **Tax and Credits** | 38 | Amount from line 37 (adjusted gross income) | 38 | -39,797. |

| | | |
|---|---|---|
| **Tax and Credits** | 38 Amount from line 37 (adjusted gross income) | **38** -39,797. |
| | 39a Check if: ☐ You were born before January 2, 1950, ☐ Blind. ☐ Spouse was born before January 2, 1950, ☐ Blind. } Total boxes checked ► 39a | |
| | b If your spouse itemizes on a separate return or you were a dual-status alien, check here ► 39b ☐ | |
| **Standard Deduction for—** • People who check any box on line 39a or 39b or who can be claimed as a dependent, see instructions. • All others: Single or Married filing separately, $6,200 Married filing jointly or Qualifying widow(er), $12,400 Head of household, $9,100 | 40 Itemized deductions (from Schedule A) or your standard deduction (see left margin) | **40** 13,362. |
| | 41 Subtract line 40 from line 38 | **41** -53,159. |
| | 42 Exemptions. If line 38 is $152,525 or less, multiply $3,950 by the number on line 6d. Otherwise, see instructions | **42** 11,850. |
| | 43 Taxable income. Subtract line 42 from line 41. If line 42 is more than line 41, enter -0- | **43** 0. |
| | 44 Tax (see instructions). Check if any from: a ☐ Form(s) 8814 b ☐ Form 4972 c ☐ | **44** 0. |
| | 45 Alternative minimum tax (see instructions). Attach Form 6251 | **45** |
| | 46 Excess advance premium tax credit repayment. Attach Form 8962 | **46** |
| | 47 Add lines 44, 45, and 46 ► | **47** 0. |
| | 48 Foreign tax credit. Attach Form 1116 if required | 48 | |
| | 49 Credit for child and dependent care expenses. Attach Form 2441 | 49 | |
| | 50 Education credits from Form 8863, line 19 | 50 | |
| | 51 Retirement savings contributions credit. Attach Form 8880 | 51 | |
| | 52 Child tax credit. Attach Schedule 8812, if required | 52 | |
| | 53 Residential energy credits. Attach Form 5695 | 53 | |
| | 54 Other credits from Form: a ☐ 3800 b ☒ 8801 c ☐ | 54 | 0. |
| | 55 Add lines 48 through 54. These are your total credits | **55** 0. |
| | 56 Subtract line 55 from line 47. If line 55 is more than line 47, enter -0- | **56** 0. |
| **Other Taxes** | 57 Self-employment tax. Attach Schedule SE | **57** |
| | 58 Unreported social security and Medicare tax from Form: a ☐ 4137 b ☐ 8919 | **58** |
| | 59 Additional tax on IRAs, other qualified retirement plans, etc. Attach Form 5329 if required | **59** |
| | 60a Household employment taxes from Schedule H | **60a** |
| | b First-time homebuyer credit repayment. Attach Form 5405 if required | **60b** |
| | 61 Health care: individual responsibility (see instructions) Full-year coverage ☒ | **61** |
| | 62 Taxes from: a ☐ Form 8959 b ☐ Form 8960 c ☐ Instructions; enter code(s) | **62** |
| | 63 Add lines 56 through 62. This is your total tax ► | **63** 0. |
| **Payments** If you have a qualifying child, attach Schedule EIC. | 64 Federal income tax withheld from Forms W-2 and 1099 | 64 | 2,349. |
| | 65 2014 estimated tax payments and amount applied from 2013 return | 65 | |
| | 66a Earned income credit (EIC) NO | 66a | |
| | b Nontaxable combat pay election | 66b | |
| | 67 Additional child tax credit. Attach Schedule 8812 | 67 | |
| | 68 American opportunity credit from Form 8863, line 8 | 68 | |
| | 69 Net premium tax credit. Attach Form 8962 | 69 | |
| | 70 Amount paid with request for extension to file | 70 | |
| | 71 Excess social security and tier 1 RRTA tax withheld | 71 | |
| | 72 Credit for federal tax on fuels. Attach Form 4136 | 72 | |
| | 73 Credits from Form: a ☐ 2439 b ☐ Reserved c ☐ Reserved d ☐ | 73 | |
| | 74 Add lines 64, 65, 66a, and 67 through 73. These are your total payments ► | **74** 2,349. |
| **Refund** Direct deposit? See instructions. | 75 If line 74 is more than line 63, subtract line 63 from line 74. This is the amount you overpaid | **75** 2,349. |
| | 76a Amount of line 75 you want refunded to you. If Form 8888 is attached, check here ► ☐ | **76a** 2,349. |
| | ► b Routing number _____ ► c Type: ☒ Checking ☐ Savings | |
| | ► d Account number _____ | |
| | 77 Amount of line 75 you want applied to your 2015 estimated tax ► | 77 | |
| **Amount You Owe** | 78 Amount you owe. Subtract line 74 from line 63. For details on how to pay, see instructions ► | **78** |
| | 79 Estimated tax penalty (see instructions) | 79 | |

**Third Party Designee** Do you want to allow another person to discuss this return with the IRS (see instructions)? ☐ Yes. Complete below. ☒ No

Designee's name ►    Phone no. ►    Personal identification number (PIN) ►

**Sign Here** Joint return? See instructions. Keep a copy for your records.

Under penalties of perjury, I declare that I have examined this return and accompanying schedules and statements, and to the best of my knowledge and belief, they are true, correct, and complete. Declaration of preparer (other than taxpayer) is based on all information of which preparer has any knowledge.

| Your signature | Date | Your occupation Manager | Daytime phone number (904) 206-2915 |
|---|---|---|---|
| Spouse's signature. If a joint return, both must sign. | Date | Spouse's occupation Work | If the IRS sent you an Identity Protection PIN, enter it here (see inst.) |

**Paid Preparer Use Only**

| Print/Type preparer's name | Preparer's signature | Date | Check ☐ if self-employed | PTIN |
|---|---|---|---|---|
| Firm's name ► Self-Prepared | | | Firm's EIN ► | |
| Firm's address ► | | | Phone no. | |

Composite Exhibit "A"

**SCHEDULE A**
**(Form 1040)**

Department of the Treasury
Internal Revenue Service (99)

## Itemized Deductions

► Information about Schedule A and its separate instructions is at www.irs.gov/schedulea.
► Attach to Form 1040.

OMB No. 1545-0074

**2014**

Attachment
Sequence No. **07**

Name(s) shown on Form 1040

Hasmukh & Niruben Patel

Your social security number

| | | | | |
|---|---|---|---|---|
| **Medical and Dental Expenses** | | Caution. Do not include expenses reimbursed or paid by others. | | |
| | 1 | Medical and dental expenses (see instructions) . . . . . | **1** | |
| | 2 | Enter amount from Form 1040, line 38 **2** | | |
| | 3 | Multiply line 2 by 10% (.10). But if either you or your spouse was born before January 2, 1950, multiply line 2 by 7.5% (.075) instead | **3** | |
| | 4 | Subtract line 3 from line 1. If line 3 is more than line 1, enter -0- . . . . . . . | | **4** |
| **Taxes You Paid** | 5 | State and local (check only one box): <br> a ☐ Income taxes, or <br> b ☐ General sales taxes | **5** | |
| | 6 | Real estate taxes (see instructions) . . . . . . . . | **6** | 5,274. |
| | 7 | Personal property taxes . . . . . . . . . . . | **7** | |
| | 8 | Other taxes. List type and amount ► _____ | **8** | |
| | 9 | Add lines 5 through 8 . . . . . . . . . . . . | | **9** | 5,274. |
| **Interest You Paid** | 10 | Home mortgage interest and points reported to you on Form 1098 | **10** | 8,088. |
| **Note.** Your mortgage interest deduction may be limited (see instructions). | 11 | Home mortgage interest not reported to you on Form 1098. If paid to the person from whom you bought the home, see instructions and show that person's name, identifying no., and address ► _____ | **11** | |
| | 12 | Points not reported to you on Form 1098. See instructions for special rules . . . . . . . . . . . . . . | **12** | |
| | 13 | Mortgage insurance premiums (see instructions) . . . . | **13** | |
| | 14 | Investment interest. Attach Form 4952 if required. (See instructions.) | **14** | |
| | 15 | Add lines 10 through 14 . . . . . . . . . . . | | **15** | 8,088. |
| **Gifts to Charity** | 16 | Gifts by cash or check. If you made any gift of $250 or more, see instructions. | **16** | |
| If you made a gift and got a benefit for it, see instructions. | 17 | Other than by cash or check. If any gift of $250 or more, see instructions. You must attach Form 8283 if over $500 . | **17** | |
| | 18 | Carryover from prior year . . . . . . . . . . | **18** | |
| | 19 | Add lines 16 through 18 . . . . . . . . . . . | | **19** | |
| **Casualty and Theft Losses** | 20 | Casualty or theft loss(es). Attach Form 4684. (See instructions.) . | | **20** | |
| **Job Expenses and Certain Miscellaneous Deductions** | 21 | Unreimbursed employee expenses—job travel, union dues, job education, etc. Attach Form 2106 or 2106-EZ if required. (See instructions.) ► _____ | **21** | |
| | 22 | Tax preparation fees . . . . . . . . . . . . | **22** | |
| | 23 | Other expenses—investment, safe deposit box, etc. List type and amount ► _____ | **23** | |
| | 24 | Add lines 21 through 23 . . . . . . . . . . . | **24** | |
| | 25 | Enter amount from Form 1040, line 38 **25** | | |
| | 26 | Multiply line 25 by 2% (.02) . . . . . . . . . . | **26** | |
| | 27 | Subtract line 26 from line 24. If line 26 is more than line 24, enter -0- . . . . . . | | **27** | |
| **Other Miscellaneous Deductions** | 28 | Other—from list in instructions. List type and amount ► _____ | | **28** | |
| **Total Itemized Deductions** | 29 | Is Form 1040, line 38, over $152,525? <br> ☒ **No.** Your deduction is not limited. Add the amounts in the far right column for lines 4 through 28. Also, enter this amount on Form 1040, line 40. <br> ☐ **Yes.** Your deduction may be limited. See the Itemized Deductions Worksheet in the instructions to figure the amount to enter. | | **29** | 13,362. |
| | 30 | If you elect to itemize deductions even though they are less than your standard deduction, check here . . . . . . . . . . . . . . . . . . ► ☐ | | | |

For Paperwork Reduction Act Notice, see Form 1040 instructions.   BAA     REV 12/30/14 TTW     Schedule A (Form 1040) 2014

**SCHEDULE D**
**(Form 1040)**

Department of the Treasury
Internal Revenue Service (99)

Composite Exhibit "A"

# Capital Gains and Losses

▶ **Attach to Form 1040 or Form 1040NR.**
▶ **Information about Schedule D and its separate instructions is at** *www.irs.gov/scheduled.*
▶ **Use Form 8949 to list your transactions for lines 1b, 2, 3, 8b, 9, and 10.**

OMB No. 1545-0074

20**14**

Attachment
Sequence No. **12**

Name(s) shown on return
Hasmukh & Niruben Patel

Your social security number

## Part I — Short-Term Capital Gains and Losses—Assets Held One Year or Less

| See instructions for how to figure the amounts to enter on the lines below.<br><br>This form may be easier to complete if you round off cents to whole dollars. | (d)<br>Proceeds<br>(sales price) | (e)<br>Cost<br>(or other basis) | (g)<br>Adjustments<br>to gain or loss from<br>Form(s) 8949,<br>line 2, column (g) | (h) Gain or (loss)<br>Subtract column (e)<br>from column (d) and<br>combine the result with<br>column (g) |
|---|---|---|---|---|
| **1a** Totals for all short-term transactions reported on Form 1099-B for which basis was reported to the IRS and for which you have no adjustments (see instructions). However, if you choose to report all these transactions on Form 8949, leave this line blank and go to line 1b . | | | | |
| **1b** Totals for all transactions reported on Form(s) 8949 with **Box A** checked . . . . . . . . . . | | | | |
| **2** Totals for all transactions reported on Form(s) 8949 with **Box B** checked . . . . . . . . . . | | | | |
| **3** Totals for all transactions reported on Form(s) 8949 with **Box C** checked . . . . . . . . . . | | | | |

| | | |
|---|---|---|
| **4** Short-term gain from Form 6252 and short-term gain or (loss) from Forms 4684, 6781, and 8824 . | **4** | |
| **5** Net short-term gain or (loss) from partnerships, S corporations, estates, and trusts from Schedule(s) K-1 | **5** | |
| **6** Short-term capital loss carryover. Enter the amount, if any, from line 8 of your **Capital Loss Carryover Worksheet** in the instructions . . . . . . . . . . . . . . . . . | **6** ( | ) |
| **7** **Net short-term capital gain or (loss).** Combine lines 1a through 6 in column (h). If you have any long-term capital gains or losses, go to Part II below. Otherwise, go to Part III on the back . | **7** | |

## Part II — Long-Term Capital Gains and Losses—Assets Held More Than One Year

| See instructions for how to figure the amounts to enter on the lines below.<br><br>This form may be easier to complete if you round off cents to whole dollars. | (d)<br>Proceeds<br>(sales price) | (e)<br>Cost<br>(or other basis) | (g)<br>Adjustments<br>to gain or loss from<br>Form(s) 8949, Part II,<br>line 2, column (g) | (h) Gain or (loss)<br>Subtract column (e)<br>from column (d) and<br>combine the result with<br>column (g) |
|---|---|---|---|---|
| **8a** Totals for all long-term transactions reported on Form 1099-B for which basis was reported to the IRS and for which you have no adjustments (see instructions). However, if you choose to report all these transactions on Form 8949, leave this line blank and go to line 8b . | | | | |
| **8b** Totals for all transactions reported on Form(s) 8949 with **Box D** checked . . . . . . . . . . | | | | |
| **9** Totals for all transactions reported on Form(s) 8949 with **Box E** checked . . . . . . . . . . | 20,155. | 12,206. | | 7,949. |
| **10** Totals for all transactions reported on Form(s) 8949 with **Box F** checked . . . . . . . . . . | | | | |

| | | |
|---|---|---|
| **11** Gain from Form 4797, Part I; long-term gain from Forms 2439 and 6252; and long-term gain or (loss) from Forms 4684, 6781, and 8824 | **11** | |
| **12** Net long-term gain or (loss) from partnerships, S corporations, estates, and trusts from Schedule(s) K-1 | **12** | |
| **13** Capital gain distributions. See the instructions . . . . . . . . . . . . . . . | **13** | |
| **14** Long-term capital loss carryover. Enter the amount, if any, from line 13 of your **Capital Loss Carryover Worksheet** in the instructions . . . . . . . . . . . . . . . | **14** ( | ) |
| **15** **Net long-term capital gain or (loss).** Combine lines 8a through 14 in column (h). Then go to Part III on the back . | **15** | 7,949. |

For Paperwork Reduction Act Notice, see your tax return instructions.   BAA      REV 11/26/14 TTW      Schedule D (Form 1040) 2014

Composite Exhibit "A"

Schedule D (Form 1040) 2014

Page **2**

| **Part III** | **Summary** |

**16** Combine lines 7 and 15 and enter the result . . . . . . . . . . . . . . . . . | **16** | 7,949.

- If line 16 is a **gain,** enter the amount from line 16 on Form 1040, line 13, or Form 1040NR, line 14. Then go to line 17 below.
- If line 16 is a **loss,** skip lines 17 through 20 below. Then go to line 21. Also be sure to complete line 22.
- If line 16 is **zero,** skip lines 17 through 21 below and enter -0- on Form 1040, line 13, or Form 1040NR, line 14. Then go to line 22.

**17** Are lines 15 and 16 **both** gains?
☒ **Yes.** Go to line 18.
☐ **No.** Skip lines 18 through 21, and go to line 22.

**18** Enter the amount, if any, from line 7 of the **28% Rate Gain Worksheet** in the instructions . . ▶ | **18** |

**19** Enter the amount, if any, from line 18 of the **Unrecaptured Section 1250 Gain Worksheet** in the instructions . . . . . . . . . . . . . . . . . . . . . . ▶ | **19** |

**20** Are lines 18 and 19 **both** zero or blank?
☒ **Yes.** Complete the **Qualified Dividends and Capital Gain Tax Worksheet** in the instructions for Form 1040, line 44 (or in the instructions for Form 1040NR, line 42). **Do not** complete lines 21 and 22 below.

☐ **No.** Complete the **Schedule D Tax Worksheet** in the instructions. **Do not** complete lines 21 and 22 below.

**21** If line 16 is a loss, enter here and on Form 1040, line 13, or Form 1040NR, line 14, the **smaller** of:

- The loss on line 16 or
- ($3,000), or if married filing separately, ($1,500) . . . . . . . . . . . | **21** |( )

**Note.** When figuring which amount is smaller, treat both amounts as positive numbers.

**22** Do you have qualified dividends on Form 1040, line 9b, or Form 1040NR, line 10b?

☐ **Yes.** Complete the **Qualified Dividends and Capital Gain Tax Worksheet** in the instructions for Form 1040, line 44 (or in the instructions for Form 1040NR, line 42).

☐ **No.** Complete the rest of Form 1040 or Form 1040NR.

REV 11/26/14 TTW

Schedule D (Form 1040) 2014

**Composite Exhibit "A"**

Form 8949 (2014)

Attachment Sequence No. **12A**   Page **2**

| Name(s) shown on return. Name and SSN or taxpayer identification no. not required if shown on other side | Social security number or taxpayer identification number |
|---|---|
| Hasmukh & Niruben Patel | |

*Before you check Box D, E, or F below, see whether you received any Form(s) 1099-B or substitute statement(s) from your broker. A substitute statement will have the same information as Form 1099-B. Either may show your basis (usually your cost) even if your broker did not report it to the IRS. Brokers must report basis to the IRS for most stock you bought in 2011 or later (and for certain debt instruments you bought in 2014 or later).*

**Part II**   **Long-Term.** Transactions involving capital assets you held more than 1 year are long term. For short-term transactions, see page 1.

**Note.** You may aggregate all long-term transactions reported on Form(s) 1099-B showing basis was reported to the IRS and for which no adjustments or codes are required. Enter the total directly on Schedule D, line 8a; you are not required to report these transactions on Form 8949 (see instructions).

**You must check Box D, E, or F below. Check only one box.** If more than one box applies for your long-term transactions, complete a separate Form 8949, page 2, for each applicable box. If you have more long-term transactions than will fit on this page for one or more of the boxes, complete as many forms with the same box checked as you need.

- ☐ **(D)** Long-term transactions reported on Form(s) 1099-B showing basis was reported to the IRS (see **Note** above)
- ☒ **(E)** Long-term transactions reported on Form(s) 1099-B showing basis was **not** reported to the IRS
- ☐ **(F)** Long-term transactions not reported to you on Form 1099-B

| 1 (a) Description of property (Example: 100 sh. XYZ Co.) | (b) Date acquired (Mo., day, yr.) | (c) Date sold or disposed (Mo., day, yr.) | (d) Proceeds (sales price) (see instructions) | (e) Cost or other basis. See the Note below and see Column (e) in the separate instructions | (f) Code(s) from instructions | (g) Amount of adjustment | (h) Gain or (loss). Subtract column (e) from column (d) and combine the result with column (g) |
|---|---|---|---|---|---|---|---|
| 190.82 ROCKWELL COLLINS INC | 01/31/05 | 10/09/14 | 14,332. | 6,629. | | | 7,703. |
| 0.51 ROCKWELL COLLINS INC | 06/06/05 | 10/15/14 | 38.03 | 24.74 | | | 13.29 |
| 4.29 ROCKWELL COLLINS INC | 06/06/05 | 10/09/14 | 322.10 | 209.96 | | | 112.14 |
| 4.89 ROCKWELL COLLINS INC | 03/07/05 | 10/09/14 | 367.11 | 234.11 | | | 133. |
| ROCKWELL COLLINS INC | 12/06/04 | 10/09/14 | 0.22 | 0.12 | | | 0.10 |
| 50.00 INTEL CORP | 12/13/00 | 10/09/14 | 1,685.47 | 1,804.33 | | | -118.86 |
| 100.00 INTEL CORP | 07/09/02 | 10/09/14 | 3,382.28 | 1,833.99 | | | 1,548.29 |
| 400.00 QUESTAR ASSESSMENT INC | 03/23/00 | 10/09/14 | 28. | 1,469.95 | | | -1,441.95 |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |

**2 Totals.** Add the amounts in columns (d), (e), (g), and (h) (subtract negative amounts). Enter each total here and include on your Schedule D, **line 8b** (if **Box D** above is checked), **line 9** (if **Box E** above is checked), or **line 10** (if **Box F** above is checked) ▶

| | (d) | (e) | | (h) |
|---|---|---|---|---|
| | 20,155.21 | 12,206.20 | | 7,949.01 |

**Note.** If you checked Box D above but the basis reported to the IRS was incorrect, enter in column (e) the basis as reported to the IRS, and enter an adjustment in column (g) to correct the basis. See *Column (g)* in the separate instructions for how to figure the amount of the adjustment.

Form **8949** (2014)

**Composite Exhibit "A"**

| Schedule E (Form 1040) 2014 | Attachment Sequence No. **13** | Page **2** |
|---|---|---|

Name(s) shown on return. Do not enter name and social security number if shown on other side.

**Your social security number**

Hasmukh & Niruben Patel

**Caution.** The IRS compares amounts reported on your tax return with amounts shown on Schedule(s) K-1.

**Part II** — **Income or Loss From Partnerships and S Corporations** **Note.** If you report a loss from an at-risk activity for which **any** amount is **not** at risk, you **must** check the box in column **(e)** on line 28 and attach **Form 6198.** See instructions.

**27** Are you reporting any loss not allowed in a prior year due to the at-risk, excess farm loss, or basis limitations, a prior year unallowed loss from a passive activity (if that loss was not reported on Form 8582), or unreimbursed partnership expenses? If you answered "Yes," see instructions before completing this section.    ☐ Yes    ☒ No

| 28 | (a) Name | (b) Enter **P** for partnership; **S** for S corporation | (c) Check if foreign partnership | (d) Employer identification number | (e) Check if any amount is not at risk |
|---|---|---|---|---|---|
| A | H & N HOSPITALITY, LLLP | P | ☐ | 26-1954135 | ☐ |
| B | R & H Hospitality, LLLP | P | ☐ | 20-5652564 | ☐ |
| C | ISHA HOSPITALITY, LLLP | P | ☐ | 27-0279193 | ☐ |
| D | See line 28 information | | ☐ | | ☐ |

| | Passive Income and Loss | | Nonpassive Income and Loss | | |
|---|---|---|---|---|---|
| | (f) Passive loss allowed (attach **Form 8582** if required) | (g) Passive income from **Schedule K-1** | (h) Nonpassive loss from **Schedule K-1** | (i) Section 179 expense deduction from **Form 4562** | (j) Nonpassive income from **Schedule K-1** |
| A | | | | | 0. |
| B | | | 2,367. | | |
| C | | | 4,592. | | |
| D | | | 97,600. | | 4,306. |
| 29a Totals | | | | | 4,306. |
| b Totals | | | 104,559. | | |

| 30 | Add columns (g) and (j) of line 29a | 30 | 4,306. |
|---|---|---|---|
| 31 | Add columns (f), (h), and (i) of line 29b | 31 | ( 104,559. ) |
| 32 | **Total partnership and S corporation income or (loss).** Combine lines 30 and 31. Enter the result here and include in the total on line 41 below | 32 | -100,253. |

**Part III** — **Income or Loss From Estates and Trusts**

| 33 | (a) Name | (b) Employer identification number |
|---|---|---|
| A | | |
| B | | |

| | Passive Income and Loss | | Nonpassive Income and Loss | |
|---|---|---|---|---|
| | (c) Passive deduction or loss allowed (attach **Form 8582** if required) | (d) Passive income from **Schedule K-1** | (e) Deduction or loss from **Schedule K-1** | (f) Other income from **Schedule K-1** |
| A | | | | |
| B | | | | |
| 34a Totals | | | | |
| b Totals | | | | |

| 35 | Add columns (d) and (f) of line 34a | 35 | |
|---|---|---|---|
| 36 | Add columns (c) and (e) of line 34b | 36 | ( ) |
| 37 | **Total estate and trust income or (loss).** Combine lines 35 and 36. Enter the result here and include in the total on line 41 below | 37 | |

**Part IV** — **Income or Loss From Real Estate Mortgage Investment Conduits (REMICs)—Residual Holder**

| 38 | (a) Name | (b) Employer identification number | (c) Excess inclusion from Schedules Q, line 2c (see instructions) | (d) Taxable income (net loss) from **Schedules Q,** line 1b | (e) Income from **Schedules Q,** line 3b |
|---|---|---|---|---|---|
| | | | | | |

| 39 | Combine columns (d) and (e) only. Enter the result here and include in the total on line 41 below | 39 | |
|---|---|---|---|

**Part V** — **Summary**

| 40 | Net farm rental income or (loss) from **Form 4835.** Also, complete line 42 below | 40 | |
|---|---|---|---|
| 41 | **Total income or (loss).** Combine lines 26, 32, 37, 39, and 40. Enter the result here and on Form 1040, line 17, or Form 1040NR, line 18 ▶ | 41 | -100,253. |

**42** **Reconciliation of farming and fishing income.** Enter your **gross** farming and fishing income reported on Form 4835, line 7; Schedule K-1 (Form 1065), box 14, code B; Schedule K-1 (Form 1120S), box 17, code V; and Schedule K-1 (Form 1041), box 14, code F (see instructions)    **42**

**43** **Reconciliation for real estate professionals.** If you were a real estate professional (see instructions), enter the net income or (loss) you reported anywhere on Form 1040 or Form 1040NR from all rental real estate activities in which you materially participated under the passive activity loss rules    **43**

REV 12/31/14 TTW                                      Schedule E (Form 1040) 2014

**Composite Exhibit "A"**

Form **8962**

Department of the Treasury
Internal Revenue Service

## Premium Tax Credit (PTC)

► Attach to Form 1040, 1040A, or 1040NR.
► Information about Form 8962 and its separate instructions is at *www.irs.gov/form8962*.

OMB No. 1545-0074

20**14**
Attachment
Sequence No. **73**

Name shown on your return: Hasmukh & Niruben Patel

Your social security number: [redacted]

Relief (see instructions) ☐

### Part 1: Annual and Monthly Contribution Amount

| | | | |
|---|---|---|---|
| 1 | Family Size: Enter the number of exemptions from Form 1040 or Form 1040A, line 6d, or Form 1040NR, line 7d . | **1** | 3 |
| 2a | Modified AGI: Enter your modified AGI (see instructions) . . . . . **2a** -39,797. | | |
| | **b** Enter total of your dependents' modified AGI (see instructions) . . . . . | **2b** | |
| 3 | Household Income: Add the amounts on lines 2a and 2b . . . . . . . | **3** | 0. |
| 4 | Federal Poverty Line: Enter the federal poverty amount as determined by the family size on line 1 and the federal poverty table for your state of residence during the tax year (see instructions). Check the appropriate box for the federal poverty table used. **a** ☐ Alaska   **b** ☐ Hawaii   **c** ☒ Other 48 states and DC | **4** | 19,530. |
| 5 | Household Income as a Percentage of Federal Poverty Line: Divide line 3 by line 4. Enter the result rounded to a whole percentage. (For example, for 1.542 enter the result as 154, for 1.549 enter as 155.) (See instructions for special rules.) | **5** | 0 % |
| 6 | Is the result entered on line 5 less than or equal to 400%? (See instructions if the result is less than 100%.) | | |
| | ☒ **Yes.** Continue to line 7. | | |
| | ☐ **No.** You are not eligible to receive PTC. If you received advance payment of PTC, see the instructions for how to report your Excess Advance PTC Repayment amount. | | |
| 7 | Applicable Figure: Using your line 5 percentage, locate your "applicable figure" on the table in the instructions . . | **7** | 0.0200 |
| 8a | Annual Contribution for Health Care: Multiply line 3 by line 7 . . . . **8a** 0. | **b** Monthly Contribution for Health Care: Divide line 8a by 12. Round to whole dollar amount | **8b** | 0. |

### Part 2: Premium Tax Credit Claim and Reconciliation of Advance Payment of Premium Tax Credit

| | |
|---|---|
| 9 | Did you share a policy with another taxpayer or get married during the year and want to use the alternative calculation? (see instructions) ☐ **Yes.** Skip to Part 4, Shared Policy Allocation, or Part 5, Alternative Calculation for Year of Marriage.   ☒ **No.** Continue to line 10. |
| 10 | Do all Forms 1095-A for your tax household include coverage for January through December with no changes in monthly amounts shown on lines 21–32, columns A and B? ☒ **Yes.** Continue to line 11. Compute your annual PTC. Skip lines 12–23 and continue to line 24.   ☐ **No.** Continue to lines 12–23. Compute your monthly PTC and continue to line 24. |

| Annual Calculation | A. Premium Amount (Form(s) 1095-A, line 33A) | B. Annual Premium Amount of SLCSP (Form(s) 1095-A, line 33B) | C. Annual Contribution Amount (Line 8a) | D. Annual Maximum Premium Assistance (Subtract C from B) | E. Annual Premium Tax Credit Allowed (Smaller of A or D) | F. Annual Advance Payment of PTC (Form(s) 1095-A, line 33C) |
|---|---|---|---|---|---|---|
| **11** Annual Totals | 12,908. | 13,308. | 0. | 13,308. | 12,908. | 12,908. |

| Monthly Calculation | A. Monthly Premium Amount (Form(s) 1095-A, lines 21–32, column A) | B. Monthly Premium Amount of SLCSP (Form(s) 1095-A, lines 21–32, column B) | C. Monthly Contribution Amount (Amount from line 8b or alternative marriage monthly contribution) | D. Monthly Maximum Premium Assistance (Subtract C from B) | E. Monthly Premium Tax Credit Allowed (Smaller of A or D) | F. Monthly Advance Payment of PTC (Form(s) 1095-A, lines 21–32, column C) |
|---|---|---|---|---|---|---|
| **12** January | | | | | | |
| **13** February | | | | | | |
| **14** March | | | | | | |
| **15** April | | | | | | |
| **16** May | | | | | | |
| **17** June | | | | | | |
| **18** July | | | | | | |
| **19** August | | | | | | |
| **20** September | | | | | | |
| **21** October | | | | | | |
| **22** November | | | | | | |
| **23** December | | | | | | |

| | | | |
|---|---|---|---|
| 24 | Total Premium Tax Credit: Enter the amount from line 11E or add lines 12E through 23E and enter the total here . | **24** | 12,908. |
| 25 | Advance Payment of PTC: Enter the amount from line 11F or add lines 12F through 23F and enter the total here . | **25** | 12,908. |
| 26 | Net Premium Tax Credit: If line 24 is greater than line 25, subtract line 25 from line 24. Enter the difference here and on Form 1040, line 69; Form 1040A, line 45; or Form 1040NR, line 65. If you elected the alternative calculation for marriage, enter zero. If line 24 equals line 25, enter zero. Stop here. If line 25 is greater than line 24, leave this line blank and continue to line 27 | **26** | 0. |

### Part 3: Repayment of Excess Advance Payment of the Premium Tax Credit

| | | | |
|---|---|---|---|
| 27 | Excess Advance Payment of PTC: If line 25 is greater than line 24, subtract line 24 from line 25. Enter the difference here | **27** | |
| 28 | Repayment Limitation: Using the percentage on line 5 and your filing status, locate the repayment limitation amount in the instructions. Enter the amount here | **28** | |
| 29 | Excess Advance Premium Tax Credit Repayment: Enter the smaller of line 27 or line 28 here and on Form 1040, line 46; Form 1040A, line 29; or Form 1040NR, line 44 | **29** | |

For Paperwork Reduction Act Notice, see your tax return instructions.    BA    REV 11/14/14 TT    Form **8962** (2014)

## Composite Exhibit "A"

Form 8962 (2014)

### Part 4: Shared Policy Allocation

Complete the following information for up to four shared policy allocations. See instructions for allocation details.

**Shared Policy Allocation 1**

| 30 | **a** Policy Number (Form 1095-A, line 2) | **b** SSN of taxpayer sharing allocation | **c** Allocation start month | **d** Allocation stop month |
|---|---|---|---|---|
| | Allocation percentage applied to monthly amounts | **e.** Premium Percentage | **f.** SLCSP Percentage | **g.** Advance Payment of the PTC Percentage |

**Shared Policy Allocation 2**

| 31 | **a** Policy Number (Form 1095-A, line 2) | **b** SSN of taxpayer sharing allocation | **c** Allocation start month | **d** Allocation stop month |
|---|---|---|---|---|
| | Allocation percentage applied to monthly amounts | **e.** Premium Percentage | **f.** SLCSP Percentage | **g.** Advance Payment of the PTC Percentage |

**Shared Policy Allocation 3**

| 32 | **a** Policy Number (Form 1095-A, line 2) | **b** SSN of taxpayer sharing allocation | **c** Allocation start month | **d** Allocation stop month |
|---|---|---|---|---|
| | Allocation percentage applied to monthly amounts | **e.** Premium Percentage | **f.** SLCSP Percentage | **g.** Advance Payment of the PTC Percentage |

**Shared Policy Allocation 4**

| 33 | **a** Policy Number (Form 1095-A, line 2) | **b** SSN of taxpayer sharing allocation | **c** Allocation start month | **d** Allocation stop month |
|---|---|---|---|---|
| | Allocation percentage applied to monthly amounts | **e.** Premium Percentage | **f.** SLCSP Percentage | **g.** Advance Payment of the PTC Percentage |

34  Have you completed shared policy allocation information for all allocated Forms 1095-A?

☒ **Yes.** Multiply the amounts on Form 1095-A by the allocation percentages entered by policy. Add allocated amounts across all allocated policies with amounts for non-allocated policies from Forms 1095-A, if any, to compute a combined total for each month. Enter the combined total for each month on lines 12–23, columns A, B, and F. Compute the amounts for lines 12–23, columns C–E, and continue to line 24.

☐ **No.** See the instructions to report additional shared policy allocations.

### Part 5: Alternative Calculation for Year of Marriage

Complete line(s) 35 and/or 36 to elect the alternative calculation for year of marriage. For eligibility to make the election, see the instructions for line 9. To complete line(s) 35 and/or 36 and compute the amounts for lines 12–23, see the instructions for this Part 5.

| 35 | **Alternative entries for your SSN** | **a** Alternative family size | **b** Monthly contribution | **c** Alternative start month | **d** Alternative stop month |
|---|---|---|---|---|---|
| 36 | **Alternative entries for your spouse's SSN** | **a** Alternative family size | **b** Monthly contribution | **c** Alternative start month | **d** Alternative stop month |

REV 11/14/14 TT

Form **8962** (2014)

Composite Exhibit "A"

Form **8801**

Department of the Treasury
Internal Revenue Service (99)

**Credit for Prior Year Minimum Tax—
Individuals, Estates, and Trusts**

▶ Information about Form 8801 and its separate instructions is at *www.irs.gov/form8801.*
▶ Attach to Form 1040, 1040NR, or 1041.

OMB No. 1545-1073

20**14**

Attachment
Sequence No. **74**

Name(s) shown on return
Hasmukh & Niruben Patel

Identifying number

| Part I | Net Minimum Tax on Exclusion Items |
| --- | --- |

| | | | |
| --- | --- | --- | --- |
| 1 | Combine lines 1, 6, and 10 of your 2013 Form 6251. Estates and trusts, see instructions . . . . | 1 | 13,167. |
| 2 | Enter adjustments and preferences treated as exclusion items (see instructions) . . . . . | 2 | 5,371. |
| 3 | Minimum tax credit net operating loss deduction (see instructions) . . . . . . . . . | 3 | ( ) |
| 4 | Combine lines 1, 2, and 3. If zero or less, enter -0- here and on line 15 and go to Part II. If more than $238,550 and you were married filing separately for 2013, see instructions . . . . | 4 | 18,538. |
| 5 | Enter: $80,800 if married filing jointly or qualifying widow(er) for 2013; $51,900 if single or head of household for 2013; or $40,400 if married filing separately for 2013. Estates and trusts, enter $23,100 | 5 | 80,800. |
| 6 | Enter: $153,900 if married filing jointly or qualifying widow(er) for 2013; $115,400 if single or head of household for 2013; or $76,950 if married filing separately for 2013. Estates and trusts, enter $76,950 . . . . . . . . . . . . . . . . . . . . . . . . . . | 6 | 153,900. |
| 7 | Subtract line 6 from line 4. If zero or less, enter -0- here and on line 8 and go to line 9 . . | 7 | 0. |
| 8 | Multiply line 7 by 25% (.25) . . . . . . . . . . . . . . . . . . . . . | 8 | 0. |
| 9 | Subtract line 8 from line 5. If zero or less, enter -0-. If under age 24 at the end of 2013, see instructions | 9 | 80,800. |
| 10 | Subtract line 9 from line 4. If zero or less, enter -0- here and on line 15 and go to Part II. Form 1040NR filers, see instructions . . . . . . . . . . . . . . . . . . . | 10 | 0. |
| 11 | • If **for 2013** you filed Form 2555 or 2555-EZ, see instructions for the amount to enter.<br><br>• If **for 2013** you reported capital gain distributions directly on Form 1040, line 13; you reported qualified dividends on Form 1040, line 9b (Form 1041, line 2b(2)); **or** you had a gain on both lines 15 and 16 of Schedule D (Form 1040) (lines 18a and 19, column (2), of Schedule D (Form 1041)), complete Part III of Form 8801 and enter the amount from line 55 here. Form 1040NR filers, see instructions.<br><br>• **All others:** If line 10 is $179,500 or less ($89,750 or less if married filing separately for 2013), multiply line 10 by 26% (.26). Otherwise, multiply line 10 by 28% (.28) and subtract $3,590 ($1,795 if married filing separately for 2013) from the result. Form 1040NR filers, see instructions. | 11 | |
| 12 | Minimum tax foreign tax credit on exclusion items (see instructions) . . . . . . . . | 12 | |
| 13 | Tentative minimum tax on exclusion items. Subtract line 12 from line 11 . . . . . . . | 13 | |
| 14 | Enter the amount from your 2013 Form 6251, line 34, or 2013 Form 1041, Schedule I, line 55 | 14 | |
| 15 | **Net minimum tax on exclusion items.** Subtract line 14 from line 13. If zero or less, enter -0- | 15 | 0. |

For Paperwork Reduction Act Notice, see instructions.     **BAA**        REV 11/18/14 TTW        Form **8801** (2014)

**Composite Exhibit "A"**

Form 8801 (2014)

Page **2**

| Part II | Minimum Tax Credit and Carryforward to 2015 |
|---|---|

| | | | |
|---|---|---|---|
| 16 | Enter the amount from your 2013 Form 6251, line 35, or 2013 Form 1041, Schedule I, line 56 | 16 | 0. |
| 17 | Enter the amount from line 15 | 17 | 0. |
| 18 | Subtract line 17 from line 16. If less than zero, enter as a negative amount | 18 | 0. |
| 19 | **2013 credit carryforward.** Enter the amount from your 2013 Form 8801, line 26 | 19 | 1,814. |
| 20 | Enter your 2013 unallowed qualified electric vehicle credit (see instructions) | 20 | |
| 21 | Combine lines 18 through 20. If zero or less, stop here and see the instructions | 21 | 1,814. |
| 22 | Enter your 2014 regular income tax liability minus allowable credits (see instructions) | 22 | 0. |
| 23 | Enter the amount from your 2014 Form 6251, line 33, or 2014 Form 1041, Schedule I, line 54 | 23 | 0. |
| 24 | Subtract line 23 from line 22. If zero or less, enter -0- | 24 | 0. |
| 25 | **Minimum tax credit.** Enter the **smaller** of line 21 or line 24. Also enter this amount on your 2014 Form 1040, line 54 (check box **b**); Form 1040NR, line 51 (check box **b**); or Form 1041, Schedule G, line 2c | 25 | 0. |
| 26 | **Credit carryforward to 2015.** Subtract line 25 from line 21. Keep a record of this amount because you may use it in future years | 26 | 1,814. |

REV 11/18/14 TTW

Form **8801** (2014)

**Composite Exhibit "A"**

Form 8801 (2014)
Page **3**

| **Part III** | **Tax Computation Using Maximum Capital Gains Rates** |
|---|---|

Complete Part III only if you are required to do so by line 11 or by the Foreign Earned Income Tax Worksheet in the instructions.

**Caution.** If you did not complete the 2013 Qualified Dividends and Capital Gain Tax Worksheet, the 2013 Schedule D Tax Worksheet, or Part V of the 2013 Schedule D (Form 1041), see the instructions before completing this part.

| | | | |
|---|---|---|---|
| 27 | Enter the amount from Form 8801, line 10. If you filed Form 2555 or 2555-EZ for 2013, enter the amount from line 3 of the Foreign Earned Income Tax Worksheet in the instructions . . . . .  **Caution. If for 2013** you filed Form 1040NR, 1041, 2555, or 2555-EZ, see the instructions before completing lines 28, 29, and 30. | 27 | 0. |
| 28 | Enter the amount from line 6 of your 2013 Qualified Dividends and Capital Gain Tax Worksheet, the amount from line 13 of your 2013 Schedule D Tax Worksheet, or the amount from line 26 of the 2013 Schedule D (Form 1041), whichever applies* . . . . . . . . . . . . . . | 28 | 376. |
| | **If you figured your 2013 tax using the 2013 Qualified Dividends and Capital Gain Tax Worksheet, skip line 29 and enter the amount from line 28 on line 30. Otherwise, go to line 29.** | | |
| 29 | Enter the amount from line 19 of your 2013 Schedule D (Form 1040), or line 18b, column (2), of the 2013 Schedule D (Form 1041) . . . . . . . . . . . . . . . . . | 29 | |
| 30 | Add lines 28 and 29, and enter the **smaller** of that result or the amount from line 10 of your 2013 Schedule D Tax Worksheet . . . . . . . . . . . . . . . . . | 30 | 376. |
| 31 | Enter the **smaller** of line 27 or line 30 . . . . . . . . . . . . . . | 31 | 0. |
| 32 | Subtract line 31 from line 27 . . . . . . . . . . . . . . . . | 32 | 0. |
| 33 | If line 32 is $179,500 or less ($89,750 or less if married filing separately for 2013), multiply line 32 by 26% (.26). Otherwise, multiply line 32 by 28% (.28) and subtract $3,590 ($1,795 if married filing separately for 2013) from the result. Form 1040NR filers, see instructions . . . . . . . . ▶ | 33 | 0. |
| 34 | Enter:<br>• $72,500 if married filing jointly or qualifying widow(er) for 2013,<br>• $36,250 if single or married filing separately for 2013,<br>• $48,600 if head of household for 2013, or<br>• $2,450 for an estate or trust.<br>Form 1040NR filers, see instructions. | 34 | 72,500. |
| 35 | Enter the amount from line 7 of your 2013 Qualified Dividends and  Capital Gain Tax Worksheet, the amount from line 14 of your 2013  Schedule D Tax Worksheet, or the amount from line 27 of the 2013 Schedule D (Form 1041), whichever applies. If you did not complete  either worksheet or Part V of the 2013 Schedule D (Form 1041), enter the amount from your 2013 Form 1040, line 43, or 2013 Form 1041, line 22, whichever applies; if zero or less, enter -0-. Form 1040NR filers, see instructions . . . | 35 | 1,091. |
| 36 | Subtract line 35 from line 34. If zero or less, enter -0- . . . . . . | 36 | 71,409. |
| 37 | Enter the **smaller** of line 27 or line 28 . . . . . . . . . . | 37 | 0. |
| 38 | Enter the **smaller** of line 36 or line 37 . . . . . . . . . . | 38 | 0. |
| 39 | Subtract line 38 from line 37 . . . . . . . . . . . . . . | 39 | 0. |
| 40 | Enter:<br>• $400,000 if single for 2013,<br>• $225,000 if married filing separately for 2013,<br>• $450,000 if married filing jointly or qualifying widow(er) for 2013,<br>• $425,000 if head of household for 2013, or<br>• $11,950 for an estate or trust.<br>Form 1040NR filers, see instructions. | 40 | 450,000. |
| 41 | Enter the amount from line 36 . . . . . . . . . . . . . . | 41 | 71,409. |
| 42 | Form 1040 filers, enter the amount from line 7 of your 2013 Qualified Dividends and Capital Gain Tax Worksheet or the amount from line 19 of your 2013 Schedule D Tax Worksheet, whichever applies. If you did not complete either worksheet, see instructions. Form 1041 filers, enter the amount from line 27 of your 2013 Schedule D (Form 1041) or line 18 of your 2013 Schedule D Tax Worksheet, whichever applies. If you did not complete either the worksheet or Part V of the 2013 Schedule D (Form 1041), enter the amount from your 2013 Form 1041, line 22; if zero or less, enter -0-. Form 1040NR filers, see instructions . . . . . . . . | 42 | 1,091. |

Form **8801** (2014)

**Composite Exhibit "A"**

Form 8801 (2014)

Page **4**

| | Part III | Tax Computation Using Maximum Capital Gains Rates *(continued)* | | | |
|---|---|---|---|---|---|

| | | | | |
|---|---|---|---|---|
| 43 | Add lines 41 and 42 . . . . . . . . . . . . . . . . . . . | **43** | 72,500. |
| 44 | Subtract line 43 from line 40. If zero or less, enter -0- . . . . . . . . . | **44** | 377,500. |
| 45 | Enter the **smaller** of line 39 or line 44 . . . . . . . . . . . . . | **45** | 0. |
| 46 | Multiply line 45 by 15% (.15) . . . . . . . . . . . . . . . ▶ | **46** | 0. |
| 47 | Add lines 38 and 45 . . . . . . . . . . . . . . . . . . | **47** | 0. |
| | **If lines 47 and 27 are the same, skip lines 48 through 52 and go to line 53. Otherwise, go to line 48.** | | |
| 48 | Subtract line 47 from line 37 . . . . . . . . . . . . . . . . | **48** | |
| 49 | Multiply line 48 by 20% (.20) . . . . . . . . . . . . . . . ▶ | **49** | |
| | **If line 29 is zero or blank, skip lines 50 through 52 and go to line 53. Otherwise, go to line 50.** | | |
| 50 | Add lines 32, 47, and 48 . . . . . . . . . . . . . . . . . | **50** | |
| 51 | Subtract line 50 from line 27 . . . . . . . . . . . . . . . . | **51** | |
| 52 | Multiply line 51 by 25% (.25) . . . . . . . . . . . . . . . ▶ | **52** | |
| 53 | Add lines 33, 46, 49, and 52 . . . . . . . . . . . . . . . . | **53** | 0. |
| 54 | If line 27 is $179,500 or less ($89,750 or less if married filing separately for 2013), multiply line 27 by 26% (.26). Otherwise, multiply line 27 by 28% (.28) and subtract $3,590 ($1,795 if married filing separately for 2013) from the result. Form 1040NR filers, see instructions . . . . . . . . . | **54** | 0. |
| 55 | Enter the **smaller** of line 53 or line 54 here and on line 11. If you filed Form 2555 or 2555-EZ for 2013, do not enter this amount on line 11. Instead, enter it on line 4 of the Foreign Earned Income Tax Worksheet in the instructions for line 11 . . . . . . . . . . | **55** | 0. |

* The 2013 Qualified Dividends and Capital Gain Tax Worksheet is in the 2013 Instructions for Form 1040. The 2013 Schedule D Tax Worksheet is in the 2013 Instructions for Schedule D (Form 1040) (or the 2013 Instructions for Schedule D (Form 1041)).

REV 11/18/14 TTW

Form **8801** (2014)

**Composite Exhibit "A"**
# ELECTRONIC POSTMARK - CERTIFICATION OF ELECTRONIC FILING

**Taxpayer:** Hasmukh & Niruben Patel
**Primary SSN:** ▮▮▮▮▮▮

**Federal Return Submitted:** October 10, 2015    08:05 AM PDT
**Federal Return Acceptance Date:** _____

_Your return was electronically transmitted on 10/10/2015_

The Intuit Electronic Postmark shows the date and time Intuit received your federal tax return. The Intuit Electronic Postmark documents the filing date of your income tax return, and the electronic postmark information should be kept on file with your tax return and other tax-related documentation.

There are two important aspects of the Intuit Electronic Postmark:

## 1. THE INTUIT ELECTRONIC POSTMARK.
The electronic postmark shows the date and time Intuit received the federal return, and is deemed the filing date if the date of the electronic postmark is on or before the date prescribed for filing of the federal individual income tax return.

## TIMELY FILING:
For your federal return to be considered filed on time, your return must be postmarked on or before midnight April 15, 2015. Intuit's electronic postmark is issued in the Pacific Time (PT) zone. If you are not filing in the PT zone, you will need to add or subtract hours from the Intuit Electronic Postmark time to determine your local postmark time. For example, if you are filing in the Eastern Time (ET) zone and you electronically file your return at 9 AM on April 15, 2015, your Intuit electronic postmark will indicate April 15, 2015, 6 AM. If your federal tax return is rejected, the IRS still considers it filed on time if the electronic postmark is on or before April 15, 2015, and a corrected return is submitted and accepted before April 20, 2015. If your return is submitted after April 20, 2015, a new time stamp is issued to reflect that your return was submitted after the IRS deadline and, consequently, is no longer considered to have been filed on time.

If you request an automatic six-month extension, your return must be electronically postmarked by midnight October 15, 2015 If your federal tax return is rejected, the IRS will still consider it filed on time if the electronic postmark is on or before October 15, 2015, and the corrected return is submitted and accepted by October 20, 2015.

## 2. THE ACCEPTANCE DATE.
Once the IRS accepts the electronically filed return, the acceptance date will be provided by the Intuit Electronic Filing Center. This date is proof that the IRS accepted the electronically filed return.

Composite Exhibit "A"

Hasmukh & Niruben Patel                                                                      1

# Additional information from your 2014 Federal Tax Return

## Schedule E: Supplemental Income and Loss
## Line 28: Income or Loss from Partnership and S corporations     Continuation Statement

| | Name | Code | Foreign | EIN | Not At Risk | Passive Loss Allowed Amt | Passive Income Amt | Nonpassive Loss Amt | Sec 179 Expense Dedn Amt | Nonpassive Income Amt |
|---|---|---|---|---|---|---|---|---|---|---|
| D | BINI & REMA, INC | S | | 65-1257011 | | | | 32,852. | | |
| E | REEMA HOSPITALITY, INC | S | | 59-3356986 | | | | 17,234. | | |
| F | RAL ENTERPRISES, LLC | S | | 80-0412533 | | | | | | 4,306. |
| G | HDTV LLC | S | | 45-3326384 | | | | 23,757. | | |
| H | HDTV LLC | S | | 45-3326384 | | | | 23,757. | | |
| | **Total** | | | | | | | 97,600. | | 4,306. |

Composite Exhibit "A"

| Form **1040** | Department of the Treasury—Internal Revenue Service    (99) | | OMB No. 1545-0074 | IRS Use Only—Do not write or staple in this space. |
|---|---|---|---|---|

**U.S. Individual Income Tax Return** 20**15**

For the year Jan. 1–Dec. 31, 2015, or other tax year beginning _____ , 2015, ending _____ , 20 ___   See separate instructions.

| Your first name and initial | Last name | Your social security number |
|---|---|---|
| Hasmukh | Patel | ▓▓▓▓▓▓ |
| If a joint return, spouse's first name and initial | Last name | Spouse's social security number |
| Niruben | Patel | ▓▓▓▓▓▓ |

Home address (number and street). If you have a P.O. box, see instructions.   Apt. no.
1181 Airport Rd

▲ Make sure the SSN(s) above and on line 6c are correct.

City, town or post office, state, and ZIP code. If you have a foreign address, also complete spaces below (see instructions).
Jacksonville FL 32218

**Presidential Election Campaign**
Check here if you, or your spouse if filing jointly, want $3 to go to this fund. Checking a box below will not change your tax or refund.    ☐ You    ☐ Spouse

| Foreign country name | Foreign province/state/county | Foreign postal code |
|---|---|---|
| | | |

**Filing Status**

Check only one box.

1. ☐ Single
2. ☒ Married filing jointly (even if only one had income)
3. ☐ Married filing separately. Enter spouse's SSN above and full name here. ▶
4. ☐ Head of household (with qualifying person). (See instructions.) If the qualifying person is a child but not your dependent, enter this child's name here. ▶
5. ☐ Qualifying widow(er) with dependent child

**Exemptions**

6a ☒ **Yourself.** If someone can claim you as a dependent, **do not** check box 6a . . .
b ☒ **Spouse** . . . . . . . . . . . . . . . . . . . . . . . . . . .

Boxes checked on 6a and 6b: **2**

c Dependents:

| (1) First name    Last name | (2) Dependent's social security number | (3) Dependent's relationship to you | (4) ✓ if child under age 17 qualifying for child tax credit (see instructions) |
|---|---|---|---|
| Reema    Patel | ▓▓▓▓▓▓ | Daughter | ☐ |
| | | | ☐ |
| | | | ☐ |
| | | | ☐ |

No. of children on 6c who:
• lived with you  **1**
• did not live with you due to divorce or separation (see instructions)
Dependents on 6c not entered above

If more than four dependents, see instructions and check here ▶ ☐

d  Total number of exemptions claimed . . . . . . . .

Add numbers on lines above ▶  **3**

**Income**

Attach Form(s) W-2 here. Also attach Forms W-2G and 1099-R if tax was withheld.

If you did not get a W-2, see instructions.

| | | | |
|---|---|---|---|
| 7 | Wages, salaries, tips, etc. Attach Form(s) W-2 . . . . . . . . . | 7 | 68,605. |
| 8a | Taxable interest. Attach Schedule B if required . . . . . . . . | 8a | 19. |
| b | Tax-exempt interest. **Do not** include on line 8a . . . | 8b | | |
| 9a | Ordinary dividends. Attach Schedule B if required . . . . . . . | 9a | |
| b | Qualified dividends . . . . . . . . . . | 9b | | |
| 10 | Taxable refunds, credits, or offsets of state and local income taxes . . . | 10 | |
| 11 | Alimony received . . . . . . . . . . . . . . . . . | 11 | |
| 12 | Business income or (loss). Attach Schedule C or C-EZ . . . . . | 12 | 7,050. |
| 13 | Capital gain or (loss). Attach Schedule D if required. If not required, check here ▶ ☐ | 13 | |
| 14 | Other gains or (losses). Attach Form 4797 . . . . . . . . . | 14 | |
| 15a | IRA distributions . 15a | b Taxable amount . . . | 15b | |
| 16a | Pensions and annuities 16a | b Taxable amount . . . | 16b | |
| 17 | Rental real estate, royalties, partnerships, S corporations, trusts, etc. Attach Schedule E | 17 | 179. |
| 18 | Farm income or (loss). Attach Schedule F . . . . . . . . . | 18 | |
| 19 | Unemployment compensation . . . . . . . . . . . . | 19 | |
| 20a | Social security benefits 20a | b Taxable amount . . . | 20b | |
| 21 | Other income. List type and amount | 21 | |
| 22 | Combine the amounts in the far right column for lines 7 through 21. This is your **total income** ▶ | 22 | 75,853. |

**Adjusted Gross Income**

| | | | |
|---|---|---|---|
| 23 | Educator expenses . . . . . . . . . . | 23 | |
| 24 | Certain business expenses of reservists, performing artists, and fee-basis government officials. Attach Form 2106 or 2106-EZ | 24 | |
| 25 | Health savings account deduction. Attach Form 8889 . | 25 | |
| 26 | Moving expenses. Attach Form 3903 . . . . . | 26 | |
| 27 | Deductible part of self-employment tax. Attach Schedule SE . | 27 | 498. |
| 28 | Self-employed SEP, SIMPLE, and qualified plans . | 28 | |
| 29 | Self-employed health insurance deduction . . | 29 | |
| 30 | Penalty on early withdrawal of savings . . . | 30 | |
| 31a | Alimony paid  b Recipient's SSN ▶ | 31a | |
| 32 | IRA deduction . . . . . . . . . . . | 32 | |
| 33 | Student loan interest deduction . . . . . | 33 | |
| 34 | Tuition and fees. Attach Form 8917 . . . . | 34 | |
| 35 | Domestic production activities deduction. Attach Form 8903 | 35 | |
| 36 | Add lines 23 through 35 . . . . . . . . . . . . . . . | 36 | 498. |
| 37 | Subtract line 36 from line 22. This is your **adjusted gross income** . . . . . ▶ | 37 | 75,355. |

For Disclosure, Privacy Act, and Paperwork Reduction Act Notice, see separate instructions. **BAA**   REV 07/11/16 TTW   Form **1040** (2015)

Form 1040 (2015)    **Composite Exhibit "A"**    Page **2**

| | | | | | |
|---|---|---|---|---|---|
| **Tax and Credits** | 38 | Amount from line 37 (adjusted gross income) | | 38 | 75,355. |
| | 39a | Check if: ☐ **You** were born before January 2, 1951, ☐ **Blind.** / ☐ **Spouse** was born before January 2, 1951, ☐ **Blind.** } Total boxes checked ▶ 39a | | | |
| | b | If your spouse itemizes on a separate return or you were a dual-status alien, check here ▶ 39b☐ | | | |
| **Standard Deduction for—** • People who check any box on line 39a or 39b or who can be claimed as a dependent, see instructions. • All others: Single or Married filing separately, $6,300 Married filing jointly or Qualifying widow(er), $12,600 Head of household, $9,250 | 40 | **Itemized deductions** (from Schedule A) **or your standard deduction** (see left margin) | | 40 | 15,652. |
| | 41 | Subtract line 40 from line 38 | | 41 | 59,703. |
| | 42 | **Exemptions.** If line 38 is $154,950 or less, multiply $4,000 by the number on line 6d. Otherwise, see instructions | | 42 | 12,000. |
| | 43 | **Taxable income.** Subtract line 42 from line 41. If line 42 is more than line 41, enter -0- | | 43 | 47,703. |
| | 44 | **Tax** (see instructions). Check if any from: **a** ☐ Form(s) 8814  **b** ☐ Form 4972  **c** ☐ | | 44 | 6,236. |
| | 45 | **Alternative minimum tax** (see instructions). Attach Form 6251 | | 45 | 0. |
| | 46 | Excess advance premium tax credit repayment. Attach Form 8962 | | 46 | 2,500. |
| | 47 | Add lines 44, 45, and 46 ▶ | | 47 | 8,736. |
| | 48 | Foreign tax credit. Attach Form 1116 if required | 48 | | |
| | 49 | Credit for child and dependent care expenses. Attach Form 2441 | 49 | | |
| | 50 | Education credits from Form 8863, line 19 | 50 | | |
| | 51 | Retirement savings contributions credit. Attach Form 8880 | 51 | | |
| | 52 | Child tax credit. Attach Schedule 8812, if required | 52 | | |
| | 53 | Residential energy credits. Attach Form 5695 | 53 | | |
| | 54 | Other credits from Form: **a** ☐ 3800 **b** ☒ 8801 **c** ☐ | 54 | 1,814. | |
| | 55 | Add lines 48 through 54. These are your **total credits** | | 55 | 1,814. |
| | 56 | Subtract line 55 from line 47. If line 55 is more than line 47, enter -0- ▶ | | 56 | 6,922. |
| **Other Taxes** | 57 | Self-employment tax. Attach Schedule SE | | 57 | 996. |
| | 58 | Unreported social security and Medicare tax from Form: **a** ☐ 4137 **b** ☐ 8919 | | 58 | |
| | 59 | Additional tax on IRAs, other qualified retirement plans, etc. Attach Form 5329 if required | | 59 | |
| | 60a | Household employment taxes from Schedule H | | 60a | |
| | b | First-time homebuyer credit repayment. Attach Form 5405 if required | | 60b | |
| | 61 | Health care: individual responsibility (see instructions)   Full-year coverage ☒ | | 61 | |
| | 62 | Taxes from: **a** ☐ Form 8959 **b** ☐ Form 8960 **c** ☐ Instructions; enter code(s) | | 62 | |
| | 63 | Add lines 56 through 62. This is your **total tax** ▶ | | 63 | 7,918. |
| **Payments** If you have a qualifying child, attach Schedule EIC. | 64 | Federal income tax withheld from Forms W-2 and 1099 | 64 | 2,698. | |
| | 65 | 2015 estimated tax payments and amount applied from 2014 return | 65 | | |
| | 66a | **Earned income credit (EIC)**   No | 66a | | |
| | b | Nontaxable combat pay election | 66b | | |
| | 67 | Additional child tax credit. Attach Schedule 8812 | 67 | | |
| | 68 | American opportunity credit from Form 8863, line 8 | 68 | | |
| | 69 | Net premium tax credit. Attach Form 8962 | 69 | | |
| | 70 | Amount paid with request for extension to file | 70 | 5,000. | |
| | 71 | Excess social security and tier 1 RRTA tax withheld | 71 | | |
| | 72 | Credit for federal tax on fuels. Attach Form 4136 | 72 | | |
| | 73 | Credits from Form: **a** ☐ 2439 **b** ☐ Reserved **c** ☐ 8885 **d** ☐ | 73 | | |
| | 74 | Add lines 64, 65, 66a, and 67 through 73. These are your **total payments** ▶ | | 74 | 7,698. |
| **Refund** Direct deposit? ▶ See instructions. | 75 | If line 74 is more than line 63, subtract line 63 from line 74. This is the amount you **overpaid** | | 75 | |
| | 76a | Amount of line 75 you want **refunded to you.** If Form 8888 is attached, check here ▶ ☐ | | 76a | |
| | b | Routing number  X X X X X X X X X   ▶ c Type: ☐ Checking ☐ Savings | | | |
| | d | Account number  X X X X X X X X X X X X X X X X X | | | |
| | 77 | Amount of line 75 you want **applied to your 2016 estimated tax** ▶ 77 | | | |
| **Amount You Owe** | 78 | **Amount you owe.** Subtract line 74 from line 63. For details on how to pay, see instructions ▶ | | 78 | 220. |
| | 79 | Estimated tax penalty (see instructions) 79 | | | |

| **Third Party Designee** | Do you want to allow another person to discuss this return with the IRS (see instructions)? ☐ **Yes. Complete below.**   ☒ **No** |
|---|---|
| | Designee's name ▶ __ Phone no. ▶ __ Personal identification number (PIN) ▶ __ |

**Sign Here**
Joint return? See instructions.
Keep a copy for your records.

Under penalties of perjury, I declare that I have examined this return and accompanying schedules and statements, and to the best of my knowledge and belief, they are true, correct, and complete. Declaration of preparer (other than taxpayer) is based on all information of which preparer has any knowledge.

| Your signature | Date | Your occupation   Manager | Daytime phone number   (904)206-2915 |
|---|---|---|---|
| ▶ Spouse's signature. If a joint return, **both** must sign. | Date | Spouse's occupation   Work | If the IRS sent you an Identity Protection PIN, enter it here (see inst.) |

**Paid Preparer Use Only**

| Print/Type preparer's name | Preparer's signature | Date | Check ☐ if self-employed | PTIN |
|---|---|---|---|---|
| Firm's name ▶  Self-Prepared | | | Firm's EIN ▶ | |
| Firm's address ▶ | | | Phone no. | |

**Composite Exhibit "A"**

| SCHEDULE A (Form 1040) | Itemized Deductions | OMB No. 1545-0074 |
|---|---|---|
| Department of the Treasury Internal Revenue Service (99) | ▶ Information about Schedule A and its separate instructions is at *www.irs.gov/schedulea*.  ▶ Attach to Form 1040. | **2015** Attachment Sequence No. **07** |

Name(s) shown on Form 1040: Hasmukh & Niruben Patel

Your social security number: ▮▮▮▮▮

**Caution:** Do not include expenses reimbursed or paid by others.

### Medical and Dental Expenses

| | | | |
|---|---|---|---|
| 1 | Medical and dental expenses (see instructions) . . . . . | **1** | 6,941. |
| 2 | Enter amount from Form 1040, line 38   **2**   75,355. | | |
| 3 | Multiply line 2 by 10% (.10). But if either you or your spouse was born before January 2, 1951, multiply line 2 by 7.5% (.075) instead | **3** | 7,536. |
| 4 | Subtract line 3 from line 1. If line 3 is more than line 1, enter -0- . . . . . . . . | **4** | 0. |

### Taxes You Paid

| | | | |
|---|---|---|---|
| 5 | State and local (check only one box): **a** ☐ Income taxes, **or**    **b** ☒ General sales taxes | **5** | 986. |
| 6 | Real estate taxes (see instructions) . . . . . . . | **6** | 5,184. |
| 7 | Personal property taxes . . . . . . . . . | **7** | |
| 8 | Other taxes. List type and amount ▶ _____ | **8** | |
| 9 | Add lines 5 through 8 . . . . . . . . . . | **9** | 6,170. |

### Interest You Paid

**Note:** Your mortgage interest deduction may be limited (see instructions).

| | | | |
|---|---|---|---|
| 10 | Home mortgage interest and points reported to you on Form 1098 | **10** | 7,941. |
| 11 | Home mortgage interest not reported to you on Form 1098. If paid to the person from whom you bought the home, see instructions and show that person's name, identifying no., and address ▶ _____ | **11** | |
| 12 | Points not reported to you on Form 1098. See instructions for special rules . . . . . . . . . . . | **12** | |
| 13 | Mortgage insurance premiums (see instructions) . . . . | **13** | |
| 14 | Investment interest. Attach Form 4952 if required. (See instructions.) | **14** | |
| 15 | Add lines 10 through 14 . . . . . . . . . | **15** | 7,941. |

### Gifts to Charity

If you made a gift and got a benefit for it, see instructions.

| | | | |
|---|---|---|---|
| 16 | Gifts by cash or check. If you made any gift of $250 or more, see instructions. | **16** | 30. |
| 17 | Other than by cash or check. If any gift of $250 or more, see instructions. You **must** attach Form 8283 if over $500 . | **17** | 90.   From Schedule K-1 |
| 18 | Carryover from prior year . . . . . . . . | **18** | |
| 19 | Add lines 16 through 18 . . . . . . . . . | **19** | 120. |

### Casualty and Theft Losses

| | | | |
|---|---|---|---|
| 20 | Casualty or theft loss(es). Attach Form 4684. (See instructions.) . . . | **20** | |

### Job Expenses and Certain Miscellaneous Deductions

| | | | |
|---|---|---|---|
| 21 | Unreimbursed employee expenses—job travel, union dues, job education, etc. Attach Form 2106 or 2106-EZ if required. (See instructions.) ▶ Deductible expenses from Form 2106 | **21** | 2,878. |
| 22 | Tax preparation fees . . . . . . . . . | **22** | 50. |
| 23 | Other expenses—investment, safe deposit box, etc. List type and amount ▶ _____ | **23** | |
| 24 | Add lines 21 through 23 . . . . . . . . | **24** | 2,928. |
| 25 | Enter amount from Form 1040, line 38   **25**   75,355. | | |
| 26 | Multiply line 25 by 2% (.02) . . . . . . . . | **26** | 1,507. |
| 27 | Subtract line 26 from line 24. If line 26 is more than line 24, enter -0- . . . . . . . | **27** | 1,421. |

### Other Miscellaneous Deductions

| | | | |
|---|---|---|---|
| 28 | Other—from list in instructions. List type and amount ▶ _____ | **28** | |

### Total Itemized Deductions

| | | | |
|---|---|---|---|
| 29 | Is Form 1040, line 38, over $154,950? ☒ **No.** Your deduction is not limited. Add the amounts in the far right column for lines 4 through 28. Also, enter this amount on Form 1040, line 40. ☐ **Yes.** Your deduction may be limited. See the Itemized Deductions Worksheet in the instructions to figure the amount to enter. | **29** | 15,652. |
| 30 | If you elect to itemize deductions even though they are less than your standard deduction, check here . . . . . . . . . . . . . ▶ ☐ | | |

For Paperwork Reduction Act Notice, see Form 1040 instructions.   **BAA**   REV 07/11/16 TTW   Schedule A (Form 1040) 2015

**SCHEDULE C-EZ**
**(Form 1040)**

Department of the Treasury
Internal Revenue Service (99)

Composite Exhibit "A"
# Net Profit From Business
(Sole Proprietorship)

► Partnerships, joint ventures, etc., generally must file Form 1065 or 1065-B.
► Attach to Form 1040, 1040NR, or 1041. ► See instructions on page 2.

OMB No. 1545-0074

**2015**

Attachment
Sequence No. **09A**

Name of proprietor
Hasmukh Patel

Social security number (SSN)

**Part I** General Information

You May Use
Schedule C-EZ
Instead of
Schedule C
Only If You:

- Had business expenses of $5,000 or less,
- Use the cash method of accounting,
- Did not have an inventory at any time during the year,
- Did not have a net loss from your business,
- Had only one business as either a sole proprietor, qualified joint venture, or statutory employee,

And You:

- Had no employees during the year,
- Do not deduct expenses for business use of your home,
- Do not have prior year unallowed passive activity losses from this business, and
- Are not required to file Form 4562, Depreciation and Amortization, for this business. See the instructions for Schedule C, line 13, to find out if you must file.

| A | Principal business or profession, including product or service | B | Enter business code (see page 2) |
| --- | --- | --- | --- |
| | Insentive | | ► 5 4 1 3 3 0 |

| C | Business name. If no separate business name, leave blank. | D | Enter your EIN (see page 2) |
| --- | --- | --- | --- |
| | HDTV :LLC | | |

E  Business address (including suite or room no.). Address not required if same as on page 1 of your tax return.
1181 Airport Rd, Jacksonville,FL 32218
City, town or post office, state, and ZIP code
Jacksonville, FL 32118

F  Did you make any payments in 2015 that would require you to file Form(s) 1099? (see the Instructions for Schedule C)  . . . . . . . . . . . . . . . . . . . . . . . . . . ☐ Yes ☒ No

G  If "Yes," did you or will you file required Forms 1099? . . . . . . . . . . . . . . ☐ Yes ☐ No

**Part II** Figure Your Net Profit

| 1 | Gross receipts. **Caution:** If this income was reported to you on Form W-2 and the "Statutory employee" box on that form was checked, see *Statutory employees* in the instructions for Schedule C, line 1, and check here . . . . . . . . . . . ► ☐ | 1 | 7,050. |
| --- | --- | --- | --- |
| 2 | Total expenses (see page 2). If more than $5,000, you **must** use Schedule C . . . . . . . | 2 | |
| 3 | Net profit. Subtract line 2 from line 1. If less than zero, you **must** use Schedule C. Enter on both Form 1040, line 12, and Schedule SE, line 2, or on Form 1040NR, line 13, and Schedule SE, line 2 (see instructions). (Statutory employees **do not** report this amount on Schedule SE, line 2.) Estates and trusts, enter on Form 1041, line 3 . . . . . . . . . . . . . . . | 3 | 7,050. |

**Part III** Information on Your Vehicle. Complete this part **only** if you are claiming car or truck expenses on line 2.

4  When did you place your vehicle in service for business purposes? (month, day, year) ► _____ .

5  Of the total number of miles you drove your vehicle during 2015, enter the number of miles you used your vehicle for:

a Business _____ b Commuting (see page 2) _____ c Other _____

| 6 | Was your vehicle available for personal use during off-duty hours? . . . . . . . | ☐ Yes | ☐ No |
| --- | --- | --- | --- |
| 7 | Do you (or your spouse) have another vehicle available for personal use? . . . . . | ☐ Yes | ☐ No |
| 8a | Do you have evidence to support your deduction? . . . . . . . . . . . | ☐ Yes | ☐ No |
| b | If "Yes," is the evidence written? . . . . . . . . . . . . . . . | ☐ Yes | ☐ No |

For Paperwork Reduction Act Notice, see the separate instructions for Schedule C (Form 1040). **BAA**   REV 07/11/16 TTW   **Schedule C-EZ (Form 1040) 2015**

## Composite Exhibit "A"

Schedule E (Form 1040) 2015 — Attachment Sequence No. **13** — Page **2**

Name(s) shown on return. Do not enter name and social security number if shown on other side. | Your social security number

Hasmukh & Niruben Patel

**Caution.** The IRS compares amounts reported on your tax return with amounts shown on Schedule(s) K-1.

### Part II — Income or Loss From Partnerships and S Corporations

**Note:** If you report a loss from an at-risk activity for which **any amount is not** at risk, you **must** check the box in column (e) on line 28 and attach **Form 6198**. See instructions.

**27** Are you reporting any loss not allowed in a prior year due to the at-risk, excess farm loss, or basis limitations, a prior year unallowed loss from a passive activity (if that loss was not reported on Form 8582), or unreimbursed partnership expenses? If you answered "Yes," see instructions before completing this section.    ☐ Yes   ☒ No

**28**

| | (a) Name | (b) Enter P for partnership; S for S corporation | (c) Check if foreign partnership | (d) Employer identification number | (e) Check if any amount is not at risk |
|---|---|---|---|---|---|
| A | R & H Hospitality, LLLP | P | ☐ | 20-5652564 | |
| B | ISHA HOSPITALITY, LLLP | P | ☐ | 27-0279193 | |
| C | BINI & REMA, INC | S | ☐ | 65-1257011 | ☐ |
| D | See line 28 information | | ☐ | | |

| | Passive Income and Loss | | Nonpassive Income and Loss | | |
|---|---|---|---|---|---|
| | (f) Passive loss allowed (attach Form 8582 if required) | (g) Passive income from Schedule K-1 | (h) Nonpassive loss from Schedule K-1 | (i) Section 179 expense deduction from Form 4562 | (j) Nonpassive income from Schedule K-1 |
| A | | | 1,773. | | |
| B | | | 4,465. | | |
| C | | | 1,120. | | |
| D | | | | | 7,537. |
| **29a** Totals | | | | | 7,537. |
| **b** Totals | | | 7,358. | | |

| 30 | Add columns (g) and (j) of line 29a . . . . . . . . . . . . . . | 30 | 7,537. |
|---|---|---|---|
| 31 | Add columns (f), (h), and (i) of line 29b . . . . . . . . . . . | 31 | ( 7,358. ) |
| 32 | **Total partnership and S corporation income or (loss).** Combine lines 30 and 31. Enter the result here and include in the total on line 41 below . . . . . . . . . . | 32 | 179. |

### Part III — Income or Loss From Estates and Trusts

**33**

| | (a) Name | (b) Employer identification number |
|---|---|---|
| A | | |
| B | | |

| | Passive Income and Loss | | Nonpassive Income and Loss | |
|---|---|---|---|---|
| | (c) Passive deduction or loss allowed (attach Form 8582 if required) | (d) Passive income from Schedule K-1 | (e) Deduction or loss from Schedule K-1 | (f) Other income from Schedule K-1 |
| A | | | | |
| B | | | | |
| **34a** Totals | | | | |
| **b** Totals | | | | |

| 35 | Add columns (d) and (f) of line 34a . . . . . . . . . . . . | 35 | |
|---|---|---|---|
| 36 | Add columns (c) and (e) of line 34b . . . . . . . . . . . . | 36 | ( ) |
| 37 | **Total estate and trust income or (loss).** Combine lines 35 and 36. Enter the result here and include in the total on line 41 below . . . . . . . . . . | 37 | |

### Part IV — Income or Loss From Real Estate Mortgage Investment Conduits (REMICs) — Residual Holder

**38**

| (a) Name | (b) Employer identification number | (c) Excess inclusion from Schedules Q, line 2c (see instructions) | (d) Taxable income (net loss) from Schedules Q, line 1b | (e) Income from Schedules Q, line 3b |
|---|---|---|---|---|
| | | | | |

| 39 | Combine columns (d) and (e) only. Enter the result here and include in the total on line 41 below | 39 | |
|---|---|---|---|

### Part V — Summary

| 40 | Net farm rental income or (loss) from Form 4835. Also, complete line 42 below . . . . . . | 40 | |
|---|---|---|---|
| 41 | **Total income or (loss).** Combine lines 26, 32, 37, 39, and 40. Enter the result here and on Form 1040, line 17, or Form 1040NR, line 18 ▶ | 41 | 179. |

**42** Reconciliation of farming and fishing income. Enter your **gross** farming and fishing income reported on Form 4835, line 7; Schedule K-1 (Form 1065), box 14, code B; Schedule K-1 (Form 1120S), box 17, code V; and Schedule K-1 (Form 1041), box 14, code F (see instructions) | **42** |

**43** Reconciliation for real estate professionals. If you were a real estate professional (see instructions), enter the net income or (loss) you reported anywhere on Form 1040 or Form 1040NR from all rental real estate activities in which you materially participated under the passive activity loss rules . . | **43** |

**Composite Exhibit "A"**

| SCHEDULE SE<br>(Form 1040)<br><br>Department of the Treasury<br>Internal Revenue Service (99) | **Self-Employment Tax**<br><br>▶ **Information about Schedule SE and its separate instructions is at** *www.irs.gov/schedulese.*<br><br>▶ **Attach to Form 1040 or Form 1040NR.** | OMB No. 1545-0074<br><br>**2015**<br>Attachment<br>Sequence No. **17** |

| Name of person with **self-employment** income (as shown on Form 1040 or Form 1040NR)<br>Hasmukh Patel | Social security number of person<br>with **self-employment** income ▶ |

*Before you begin:* To determine if you must file Schedule SE, see the instructions.

## May I Use Short Schedule SE or Must I Use Long Schedule SE?

**Note.** Use this flowchart **only if** you must file Schedule SE. If unsure, see *Who Must File Schedule SE* in the instructions.



---

**Section A—Short Schedule SE.    Caution.** Read above to see if you can use Short Schedule SE.

| | | |
|---|---|---|
| **1a** | Net farm profit or (loss) from Schedule F, line 34, and farm partnerships, Schedule K-1 (Form 1065), box 14, code A . . . . . . . . . . . . . . . . . . . . . . . | **1a** | |
| **b** | If you received social security retirement or disability benefits, enter the amount of Conservation Reserve Program payments included on Schedule F, line 4b, or listed on Schedule K-1 (Form 1065), box 20, code Z | **1b** ( ) |
| **2** | Net profit or (loss) from Schedule C, line 31; Schedule C-EZ, line 3; Schedule K-1 (Form 1065), box 14, code A (other than farming); and Schedule K-1 (Form 1065-B), box 9, code J1. Ministers and members of religious orders, see instructions for types of income to report on this line. See instructions for other income to report . . . . . . . . . . . . . | **2** | 7,050. |
| **3** | Combine lines 1a, 1b, and 2 . . . . . . . . . . . . . . . . . . . . . . . | **3** | 7,050. |
| **4** | Multiply line 3 by 92.35% (.9235). If less than $400, you do not owe self-employment tax; **do not** file this schedule unless you have an amount on line 1b . . . . . . . . . ▶ | **4** | 6,511. |
| | **Note.** If line 4 is less than $400 due to Conservation Reserve Program payments on line 1b, see instructions. | | |
| **5** | **Self-employment tax.** If the amount on line 4 is:<br>• $118,500 or less, multiply line 4 by 15.3% (.153). Enter the result here and on **Form 1040, line 57,** or **Form 1040NR, line 55**<br>• More than $118,500, multiply line 4 by 2.9% (.029). Then, add $14,694 to the result.<br>Enter the total here and on **Form 1040, line 57,** or **Form 1040NR, line 55** . . . . . . . | **5** | 996. |
| **6** | **Deduction for one-half of self-employment tax.**<br>Multiply line 5 by 50% (.50). Enter the result here and on **Form 1040, line 27, or Form 1040NR, line 27** . . . . . . . . . . . . . **6** | 498. | |

| For Paperwork Reduction Act Notice, see your tax return instructions. | **BAA** | REV 07/11/16 TTW | Schedule SE (Form 1040) 2015 |

Composite Exhibit "A"

Form **6251**

**Alternative Minimum Tax—Individuals**

OMB No. 1545-0074

Department of the Treasury
Internal Revenue Service (99)

▶ Information about Form 6251 and its separate instructions is at *www.irs.gov/form6251.*
▶ Attach to Form 1040 or Form 1040NR.

20**15**
Attachment
Sequence No. **32**

Name(s) shown on Form 1040 or Form 1040NR

Hasmukh & Niruben Patel

Your social security number

**Part I    Alternative Minimum Taxable Income** (See instructions for how to complete each line.)

| | | | |
|---|---|---|---|
| 1 | If filing Schedule A (Form 1040), enter the amount from Form 1040, line 41, and go to line 2. Otherwise, enter the amount from Form 1040, line 38, and go to line 7. (If less than zero, enter as a negative amount.) | 1 | 59,703. |
| 2 | Medical and dental. If you or your spouse was 65 or older, enter the **smaller** of Schedule A (Form 1040), line 4, **or** 2.5% (.025) of Form 1040, line 38. If zero or less, enter -0- | 2 | |
| 3 | Taxes from Schedule A (Form 1040), line 9 | 3 | 6,170. |
| 4 | Enter the home mortgage interest adjustment, if any, from line 6 of the worksheet in the instructions for this line | 4 | |
| 5 | Miscellaneous deductions from Schedule A (Form 1040), line 27 | 5 | 1,421. |
| 6 | If Form 1040, line 38, is $154,950 or less, enter -0-. Otherwise, see instructions | 6 | ( 0. ) |
| 7 | Tax refund from Form 1040, line 10 or line 21 | 7 | ( ) |
| 8 | Investment interest expense (difference between regular tax and AMT) | 8 | |
| 9 | Depletion (difference between regular tax and AMT) | 9 | |
| 10 | Net operating loss deduction from Form 1040, line 21. Enter as a positive amount | 10 | |
| 11 | Alternative tax net operating loss deduction | 11 | ( ) |
| 12 | Interest from specified private activity bonds exempt from the regular tax | 12 | |
| 13 | Qualified small business stock, see instructions | 13 | 0. |
| 14 | Exercise of incentive stock options (excess of AMT income over regular tax income) | 14 | |
| 15 | Estates and trusts (amount from Schedule K-1 (Form 1041), box 12, code A) | 15 | |
| 16 | Electing large partnerships (amount from Schedule K-1 (Form 1065-B), box 6) | 16 | |
| 17 | Disposition of property (difference between AMT and regular tax gain or loss) | 17 | |
| 18 | Depreciation on assets placed in service after 1986 (difference between regular tax and AMT) | 18 | 11. |
| 19 | Passive activities (difference between AMT and regular tax income or loss) | 19 | |
| 20 | Loss limitations (difference between AMT and regular tax income or loss) | 20 | |
| 21 | Circulation costs (difference between regular tax and AMT) | 21 | |
| 22 | Long-term contracts (difference between AMT and regular tax income) | 22 | |
| 23 | Mining costs (difference between regular tax and AMT) | 23 | |
| 24 | Research and experimental costs (difference between regular tax and AMT) | 24 | |
| 25 | Income from certain installment sales before January 1, 1987 | 25 | ( ) |
| 26 | Intangible drilling costs preference | 26 | |
| 27 | Other adjustments, including income-based related adjustments | 27 | |
| 28 | **Alternative minimum taxable income.** Combine lines 1 through 27. (If married filing separately and line 28 is more than $246,250, see instructions.) | 28 | 67,305. |

**Part II    Alternative Minimum Tax (AMT)**

29 Exemption. (If you were under age 24 at the end of 2015, see instructions.)

| IF your filing status is . . . | | AND line 28 is not over . . . | THEN enter on line 29 . . . | | |
|---|---|---|---|---|---|
| Single or head of household | | $119,200 | $53,600 | | |
| Married filing jointly or qualifying widow(er) | | 158,900 | 83,400 | } | |
| Married filing separately . . . . . | | 79,450 | 41,700 | | 29 | 83,400. |

If line 28 is **over** the amount shown above for your filing status, see instructions.

| | | | |
|---|---|---|---|
| 30 | Subtract line 29 from line 28. If more than zero, go to line 31. If zero or less, enter -0- here and on lines 31, 33, and 35, and go to line 34 | 30 | 0. |
| 31 | • If you are filing Form 2555 or 2555-EZ, see instructions for the amount to enter.<br>• If you reported capital gain distributions directly on Form 1040, line 13; you reported qualified dividends on Form 1040, line 9b; **or** you had a gain on both lines 15 and 16 of Schedule D (Form 1040) (as refigured for the AMT, if necessary), complete Part III on the back and enter the amount from line 64 here.<br>• **All others:** If line 30 is $185,400 or less ($92,700 or less if married filing separately), multiply line 30 by 26% (.26). Otherwise, multiply line 30 by 28% (.28) and subtract $3,708 ($1,854 if married filing separately) from the result. | 31 | |
| 32 | Alternative minimum tax foreign tax credit (see instructions) | 32 | |
| 33 | Tentative minimum tax. Subtract line 32 from line 31 | 33 | 0. |
| 34 | Add Form 1040, line 44 (minus any tax from Form 4972), and Form 1040, line 46. Subtract from the result any foreign tax credit from Form 1040, line 48. If you used Schedule J to figure your tax on Form 1040, line 44, refigure that tax without using Schedule J before completing this line (see instructions) | 34 | |
| 35 | **AMT.** Subtract line 34 from line 33. If zero or less, enter -0-. Enter here and on Form 1040, line 45 | 35 | 0. |

For Paperwork Reduction Act Notice, see your tax return instructions.    BAA    REV 07/11/16 TTW    Form **6251** (2015)

## Composite Exhibit "A"

Form 6251 (2015)

Page **2**

**Part III** **Tax Computation Using Maximum Capital Gains Rates**

Complete Part III only if you are required to do so by line 31 or by the Foreign Earned Income Tax Worksheet in the instructions.

| | | |
|---|---|---|
| 36 | Enter the amount from Form 6251, line 30. If you are filing Form 2555 or 2555-EZ, enter the amount from line 3 of the worksheet in the instructions for line 31 . . . . . . . . . . . . . . | **36** |
| 37 | Enter the amount from line 6 of the Qualified Dividends and Capital Gain Tax Worksheet in the instructions for Form 1040, line 44, or the amount from line 13 of the Schedule D Tax Worksheet in the instructions for Schedule D (Form 1040), whichever applies (as refigured for the AMT, if necessary) (see instructions). If you are filing Form 2555 or 2555-EZ, see instructions for the amount to enter . . . . . . . . | **37** |
| 38 | Enter the amount from Schedule D (Form 1040), line 19 (as refigured for the AMT, if necessary) (see instructions). If you are filing Form 2555 or 2555-EZ, see instructions for the amount to enter . . . . . | **38** |
| 39 | If you did not complete a Schedule D Tax Worksheet for the regular tax or the AMT, enter the amount from line 37. Otherwise, add lines 37 and 38, and enter the **smaller** of that result or the amount from line 10 of the Schedule D Tax Worksheet (as refigured for the AMT, if necessary). If you are filing Form 2555 or 2555-EZ, see instructions for the amount to enter . . . . . . . . . . . . . . . . . | **39** |
| 40 | Enter the **smaller** of line 36 or line 39 . . . . . . . . . . . . . . . . . . . . | **40** |
| 41 | Subtract line 40 from line 36 . . . . . . . . . . . . . . . . . . . . . . . . | **41** |
| 42 | If line 41 is $185,400 or less ($92,700 or less if married filing separately), multiply line 41 by 26% (.26). Otherwise, multiply line 41 by 28% (.28) and subtract $3,708 ($1,854 if married filing separately) from the result . . . ▶ | **42** |
| 43 | Enter:<br>• $74,900 if married filing jointly or qualifying widow(er),<br>• $37,450 if single or married filing separately, or<br>• $50,200 if head of household . . . . . . . . . . . . } | **43** |
| 44 | Enter the amount from line 7 of the Qualified Dividends and Capital Gain Tax Worksheet in the instructions for Form 1040, line 44, or the amount from line 14 of the Schedule D Tax Worksheet in the instructions for Schedule D (Form 1040), whichever applies (as figured for the regular tax). If you did not complete either worksheet for the regular tax, enter the amount from Form 1040, line 43; if zero or less, enter -0-. If you are filing Form 2555 or 2555-EZ, see instructions for the amount to enter . . . . . . . | **44** |
| 45 | Subtract line 44 from line 43. If zero or less, enter -0- . . . . . . . . . . . . . . . | **45** |
| 46 | Enter the **smaller** of line 36 or line 37 . . . . . . . . . . . . . . . . . . . | **46** |
| 47 | Enter the **smaller** of line 45 or line 46. This amount is taxed at 0% . . . . . . . . . . | **47** |
| 48 | Subtract line 47 from line 46 . . . . . . . . . . . . . . . . . . . . . . . . | **48** |
| 49 | Enter:<br>• $413,200 if single<br>• $232,425 if married filing separately<br>• $464,850 if married filing jointly or qualifying widow(er)<br>• $439,000 if head of household . . . . . . . . . . . . } | **49** |
| 50 | Enter the amount from line 45 . . . . . . . . . . . . . . . . . . . . . . . | **50** |
| 51 | Enter the amount from line 7 of the Qualified Dividends and Capital Gain Tax Worksheet in the instructions for Form 1040, line 44, or the amount from line 19 of the Schedule D Tax Worksheet, whichever applies (as figured for the regular tax). If you did not complete either worksheet for the regular tax, enter the amount from Form 1040, line 43; if zero or less, enter -0-. If you are filing Form 2555 or Form 2555-EZ, see instructions for the amount to enter . . . . . . . . . . . . . . . . . . . . | **51** |
| 52 | Add line 50 and line 51 . . . . . . . . . . . . . . . . . . . . . . . . . | **52** |
| 53 | Subtract line 52 from line 49. If zero or less, enter -0- . . . . . . . . . . . . . . . | **53** |
| 54 | Enter the smaller of line 48 or line 53 . . . . . . . . . . . . . . . . . . . . | **54** |
| 55 | Multiply line 54 by 15% (.15) . . . . . . . . . . . . . . . . . . . . . . ▶ | **55** |
| 56 | Add lines 47 and 54 . . . . . . . . . . . . . . . . . . . . . . . . . . | **56** |
| | **If lines 56 and 36 are the same, skip lines 57 through 61 and go to line 62. Otherwise, go to line 57.** | |
| 57 | Subtract line 56 from line 46 . . . . . . . . . . . . . . . . . . . . . . . | **57** |
| 58 | Multiply line 57 by 20% (.20) . . . . . . . . . . . . . . . . . . . . . . ▶ | **58** |
| | **If line 38 is zero or blank, skip lines 59 through 61 and go to line 62. Otherwise, go to line 59.** | |
| 59 | Add lines 41, 56, and 57 . . . . . . . . . . . . . . . . . . . . . . . . | **59** |
| 60 | Subtract line 59 from line 36 . . . . . . . . . . . . . . . . . . . . . . . | **60** |
| 61 | Multiply line 60 by 25% (.25) . . . . . . . . . . . . . . . . . . . . . . ▶ | **61** |
| 62 | Add lines 42, 55, 58, and 61 . . . . . . . . . . . . . . . . . . . . . . . | **62** |
| 63 | If line 36 is $185,400 or less ($92,700 or less if married filing separately), multiply line 36 by 26% (.26). Otherwise, multiply line 36 by 28% (.28) and subtract $3,708 ($1,854 if married filing separately) from the result . . . | **63** |
| 64 | Enter the **smaller** of line 62 or line 63 here and on line 31. If you are filing Form 2555 or 2555-EZ, do not enter this amount on line 31. Instead, enter it on line 4 of the worksheet in the instructions for line 31 . . . | **64** |

REV 07/11/16 TTW                                                                 Form **6251** (2015)

**Composite Exhibit "A"**

Form **8962**

Department of the Treasury
Internal Revenue Service

## Premium Tax Credit (PTC)

▶ Attach to Form 1040, 1040A, or 1040NR.
▶ Information about Form 8962 and its separate instructions is at *www.irs.gov/form8962*.

OMB No. 1545-0074

**2015**

Attachment
Sequence No. **73**

Name shown on your return
Hasmukh & Niruben Patel

Your social security number

You cannot claim the PTC if your filing status is married filing separately unless you are eligible for an exception (see instructions). If you qualify, check the box. ☐

| Part I | Annual and Monthly Contribution Amount | | |
|---|---|---|---|
| 1 | Tax family size. Enter the number of exemptions from Form 1040 or Form 1040A, line 6d, or Form 1040NR, line 7d | 1 | 3 |
| 2a | Modified AGI. Enter your modified AGI (see instructions) . . . **2a** 75,355. **b** Enter the total of your dependents' modified AGI (see instructions) . . . | 2b | |
| 3 | Household income. Add the amounts on lines 2a and 2b | 3 | 75,355. |
| 4 | Federal poverty line. Enter the federal poverty line amount from Table 1-1, 1-2, or 1-3 (see instructions). Check the appropriate box for the federal poverty table used. **a** ☐ Alaska **b** ☐ Hawaii **c** ☒ Other 48 states and DC | 4 | 19,790. |
| 5 | Household income as a percentage of federal poverty line (see instructions) | 5 | 380 % |
| 6 | Did you enter 401% on line 5? (See instructions if you entered less than 100%.)<br>☒ **No.** Continue to line 7.<br>☐ **Yes.** You are not eligible to receive PTC. If advance payment of the PTC was made, see the instructions for how to report your excess advance PTC repayment amount. | | |
| 7 | Applicable Figure. Using your line 5 percentage, locate your "applicable figure" on the table in the instructions . . | 7 | 0.0956 |
| 8a | Annual contribution amount. Multiply line 3 by line 7 . . . **8a** 7,204. **b** Monthly contribution amount. Divide line 8a by 12. Round to whole dollar amount . . . | 8b | 600. |

| Part II | Premium Tax Credit Claim and Reconciliation of Advance Payment of Premium Tax Credit | |
|---|---|---|
| 9 | Are you allocating policy amounts with another taxpayer or do you want to use the alternative calculation for year of marriage (see instructions)?<br>☐ **Yes.** Skip to Part IV, Shared Policy Allocation, or Part V, Alternative Calculation for Year of Marriage.    ☒ **No.** Continue to line 10. | |
| 10 | See the instructions to determine if you can use line 11 or must complete lines 12 through 23.<br>☒ **Yes.** Continue to line 11. Compute your annual PTC. Then skip lines 12–23 and continue to line 24.    ☐ **No.** Continue to lines 12–23. Compute your monthly PTC and continue to line 24. | |

| Annual Calculation | (a) Annual enrollment premiums (Form(s) 1095-A, line 33a) | (b) Annual applicable SLCSP premium (Form(s) 1095-A, line 33b) | (c) Annual contribution amount (line 8a) | (d) Annual maximum premium assistance (subtract (c) from (b), if zero or less, enter -0-) | (e) Annual premium tax credit allowed (smaller of (a) or (d)) | (f) Annual advance payment of PTC (Form(s) 1095-A, line 33c) |
|---|---|---|---|---|---|---|
| 11  Annual Totals | 13,044. | 12,195. | 7,204. | 4,991. | 4,991. | 10,968. |

| Monthly Calculation | (a) Monthly enrollment premiums (Form(s) 1095-A, lines 21–32, column a) | (b) Monthly applicable SLCSP premium (Form(s) 1095-A, lines 21–32, column b) | (c) Monthly contribution amount (amount from line 8b or alternative marriage monthly contribution) | (d) Monthly maximum premium assistance (subtract (c) from (b), if zero or less, enter -0-) | (e) Monthly premium tax credit allowed (smaller of (a) or (d)) | (f) Monthly advance payment of PTC (Form(s) 1095-A, lines 21–32, column c) |
|---|---|---|---|---|---|---|
| 12  January | | | | | | |
| 13  February | | | | | | |
| 14  March | | | | | | |
| 15  April | | | | | | |
| 16  May | | | | | | |
| 17  June | | | | | | |
| 18  July | | | | | | |
| 19  August | | | | | | |
| 20  September | | | | | | |
| 21  October | | | | | | |
| 22  November | | | | | | |
| 23  December | | | | | | |

| | | | |
|---|---|---|---|
| 24 | Total premium tax credit. Enter the amount from line 11(e) or add lines 12(e) through 23(e) and enter the total here | 24 | 4,991. |
| 25 | Advance payment of PTC. Enter the amount from line 11(f) or add lines 12(f) through 23(f) and enter the total here | 25 | 10,968. |
| 26 | Net premium tax credit. If line 24 is greater than line 25, subtract line 25 from line 24. Enter the difference here and on Form 1040, line 69; Form 1040A, line 45; or Form 1040NR, line 65. If you elected the alternative calculation for marriage, enter zero. If line 24 equals line 25, enter zero. Stop here. If line 25 is greater than line 24, leave this line blank and continue to line 27 | 26 | |

| Part III | Repayment of Excess Advance Payment of the Premium Tax Credit | | |
|---|---|---|---|
| 27 | Excess advance payment of PTC. If line 25 is greater than line 24, subtract line 24 from line 25. Enter the difference here | 27 | 5,977. |
| 28 | Repayment limitation (see instructions) | 28 | 2,500. |
| 29 | Excess advance premium tax credit repayment. Enter the smaller of line 27 or line 28 here and on Form 1040, line 46; Form 1040A, line 29; or Form 1040NR, line 44 | 29 | 2,500. |

**For Paperwork Reduction Act Notice, see your tax return instructions.**

BA        REV 07/11/16 TT

Form **8962** (2015)

## Composite Exhibit "A"

Form 8962 (2015)                                                                 Page **2**

| **Part IV** | **Shared Policy Allocation** |

Complete the following information for up to four shared policy allocations. See instructions for allocation details.

**Shared Policy Allocation 1**

| 30 | **(a)** Policy Number (Form 1095-A, line 2) | **(b)** SSN of other taxpayer | **(c)** Allocation start month | **(d)** Allocation stop month |
|---|---|---|---|---|
| | Allocation percentage applied to monthly amounts | **(e)** Premium Percentage | **(f)** SLCSP Percentage | **(g)** Advance Payment of the PTC Percentage |

**Shared Policy Allocation 2**

| 31 | **(a)** Policy Number (Form 1095-A, line 2) | **(b)** SSN of other taxpayer | **(c)** Allocation start month | **(d)** Allocation stop month |
|---|---|---|---|---|
| | Allocation percentage applied to monthly amounts | **(e)** Premium Percentage | **(f)** SLCSP Percentage | **(g)** Advance Payment of the PTC Percentage |

**Shared Policy Allocation 3**

| 32 | **(a)** Policy Number (Form 1095-A, line 2) | **(b)** SSN of other taxpayer | **(c)** Allocation start month | **(d)** Allocation stop month |
|---|---|---|---|---|
| | Allocation percentage applied to monthly amounts | **(e)** Premium Percentage | **(f)** SLCSP Percentage | **(g)** Advance Payment of the PTC Percentage |

**Shared Policy Allocation 4**

| 33 | **(a)** Policy Number (Form 1095-A, line 2) | **(b)** SSN of other taxpayer | **(c)** Allocation start month | **(d)** Allocation stop month |
|---|---|---|---|---|
| | Allocation percentage applied to monthly amounts | **(e)** Premium Percentage | **(f)** SLCSP Percentage | **(g)** Advance Payment of the PTC Percentage |

34    Have you completed shared policy allocation information for all allocated Forms 1095-A?

☐ **Yes.** Multiply the amounts on Form 1095-A by the allocation percentages entered by policy. Add allocated amounts across all allocated policies with amounts for non-allocated policies from Forms 1095-A, if any, to compute a combined total for each month. Enter the combined total for each month on lines 12–23, columns (a), (b), and (f). Compute the amounts for lines 12–23, columns (c)–(e), and continue to line 24.

☐ **No.** See the instructions to report additional shared policy allocations.

| **Part V** | **Alternative Calculation for Year of Marriage** |

Complete line(s) 35 and/or 36 to elect the alternative calculation for year of marriage. For eligibility to make the election, see the instructions for line 9. To complete line(s) 35 and/or 36 and compute the amounts for lines 12–23, see the instructions for this Part V.

| 35 | **Alternative entries for your SSN** | **(a)** Alternative family size | **(b)** Monthly contribution | **(c)** Alternative start month | **(d)** Alternative stop month |
|---|---|---|---|---|---|
| 36 | **Alternative entries for your spouse's SSN** | **(a)** Alternative family size | **(b)** Monthly contribution | **(c)** Alternative start month | **(d)** Alternative stop month |

REV 07/11/16 TT

Form **8962** (2015)

Composite Exhibit "A"

Form **8801**

Department of the Treasury
Internal Revenue Service (99)

**Credit for Prior Year Minimum Tax—
Individuals, Estates, and Trusts**

► Information about Form 8801 and its separate instructions is at *www.irs.gov/form8801*.
► Attach to Form 1040, 1040NR, or 1041.

OMB No. 1545-1073

20**15**

Attachment
Sequence No. **74**

Name(s) shown on return
Hasmukh & Niruben Patel

Identifying number

| **Part I** | **Net Minimum Tax on Exclusion Items** | | |
|---|---|---|---|
| 1 | Combine lines 1, 6, and 10 of your 2014 Form 6251. Estates and trusts, see instructions . . . . | **1** | -53,159. |
| 2 | Enter adjustments and preferences treated as exclusion items (see instructions) . . . . . . | **2** | 5,274. |
| 3 | Minimum tax credit net operating loss deduction (see instructions) . . . . . . . . . | **3** | ( ) |
| 4 | Combine lines 1, 2, and 3. If zero or less, enter -0- here and on line 15 and go to Part II. If more than $242,450 and you were married filing separately for 2014, see instructions . . . . . | **4** | 0. |
| 5 | Enter: $82,100 if married filing jointly or qualifying widow(er) for 2014; $52,800 if single or head of household for 2014; or $41,050 if married filing separately for 2014. Estates and trusts, enter $23,500 | **5** | |
| 6 | Enter: $156,500 if married filing jointly or qualifying widow(er) for 2014; $117,300 if single or head of household for 2014; or $78,250 if married filing separately for 2014. Estates and trusts, enter $78,250  . . . . . . . . . . . . . . . . . . . . . . . | **6** | |
| 7 | Subtract line 6 from line 4. If zero or less, enter -0- here and on line 8 and go to line 9 . . . | **7** | |
| 8 | Multiply line 7 by 25% (0.25) . . . . . . . . . . . . . . . . . . . . . . | **8** | |
| 9 | Subtract line 8 from line 5. If zero or less, enter -0-. If under age 24 at the end of 2014, see instructions | **9** | |
| 10 | Subtract line 9 from line 4. If zero or less, enter -0- here and on line 15 and go to Part II. Form 1040NR filers, see instructions . . . . . . . . . . . . . . . . . . . | **10** | |
| 11 | • If **for 2014** you filed Form 2555 or 2555-EZ, see instructions for the amount to enter. <br><br>• If **for 2014** you reported capital gain distributions directly on Form 1040, line 13; you reported qualified dividends on Form 1040, line 9b (Form 1041, line 2b(2)); **or** you had a gain on both lines 15 and 16 of Schedule D (Form 1040) (lines 18a and 19, column (2), of Schedule D (Form 1041)), complete Part III of Form 8801 and enter the amount from line 55 here. Form 1040NR filers, see instructions. <br><br>• **All others:** If line 10 is $182,500 or less ($91,250 or less if married filing separately for 2014), multiply line 10 by 26% (0.26). Otherwise, multiply line 10 by 28% (0.28) and subtract $3,650 ($1,825 if married filing separately for 2014) from the result. Form 1040NR filers, see instructions. | **11** | |
| 12 | Minimum tax foreign tax credit on exclusion items (see instructions) . . . . . . . . . | **12** | |
| 13 | Tentative minimum tax on exclusion items. Subtract line 12 from line 11 . . . . . . . . | **13** | |
| 14 | Enter the amount from your 2014 Form 6251, line 34, or 2014 Form 1041, Schedule I, line 55 . . | **14** | |
| 15 | **Net minimum tax on exclusion items.** Subtract line 14 from line 13. If zero or less, enter -0- . . | **15** | 0. |

For Paperwork Reduction Act Notice, see instructions.    **BAA**          REV 07/11/16 TTW          Form **8801** (2015)

**Composite Exhibit "A"**

Form 8801 (2015)                                                                                                          Page **2**

| Part II | Minimum Tax Credit and Carryforward to 2016 |
|---|---|

| | | | |
|---|---|---|---|
| 16 | Enter the amount from your 2014 Form 6251, line 35, or 2014 Form 1041, Schedule I, line 56 | 16 | 0. |
| 17 | Enter the amount from line 15 | 17 | 0. |
| 18 | Subtract line 17 from line 16. If less than zero, enter as a negative amount | 18 | 0. |
| 19 | **2014 credit carryforward.** Enter the amount from your 2014 Form 8801, line 26 | 19 | 1,814. |
| 20 | Enter your 2014 unallowed qualified electric vehicle credit (see instructions) | 20 | |
| 21 | Combine lines 18 through 20. If zero or less, stop here and see the instructions | 21 | 1,814. |
| 22 | Enter your 2015 regular income tax liability minus allowable credits (see instructions) | 22 | 8,736. |
| 23 | Enter the amount from your 2015 Form 6251, line 33, or 2015 Form 1041, Schedule I, line 54 | 23 | 0. |
| 24 | Subtract line 23 from line 22. If zero or less, enter -0- | 24 | 8,736. |
| 25 | **Minimum tax credit.** Enter the **smaller** of line 21 or line 24. Also enter this amount on your 2015 Form 1040, line 54 (check box **b**); Form 1040NR, line 51 (check box **b**); or Form 1041, Schedule G, line 2c | 25 | 1,814. |
| 26 | **Credit carryforward to 2016.** Subtract line 25 from line 21. Keep a record of this amount because you may use it in future years | 26 | 0. |

REV 07/11/16 TTW                                                                                      Form **8801** (2015)

**Composite Exhibit "A"**

Form 8801 (2015)

Page **3**

| Part III | Tax Computation Using Maximum Capital Gains Rates |
| --- | --- |

Complete Part III only if you are required to do so by line 11 or by the Foreign Earned Income Tax Worksheet in the instructions.

**Caution:** If you didn't complete the 2014 Qualified Dividends and Capital Gain Tax Worksheet, the 2014 Schedule D Tax Worksheet, or Part V of the 2014 Schedule D (Form 1041), see the instructions before completing this part.*

**27** Enter the amount from Form 8801, line 10. If you filed Form 2555 or 2555-EZ for 2014, enter the amount from line 3 of the Foreign Earned Income Tax Worksheet in the instructions . . . . . | **27**

**Caution:** If for **2014** you filed Form 1040NR, 1041, 2555, or 2555-EZ, see the instructions before completing lines 28, 29, and 30.

**28** Enter the amount from line 6 of your 2014 Qualified Dividends and Capital Gain Tax Worksheet, the amount from line 13 of your 2014 Schedule D Tax Worksheet, or the amount from line 26 of the 2014 Schedule D (Form 1041), whichever applies* . . . . . . . . . . . . . . . | **28**

**If you figured your 2014 tax using the 2014 Qualified Dividends and Capital Gain Tax Worksheet, skip line 29 and enter the amount from line 28 on line 30. Otherwise, go to line 29.**

**29** Enter the amount from line 19 of your 2014 Schedule D (Form 1040), or line 18b, column (2), of the 2014 Schedule D (Form 1041) . . . . . . . . . . . . . . . . . . | **29**

**30** Add lines 28 and 29, and enter the **smaller** of that result or the amount from line 10 of your 2014 Schedule D Tax Worksheet . . . . . . . . . . . . . . . . . . | **30**

**31** Enter the **smaller** of line 27 or line 30 . . . . . . . . . . . . . | **31**

**32** Subtract line 31 from line 27 . . . . . . . . . . . . . . . . | **32**

**33** If line 32 is $182,500 or less ($91,250 or less if married filing separately for 2014), multiply line 32 by 26% (0.26). Otherwise, multiply line 32 by 28% (0.28) and subtract $3,650 ($1,825 if married filing separately for 2014) from the result. Form 1040NR filers, see instructions . . . . . . ▶ | **33**

**34** Enter:
- $73,800 if married filing jointly or qualifying widow(er) for 2014,
- $36,900 if single or married filing separately for 2014,
- $49,400 if head of household for 2014, or } . . . . . . . . | **34**
- $2,500 for an estate or trust.
Form 1040NR filers, see instructions.

**35** Enter the amount from line 7 of your 2014 Qualified Dividends and Capital Gain Tax Worksheet, the amount from line 14 of your 2014 Schedule D Tax Worksheet, or the amount from line 27 of the 2014 Schedule D (Form 1041), whichever applies. If you didn't complete either worksheet or Part V of the 2014 Schedule D (Form 1041), enter the amount from your 2014 Form 1040, line 43, or 2014 Form 1041, line 22, whichever applies; if zero or less, enter -0-. Form 1040NR filers, see instructions . . . | **35**

**36** Subtract line 35 from line 34. If zero or less, enter -0- . . . . . . . . . | **36**

**37** Enter the **smaller** of line 27 or line 28 . . . . . . . . . . . . | **37**

**38** Enter the **smaller** of line 36 or line 37 . . . . . . . . . . . . | **38**

**39** Subtract line 38 from line 37 . . . . . . . . . . . . . . . | **39**

**40** Enter:
- $406,750 if single for 2014,
- $228,800 if married filing separately for 2014,
- $457,600 if married filing jointly or qualifying widow(er) for 2014, } . . . . . . . | **40**
- $432,200 if head of household for 2014, or
- $12,150 for an estate or trust.
Form 1040NR filers, see instructions.

**41** Enter the amount from line 36 . . . . . . . . . . . . . . . | **41**

**42** Form 1040 filers, enter the amount from line 7 of your 2014 Qualified Dividends and Capital Gain Tax Worksheet or the amount from line 19 of your 2014 Schedule D Tax Worksheet, whichever applies. If you didn't complete either worksheet, see instructions. Form 1041 filers, enter the amount from line 27 of your 2014 Schedule D (Form 1041) or line 18 of your 2014 Schedule D Tax Worksheet, whichever applies. If you didn't complete either the worksheet or Part V of the 2014 Schedule D (Form 1041), enter the amount from your 2014 Form 1041, line 22; if zero or less, enter -0-. Form 1040NR filers, see instructions . . . | **42**

* The 2014 Qualified Dividends and Capital Gain Tax Worksheet is in the 2014 Instructions for Form 1040. The 2014 Schedule D Tax Worksheet is in the 2014 Instructions for Schedule D (Form 1040) (or the 2014 Instructions for Schedule D (Form 1041)).

REV 07/11/16 TTW

Form **8801** (2015)

**Composite Exhibit "A"**

Form 8801 (2015)

Page **4**

| Part III | Tax Computation Using Maximum Capital Gains Rates *(continued)* |
|---|---|

| | | | |
|---|---|---|---|
| 43 | Add lines 41 and 42 . . . . . . . . . . . . . . . . . | 43 | |
| 44 | Subtract line 43 from line 40. If zero or less, enter -0- . . . . . . . | 44 | |
| 45 | Enter the **smaller** of line 39 or line 44 . . . . . . . . . . . | 45 | |
| 46 | Multiply line 45 by 15% (0.15) . . . . . . . . . . . . . . ▶ | 46 | |
| 47 | Add lines 38 and 45 . . . . . . . . . . . . . . . . . | 47 | |
| | **If lines 47 and 27 are the same, skip lines 48 through 52 and go to line 53. Otherwise, go to line 48.** | | |
| 48 | Subtract line 47 from line 37 . . . . . . . . . . . . . . | 48 | |
| 49 | Multiply line 48 by 20% (0.20) . . . . . . . . . . . . . . ▶ | 49 | |
| | **If line 29 is zero or blank, skip lines 50 through 52 and go to line 53. Otherwise, go to line 50.** | | |
| 50 | Add lines 32, 47, and 48 . . . . . . . . . . . . . . . | 50 | |
| 51 | Subtract line 50 from line 27 . . . . . . . . . . . . . . | 51 | |
| 52 | Multiply line 51 by 25% (0.25) . . . . . . . . . . . . . . ▶ | 52 | |
| 53 | Add lines 33, 46, 49, and 52 . . . . . . . . . . . . . . | 53 | |
| 54 | If line 27 is $182,500 or less ($91,250 or less if married filing separately for 2014), multiply line 27 by 26% (0.26). Otherwise, multiply line 27 by 28% (0.28) and subtract $3,650 ($1,825 if married filing separately for 2014) from the result. Form 1040NR filers, see instructions . . . . . . . | 54 | |
| 55 | Enter the **smaller** of line 53 or line 54 here and on line 11. If you filed Form 2555 or 2555-EZ for 2014, don't enter this amount on line 11. Instead, enter it on line 4 of the Foreign Earned Income Tax Worksheet in the instructions for line 11 . . . . . . . . . . . . . . | 55 | |

REV 07/11/16 TTW

Form **8801** (2015)

**Composite Exhibit "A"**

Form **2106-EZ**

Department of the Treasury
Internal Revenue Service (99)

**Unreimbursed Employee Business Expenses**
▶ Attach to Form 1040 or Form 1040NR.
▶ Information about Form 2106 and its separate instructions is available at *www.irs.gov/form2106.*

OMB No. 1545-0074

20**15**

Attachment
Sequence No. **129A**

| Your name | Occupation in which you incurred expenses | Social security number |
|---|---|---|
| Hasmukh Patel | Satellite TV service | |

**You Can Use This Form Only if All of the Following Apply.**

• You are an employee deducting ordinary and necessary expenses attributable to your job. An ordinary expense is one that is common and accepted in your field of trade, business, or profession. A necessary expense is one that is helpful and appropriate for your business. An expense does not have to be required to be considered necessary.

• You **do not** get reimbursed by your employer for any expenses (amounts your employer included in box 1 of your Form W-2 are not considered reimbursements for this purpose).

• If you are claiming vehicle expense, you are using the standard mileage rate for 2015.

**Caution:** *You can use the standard mileage rate for 2015 only if: (a) you owned the vehicle and used the standard mileage rate for the first year you placed the vehicle in service, or (b) you leased the vehicle and used the standard mileage rate for the portion of the lease period after 1997.*

| Part I | Figure Your Expenses |
|---|---|

| | | | |
|---|---|---|---|
| **1** | Complete Part II. Multiply line 8a by 57.5¢ (.575). Enter the result here . . . . . . . . . | **1** | 2,654. |
| **2** | Parking fees, tolls, and transportation, including train, bus, etc., that **did not** involve overnight travel or commuting to and from work . . . . . . . . . | **2** | |
| **3** | Travel expense while away from home overnight, including lodging, airplane, car rental, etc. **Do not** include meals and entertainment . . . . . . . . . | **3** | |
| **4** | Business expenses not included on lines 1 through 3. **Do not** include meals and entertainment . . . . . . . . . . . . | **4** | 224. |
| **5** | Meals and entertainment expenses: $ _____ × 50% (.50). (Employees subject to Department of Transportation (DOT) hours of service limits: Multiply meal expenses incurred while away from home on business by 80% (.80) instead of 50%. For details, see instructions.) | **5** | |
| **6** | **Total expenses.** Add lines 1 through 5. Enter here and on **Schedule A (Form 1040), line 21** (or on **Schedule A (Form 1040NR), line 7**). (Armed Forces reservists, fee-basis state or local government officials, qualified performing artists, and individuals with disabilities: See the instructions for special rules on where to enter this amount.) . . . . . . . . . . . | **6** | 2,878. |

| Part II | Information on Your Vehicle. Complete this part **only** if you are claiming vehicle expense on line 1. |
|---|---|

**7** When did you place your vehicle in service for business use? (month, day, year) ▶ 01/01/2015

**8** Of the total number of miles you drove your vehicle during 2015, enter the number of miles you used your vehicle for:

**a** Business _____4,616_____ **b** Commuting (see instructions) _____ **c** Other _____20,384_____

**9** Was your vehicle available for personal use during off-duty hours? . . . . . . . . . . ☒ Yes ☐ No

**10** Do you (or your spouse) have another vehicle available for personal use? . . . . . . . . ☒ Yes ☐ No

**11a** Do you have evidence to support your deduction? . . . . . . . . . . . . . . . ☒ Yes ☐ No

**b** If "Yes," is the evidence written? . . . . . . . . . . . . . . . . . . . . . ☒ Yes ☐ No

For Paperwork Reduction Act Notice, see your tax return instructions. **BAA**      REV 07/11/16 TTW      Form **2106-EZ** (2015)

**Composite Exhibit "A"**
## ELECTRONIC POSTMARK - CERTIFICATION OF ELECTRONIC FILING

**Taxpayer:**      Hasmukh & Niruben Patel
**Primary SSN:**   ▉▉▉▉▉▉▉

**Federal Return Submitted:**        October 13, 2016   10:39 PM PDT
**Federal Return Acceptance Date:**

_____Your return was electronically transmitted on 10/14/2016_____

The Intuit Electronic Postmark shows the date and time Intuit received your federal tax return. The Intuit Electronic Postmark documents the filing date of your income tax return, and the electronic postmark information should be kept on file with your tax return and other tax-related documentation.

There are two important aspects of the Intuit Electronic Postmark:

**1. THE INTUIT ELECTRONIC POSTMARK.**
The electronic postmark shows the date and time Intuit received the federal return, and is deemed the filing date if the date of the electronic postmark is on or before the date prescribed for filing of the federal individual income tax return.

**TIMELY FILING:**
For your federal return to be considered filed on time, your return must be postmarked on or before midnight April 18, 2016. Intuit's electronic postmark is issued in the Pacific Time (PT) zone. If you are not filing in the PT zone, you will need to add or subtract hours from the Intuit Electronic Postmark time to determine your local postmark time. For example, if you are filing in the Eastern Time (ET) zone and you electronically file your return at 9 AM on April 18, 2016, your Intuit electronic postmark will indicate April 18, 2016, 6 AM. If your federal tax return is rejected, the IRS still considers it filed on time if the electronic postmark is on or before April 18, 2016, and a corrected return is submitted and accepted before April 23, 2016. If your return is submitted after April 23, 2016, a new time stamp is issued to reflect that your return was submitted after the IRS deadline and, consequently, is no longer considered to have been filed on time.

If you request an automatic six-month extension, your return must be electronically postmarked by midnight October 17, 2016 If your federal tax return is rejected, the IRS will still consider it filed on time if the electronic postmark is on or before October 17, 2016, and the corrected return is submitted and accepted by October 22, 2016.

**2. THE ACCEPTANCE DATE.**
Once the IRS accepts the electronically filed return, the acceptance date will be provided by the Intuit Electronic Filing Center. This date is proof that the IRS accepted the electronically filed return.

Composite Exhibit "A"

Hasmukh & Niruben Patel                                                                    ▬▬▬▬                1

# Additional information from your 2015 Federal Tax Return

### Schedule E: Supplemental Income and Loss
### Line 28: Income or Loss from Partnership and S corporations          Continuation Statement

| | Name | Code | Foreign | EIN | Not At Risk | Passive Loss Allowed Amt | Passive Income Amt | Nonpassive Loss Amt | Sec 179 Expense Dedn Amt | Nonpassive Income Amt |
|---|---|---|---|---|---|---|---|---|---|---|
| D | RAL ENTERPRISES, LLC | S | | 80-0412533 | | | | | | 4,236. |
| E | HDTV LLC | S | | 45-3326384 | | | | | | 1,650. |
| F | HDTV LLC | S | | 45-3326384 | | | | | | 1,651. |
| | **Total** | | | | | | | | | 7,537. |

**Composite Exhibit "A"**

Form **1040** Department of the Treasury—Internal Revenue Service (99)
**U.S. Individual Income Tax Return** **2016** OMB No. 1545-0074 IRS Use Only—Do not write or staple in this space.

For the year Jan. 1–Dec. 31, 2016, or other tax year beginning , 2016, ending , 20 | See separate instructions.

| | |
|---|---|
| Your first name and initial | Last name | **Your social security number** |
| Hasmukh | Patel | |
| If a joint return, spouse's first name and initial | Last name | **Spouse's social security number** |
| Niruben | Patel | |

Home address (number and street). If you have a P.O. box, see instructions. | Apt. no. | ▲ Make sure the SSN(s) above and on line 6c are correct.

1181 Airport Rd

City, town or post office, state, and ZIP code. If you have a foreign address, also complete spaces below (see instructions).

Jacksonville FL 32218

**Presidential Election Campaign**
Check here if you, or your spouse if filing jointly, want $3 to go to this fund. Checking a box below will not change your tax or refund. ☐ You ☐ Spouse

Foreign country name | Foreign province/state/county | Foreign postal code

**Filing Status**
Check only one box.

1. ☐ Single
2. ☒ Married filing jointly (even if only one had income)
3. ☐ Married filing separately. Enter spouse's SSN above and full name here. ▶
4. ☐ Head of household (with qualifying person). (See instructions.) If the qualifying person is a child but not your dependent, enter this child's name here. ▶
5. ☐ Qualifying widow(er) with dependent child

**Exemptions**

6a ☒ **Yourself.** If someone can claim you as a dependent, **do not** check box 6a
b ☒ **Spouse**

| | | | Boxes checked on 6a and 6b | 2 |
|---|---|---|---|---|

c Dependents:

| (1) First name    Last name | (2) Dependent's social security number | (3) Dependent's relationship to you | (4) ✓ if child under age 17 qualifying for child tax credit (see instructions) |
|---|---|---|---|
| Reema    Patel | | Daughter | ☐ |
| | | | ☐ |
| | | | ☐ |
| | | | ☐ |

No. of children on 6c who:
• lived with you **1**
• did not live with you due to divorce or separation (see instructions)
Dependents on 6c not entered above

If more than four dependents, see instructions and check here ▶ ☐

d Total number of exemptions claimed

Add numbers on lines above ▶ **3**

**Income**

Attach Form(s) W-2 here. Also attach Forms W-2G and 1099-R if tax was withheld.

If you did not get a W-2, see instructions.

| | | | |
|---|---|---|---|
| 7 | Wages, salaries, tips, etc. Attach Form(s) W-2 | **7** | 76,700. |
| 8a | Taxable interest. Attach Schedule B if required | **8a** | |
| b | Tax-exempt interest. **Do not** include on line 8a | 8b | |
| 9a | Ordinary dividends. Attach Schedule B if required | **9a** | |
| b | Qualified dividends | 9b | |
| 10 | Taxable refunds, credits, or offsets of state and local income taxes | **10** | |
| 11 | Alimony received | **11** | |
| 12 | Business income or (loss). Attach Schedule C or C-EZ | **12** | |
| 13 | Capital gain or (loss). Attach Schedule D if required. If not required, check here ▶ ☐ | **13** | |
| 14 | Other gains or (losses). Attach Form 4797 | **14** | |
| 15a | IRA distributions 15a | b Taxable amount | **15b** | |
| 16a | Pensions and annuities 16a | b Taxable amount | **16b** | |
| 17 | Rental real estate, royalties, partnerships, S corporations, trusts, etc. Attach Schedule E | **17** | -39,962. |
| 18 | Farm income or (loss). Attach Schedule F | **18** | |
| 19 | Unemployment compensation | **19** | |
| 20a | Social security benefits 20a | b Taxable amount | **20b** | |
| 21 | Other income. List type and amount | **21** | |
| 22 | Combine the amounts in the far right column for lines 7 through 21. This is your **total income** ▶ | **22** | 36,738. |

**Adjusted Gross Income**

| | | | |
|---|---|---|---|
| 23 | Educator expenses | 23 | |
| 24 | Certain business expenses of reservists, performing artists, and fee-basis government officials. Attach Form 2106 or 2106-EZ | 24 | |
| 25 | Health savings account deduction. Attach Form 8889 | 25 | |
| 26 | Moving expenses. Attach Form 3903 | 26 | |
| 27 | Deductible part of self-employment tax. Attach Schedule SE | 27 | |
| 28 | Self-employed SEP, SIMPLE, and qualified plans | 28 | |
| 29 | Self-employed health insurance deduction | 29 | |
| 30 | Penalty on early withdrawal of savings | 30 | |
| 31a | Alimony paid b Recipient's SSN ▶ | 31a | |
| 32 | IRA deduction | 32 | |
| 33 | Student loan interest deduction | 33 | |
| 34 | Tuition and fees. Attach Form 8917 | 34 | |
| 35 | Domestic production activities deduction. Attach Form 8903 | 35 | |
| 36 | Add lines 23 through 35 | 36 | |
| 37 | Subtract line 36 from line 22. This is your **adjusted gross income** ▶ | 37 | 36,738. |

For Disclosure, Privacy Act, and Paperwork Reduction Act Notice, see separate instructions. **BAA** REV 01/25/17 TTW Form **1040** (2016)

Form 1040 (2016)     **Composite Exhibit "A"**     Page **2**

| | | | | | |
|---|---|---|---|---|---|
| **Tax and Credits** | 38 | Amount from line 37 (adjusted gross income) | | 38 | 36,738. |
| | 39a | Check { ☐ **You were born before January 2, 1952,** ☐ Blind. **Total boxes** if: { ☐ **Spouse was born before January 2, 1952,** ☐ Blind. } checked ▶ 39a | | | |
| | b | If your spouse itemizes on a separate return or you were a dual-status alien, check here ▶ 39b ☐ | | | |
| **Standard Deduction for—** • People who check any box on line 39a or 39b or who can be claimed as a dependent, see instructions. • All others: Single or Married filing separately, $6,300 Married filing jointly or Qualifying widow(er), $12,600 Head of household, $9,300 | 40 | **Itemized deductions** (from Schedule A) or your **standard deduction** (see left margin) | | 40 | 13,497. |
| | 41 | Subtract line 40 from line 38 | | 41 | 23,241. |
| | 42 | **Exemptions.** If line 38 is $155,650 or less, multiply $4,050 by the number on line 6d. Otherwise, see instructions | | 42 | 12,150. |
| | 43 | **Taxable income.** Subtract line 42 from line 41. If line 42 is more than line 41, enter -0- | | 43 | 11,091. |
| | 44 | **Tax** (see instructions). Check if any from: **a** ☐ Form(s) 8814 **b** ☐ Form 4972 **c** ☐ | | 44 | 1,108. |
| | 45 | **Alternative minimum tax** (see instructions). Attach Form 6251 | | 45 | |
| | 46 | Excess advance premium tax credit repayment. Attach Form 8962 | | 46 | |
| | 47 | Add lines 44, 45, and 46 ▶ | | 47 | 1,108. |
| | 48 | Foreign tax credit. Attach Form 1116 if required | 48 | | |
| | 49 | Credit for child and dependent care expenses. Attach Form 2441 | 49 | | |
| | 50 | Education credits from Form 8863, line 19 | 50 | | |
| | 51 | Retirement savings contributions credit. Attach Form 8880 | 51 | | |
| | 52 | Child tax credit. Attach Schedule 8812, if required | 52 | | |
| | 53 | Residential energy credits. Attach Form 5695 | 53 | | |
| | 54 | Other credits from Form: **a** ☐ 3800 **b** ☐ 8801 **c** ☐ | 54 | | |
| | 55 | Add lines 48 through 54. These are your **total credits** | | 55 | |
| | 56 | Subtract line 55 from line 47. If line 55 is more than line 47, enter -0- ▶ | | 56 | 1,108. |
| **Other Taxes** | 57 | Self-employment tax. Attach Schedule SE | | 57 | |
| | 58 | Unreported social security and Medicare tax from Form: **a** ☐ 4137 **b** ☐ 8919 | | 58 | |
| | 59 | Additional tax on IRAs, other qualified retirement plans, etc. Attach Form 5329 if required | | 59 | |
| | 60a | Household employment taxes from Schedule H | | 60a | |
| | b | First-time homebuyer credit repayment. Attach Form 5405 if required | | 60b | |
| | 61 | Health care: individual responsibility (see instructions)   Full-year coverage ☒ | | 61 | |
| | 62 | Taxes from: **a** ☐ Form 8959 **b** ☐ Form 8960 **c** ☐ Instructions; enter code(s) | | 62 | |
| | 63 | Add lines 56 through 62. This is your **total tax** ▶ | | 63 | 1,108. |
| **Payments** | 64 | Federal income tax withheld from Forms W-2 and 1099 | 64 | 3,501. | |
| If you have a qualifying child, attach Schedule EIC. | 65 | 2016 estimated tax payments and amount applied from 2015 return | 65 | | |
| | 66a | **Earned income credit (EIC)**   No. | 66a | | |
| | b | Nontaxable combat pay election | 66b | | |
| | 67 | Additional child tax credit. Attach Schedule 8812 | 67 | | |
| | 68 | American opportunity credit from Form 8863, line 8 | 68 | | |
| | 69 | Net premium tax credit. Attach Form 8962 | 69 | 3,654. | |
| | 70 | Amount paid with request for extension to file | 70 | 2,500. | |
| | 71 | Excess social security and tier 1 RRTA tax withheld | 71 | | |
| | 72 | Credit for federal tax on fuels. Attach Form 4136 | 72 | | |
| | 73 | Credits from Form: **a** ☐ 2439 **b** ☐ Reserved **c** ☐ 8885 **d** ☐ | 73 | | |
| | 74 | Add lines 64, 65, 66a, and 67 through 73. These are your **total payments** ▶ | | 74 | 9,655. |
| **Refund** | 75 | If line 74 is more than line 63, subtract line 63 from line 74. This is the amount you **overpaid** | | 75 | 8,547. |
| | 76a | Amount of line 75 you want **refunded to you.** If Form 8888 is attached, check here ▶ ☐ | | 76a | 8,547. |
| Direct deposit? ▶ See instructions. | b | Routing number ▬▬▬▬▬ **c** Type: ☒ Checking ☐ Savings | | | |
| | d | Account number ▬▬▬▬▬ | | | |
| | 77 | Amount of line 75 you want applied to your 2017 estimated tax ▶ | 77 | | |
| **Amount You Owe** | 78 | **Amount you owe.** Subtract line 74 from line 63. For details on how to pay, see instructions ▶ | | 78 | |
| | 79 | Estimated tax penalty (see instructions) | 79 | | |

**Third Party Designee**   Do you want to allow another person to discuss this return with the IRS (see instructions)?   ☐ **Yes. Complete below.**   ☒ **No**

Designee's name ▶     Phone no. ▶     Personal identification number (PIN) ▶

**Sign Here**   Under penalties of perjury, I declare that I have examined this return and accompanying schedules and statements, and to the best of my knowledge and belief, they are true, correct, and accurately list all amounts and sources of income I received during the tax year. Declaration of preparer (other than taxpayer) is based on all information of which preparer has any knowledge.

Joint return? See instructions. Keep a copy for your records.

| Your signature | Date | Your occupation | Daytime phone number |
|---|---|---|---|
| | | Manager | (904) 206-2915 |
| Spouse's signature. If a joint return, **both** must sign. | Date | Spouse's occupation | If the IRS sent you an Identity Protection PIN, enter it here [see inst.] |
| | | Housewife | |

**Paid Preparer Use Only**

| Print/Type preparer's name | Preparer's signature | Date | Check ☐ if self-employed | PTIN |
|---|---|---|---|---|
| | Self-Prepared | | | |
| Firm's name ▶ | | | Firm's EIN ▶ | |
| Firm's address ▶ | | | Phone no. | |

www.irs.gov/form1040     REV 01/25/17 TTW     Form **1040** (2016)

Composite Exhibit "A"

**SCHEDULE A**
**(Form 1040)**

Department of the Treasury
Internal Revenue Service (99)

## Itemized Deductions

OMB No. 1545-0074

**2016**

Attachment
Sequence No. **07**

▶ Information about Schedule A and its separate instructions is at www.irs.gov/schedulea.
▶ Attach to Form 1040.

Name(s) shown on Form 1040

Hasmukh & Niruben Patel

Your social security number

| | | | | |
|---|---|---|---|---|
| **Medical and Dental Expenses** | **Caution:** Do not include expenses reimbursed or paid by others. | | | |
| | 1  Medical and dental expenses (see instructions) | **1** | 1,632. | |
| | 2  Enter amount from Form 1040, line 38 **2** 36,738. | | | |
| | 3  Multiply line 2 by 10% (0.10). But if either you or your spouse was born before January 2, 1952, multiply line 2 by 7.5% (0.075) instead | **3** | 3,674. | |
| | 4  Subtract line 3 from line 1. If line 3 is more than line 1, enter -0- | | **4** | 0. |
| **Taxes You Paid** | 5  State and local (check only one box): | | | |
| | a ☐ Income taxes, or | **5** | 663. | |
| | b ☒ General sales taxes | | | |
| | 6  Real estate taxes (see instructions) | **6** | 5,018. | |
| | 7  Personal property taxes | **7** | | |
| | 8  Other taxes. List type and amount ▶ | **8** | | |
| | 9  Add lines 5 through 8 | | **9** | 5,681. |
| **Interest You Paid** | 10  Home mortgage interest and points reported to you on Form 1098 | **10** | 7,786. | |
| Note: Your mortgage interest deduction may be limited (see instructions). | 11  Home mortgage interest not reported to you on Form 1098. If paid to the person from whom you bought the home, see instructions and show that person's name, identifying no., and address ▶ | **11** | | |
| | 12  Points not reported to you on Form 1098. See instructions for special rules | **12** | | |
| | 13  Mortgage insurance premiums (see instructions) | **13** | | |
| | 14  Investment interest. Attach Form 4952 if required. (See instructions.) | **14** | | |
| | 15  Add lines 10 through 14 | | **15** | 7,786. |
| **Gifts to Charity** | 16  Gifts by cash or check. If you made any gift of $250 or more, see instructions | **16** | 30. | |
| If you made a gift and got a benefit for it, see instructions. | 17  Other than by cash or check. If any gift of $250 or more, see instructions. You **must** attach Form 8283 if over $500 | **17** | | |
| | 18  Carryover from prior year | **18** | | |
| | 19  Add lines 16 through 18 | | **19** | 30. |
| **Casualty and Theft Losses** | 20  Casualty or theft loss(es). Attach Form 4684. (See instructions.) | | **20** | |
| **Job Expenses and Certain Miscellaneous Deductions** | 21  Unreimbursed employee expenses—job travel, union dues, job education, etc. Attach Form 2106 or 2106-EZ if required. (See instructions.) ▶ | **21** | | |
| | 22  Tax preparation fees | **22** | | |
| | 23  Other expenses—investment, safe deposit box, etc. List type and amount ▶ | **23** | | |
| | 24  Add lines 21 through 23 | **24** | | |
| | 25  Enter amount from Form 1040, line 38 **25** | | | |
| | 26  Multiply line 25 by 2% (0.02) | **26** | | |
| | 27  Subtract line 26 from line 24. If line 26 is more than line 24, enter -0- | | **27** | |
| **Other Miscellaneous Deductions** | 28  Other—from list in instructions. List type and amount ▶ | | **28** | |
| **Total Itemized Deductions** | 29  Is Form 1040, line 38, over $155,650? | | | |
| | ☒ **No.** Your deduction is not limited. Add the amounts in the far right column for lines 4 through 28. Also, enter this amount on Form 1040, line 40. | | **29** | 13,497. |
| | ☐ **Yes.** Your deduction may be limited. See the Itemized Deductions Worksheet in the instructions to figure the amount to enter. | | | |
| | 30  If you elect to itemize deductions even though they are less than your standard deduction, check here ▶ ☐ | | | |

For Paperwork Reduction Act Notice, see Form 1040 instructions.   BAA    REV 01/25/17 TTW    Schedule A (Form 1040) 2016

# Composite Exhibit "A"

Schedule E (Form 1040) 2016          Attachment Sequence No. **13**          Page **2**

Name(s) shown on return. Do not enter name and social security number if shown on other side.          **Your social security number**

Hasmukh & Niruben Patel

**Caution:** The IRS compares amounts reported on your tax return with amounts shown on Schedule(s) K-1.

| **Part II** | **Income or Loss From Partnerships and S Corporations** | **Note:** If you report a loss from an at-risk activity for which **any** amount is **not** at risk, you **must** check the box in column (e) on line 28 and attach **Form 6198.** See instructions. |

**27** Are you reporting any loss not allowed in a prior year due to the at-risk, excess farm loss, or basis limitations, a prior year unallowed loss from a passive activity (if that loss was not reported on Form 8582), or unreimbursed partnership expenses? If you answered "Yes," see instructions before completing this section. ☐ Yes ☒ No

**28**

| | (a) Name | (b) Enter P for partnership; S for S corporation | (c) Check if foreign partnership | (d) Employer identification number | (e) Check if any amount is not at risk |
|---|---|---|---|---|---|
| A | R & H Hospitality, LLLP | P | ☐ | 20-5652564 | ☐ |
| B | ISHA HOSPITALITY, LLLP | P | ☐ | 27-0279193 | ☐ |
| C | BINI & REMA, INC | S | ☐ | 65-1257011 | ☐ |
| D | See line 28 information | | ☐ | | |

| | **Passive Income and Loss** | | **Nonpassive Income and Loss** | | |
|---|---|---|---|---|---|
| | (f) Passive loss allowed (attach **Form 8582** if required) | (g) Passive income from **Schedule K-1** | (h) Nonpassive loss from **Schedule K-1** | (i) Section 179 expense deduction from **Form 4562** | (j) Nonpassive income from **Schedule K-1** |
| A | | | 1,864. | | |
| B | | | 4,277. | | |
| C | | | | | 0. |
| D | | | 33,821. | | |
| **29a** Totals | | | | | 0. |
| **b** Totals | | | 39,962. | | |

**30** Add columns (g) and (j) of line 29a . . . . . . . . . . **30** 0.

**31** Add columns (f), (h), and (i) of line 29b . . . . . . . . . **31** ( 39,962. )

**32** **Total partnership and S corporation income or (loss).** Combine lines 30 and 31. Enter the result here and include in the total on line 41 below . . . . . . . . . . . **32** -39,962.

| **Part III** | **Income or Loss From Estates and Trusts** |

**33**

| | (a) Name | (b) Employer identification number |
|---|---|---|
| A | | |
| B | | |

| | **Passive Income and Loss** | | **Nonpassive Income and Loss** | |
|---|---|---|---|---|
| | (c) Passive deduction or loss allowed (attach **Form 8582** if required) | (d) Passive income from **Schedule K-1** | (e) Deduction or loss from **Schedule K-1** | (f) Other income from **Schedule K-1** |
| A | | | | |
| B | | | | |
| **34a** Totals | | | | |
| **b** Totals | | | | |

**35** Add columns (d) and (f) of line 34a . . . . . . . . . **35**

**36** Add columns (c) and (e) of line 34b . . . . . . . . . **36** ( )

**37** **Total estate and trust income or (loss).** Combine lines 35 and 36. Enter the result here and include in the total on line 41 below . . . . . . . . . . . . . **37**

| **Part IV** | **Income or Loss From Real Estate Mortgage Investment Conduits (REMICs) — Residual Holder** |

**38**

| | (a) Name | (b) Employer identification number | (c) Excess inclusion from Schedules Q, line 2c (see instructions) | (d) Taxable income (net loss) from Schedules Q, line 1b | (e) Income from Schedules Q, line 3b |
|---|---|---|---|---|---|
| | | | | | |

**39** Combine columns (d) and (e) only. Enter the result here and include in the total on line 41 below . . . **39**

| **Part V** | **Summary** |

**40** Net farm rental income or (loss) from **Form 4835.** Also, complete line 42 below . . . . . . **40**

**41** Total income or **(loss).** Combine lines 26, 32, 37, 39, and 40. Enter the result here and on Form 1040, line 17, or Form 1040NR, line 18 ▶ **41** -39,962.

**42** **Reconciliation of farming and fishing income.** Enter your **gross** farming and fishing income reported on Form 4835, line 7; Schedule K-1 (Form 1065), box 14, code B; Schedule K-1 (Form 1120S), box 17, code V; and Schedule K-1 (Form 1041), box 14, code F (see instructions) . . . **42**

**43** **Reconciliation for real estate professionals.** If you were a real estate professional (see instructions), enter the net income or (loss) you reported anywhere on Form 1040 or Form 1040NR from all rental real estate activities in which you materially participated under the passive activity loss rules . . . **43**

Composite Exhibit "A"

| Form **8889** | **Health Savings Accounts (HSAs)** | OMB No. 1545-0074 |
|---|---|---|
| Department of the Treasury Internal Revenue Service | ▶ Information about Form 8889 and its separate instructions is available at *www.irs.gov/form8889.* ▶ **Attach to Form 1040 or Form 1040NR.** | **2016** Attachment Sequence No. **52** |

| Name(s) shown on Form 1040 or Form 1040NR | Social security number of HSA beneficiary. If both spouses have HSAs, see instructions ▶ |
|---|---|
| Hasmukh Patel | |

**Before you begin:** Complete Form 8853, Archer MSAs and Long-Term Care Insurance Contracts, if required.

**Part I**  **HSA Contributions and Deduction.** See the instructions before completing this part. If you are filing jointly and both you and your spouse each have separate HSAs, complete a separate Part I for each spouse.

| | | | |
|---|---|---|---|
| 1 | Check the box to indicate your coverage under a high-deductible health plan (HDHP) during 2016 (see instructions). ▶ ☐ Self-only  ☐ Family | | |
| 2 | HSA contributions you made for 2016 (or those made on your behalf), including those made from January 1, 2017, through April 18, 2017, that were for 2016. **Do not** include employer contributions, contributions through a cafeteria plan, or rollovers (see instructions) | 2 | 0. |
| 3 | If you were under age 55 at the end of 2016, and on the first day of **every** month during 2016, you were, or were considered, an eligible individual with the **same** coverage, enter $3,350 ($6,750 for family coverage). **All others,** see the instructions for the amount to enter | 3 | 0. |
| 4 | Enter the amount you and your employer contributed to your Archer MSAs for 2016 from Form 8853, lines 1 and 2. If you or your spouse had family coverage under an HDHP at any time during 2016, also include any amount contributed to your spouse's Archer MSAs | 4 | |
| 5 | Subtract line 4 from line 3. If zero or less, enter -0- | 5 | |
| 6 | Enter the amount from line 5. But if you and your spouse each have separate HSAs and had family coverage under an HDHP at any time during 2016, see the instructions for the amount to enter | 6 | |
| 7 | If you were age 55 or older at the end of 2016, married, and you or your spouse had family coverage under an HDHP at any time during 2016, enter your additional contribution amount (see instructions) | 7 | 0. |
| 8 | Add lines 6 and 7 | 8 | 0. |
| 9 | Employer contributions made to your HSAs for 2016 | 9 | |
| 10 | Qualified HSA funding distributions | 10 | |
| 11 | Add lines 9 and 10 | 11 | |
| 12 | Subtract line 11 from line 8. If zero or less, enter -0- | 12 | 0. |
| 13 | **HSA deduction.** Enter the **smaller** of line 2 or line 12 here and on Form 1040, line 25, or Form 1040NR, line 25 | 13 | 0. |
| | **Caution:** *If line 2 is more than line 13, you may have to pay an additional tax (see instructions).* | | |

**Part II**  **HSA Distributions.** If you are filing jointly and both you and your spouse each have separate HSAs, complete a separate Part II for each spouse.

| | | | |
|---|---|---|---|
| 14a | Total distributions you received in 2016 from all HSAs (see instructions) | 14a | 1,590. |
| b | Distributions included on line 14a that you rolled over to another HSA. Also include any excess contributions (and the earnings on those excess contributions) included on line 14a that were withdrawn by the due date of your return (see instructions) | 14b | |
| c | Subtract line 14b from line 14a | 14c | 1,590. |
| 15 | Qualified medical expenses paid using HSA distributions (see instructions) | 15 | 1,590. |
| 16 | **Taxable HSA distributions.** Subtract line 15 from line 14c. If zero or less, enter -0-. Also, include this amount in the total on Form 1040, line 21, or Form 1040NR, line 21. On the dotted line next to line 21, enter "HSA" and the amount | 16 | 0. |
| 17a | If any of the distributions included on line 16 meet any of the **Exceptions to the Additional 20% Tax** (see instructions), check here ▶ ☐ | | |
| b | **Additional 20% tax** (see instructions). Enter 20% (.20) of the distributions included on line 16 that are subject to the additional 20% tax. Also include this amount in the total on Form 1040, line 62, or Form 1040NR, line 60. Check box c on Form 1040, line 62, or box b on Form 1040NR, line 60. Enter "HSA" and the amount on the line next to the box | 17b | |

For Paperwork Reduction Act Notice, see your tax return instructions.    **BAA**    REV 01/25/17 TTW  Form **8889** (2016)

**Composite Exhibit "A"**

Form 8889 (2016)

| **Part III** | Income and Additional Tax for Failure To Maintain HDHP Coverage. See the instructions before completing this part. If you are filing jointly and both you and your spouse each have separate HSAs, complete a separate Part III for each spouse. |

| | | | |
|---|---|---|---|
| 18 | Last-month rule . . . . . . . . . . . . . . . . . . . . . . . . . | **18** | |
| 19 | Qualified HSA funding distribution . . . . . . . . . . . . . . . . . . | **19** | |
| 20 | **Total income.** Add lines 18 and 19. Include this amount on Form 1040, line 21, or Form 1040NR, line 21. On the dotted line next to Form 1040, line 21, or Form 1040NR, line 21, enter "HSA" and the amount . . . . . . . . . . . . . . . . . . . . . | **20** | |
| 21 | **Additional tax.** Multiply line 20 by 10% (.10). Include this amount in the total on Form 1040, line 62, or Form 1040NR, line 60. Check box c on Form 1040, line 62, or box b on Form 1040NR, line 60. Enter "HDHP" and the amount on the line next to the box . . . . . . . . . . . | **21** | |

REV 01/25/17 TTW    Form **8889** (2016)

**Composite Exhibit "A"**

Form **8962**

Department of the Treasury
Internal Revenue Service

**Premium Tax Credit (PTC)**

▶ Attach to Form 1040, 1040A, or 1040NR.
▶ Information about Form 8962 and its separate instructions is at *www.irs.gov/form8962.*

OMB No. 1545-0074

20**16**

Attachment
Sequence No. **73**

Name shown on your return
Hasmukh & Niruben Patel

Your social security number

You cannot claim the PTC if your filing status is married filing separately unless you qualify for an exception (see instructions). If you qualify, check the box. ▶ ☐

## Part I — Annual and Monthly Contribution Amount

| | | | |
|---|---|---|---|
| 1 | Tax family size. Enter the number of exemptions from Form 1040 or Form 1040A, line 6d, or Form 1040NR, line 7d | **1** | 3 |
| 2a | Modified AGI. Enter your modified AGI (see instructions) . . . **2a** 36,738. | **b** Enter the total of your dependents' modified AGI (see instructions) . . . . **2b** | |
| 3 | Household income. Add the amounts on lines 2a and 2b . . . . . . . . . . . . . . | **3** | 36,738. |
| 4 | Federal poverty line. Enter the federal poverty line amount from Table 1-1, 1-2, or 1-3 (see instructions). Check the appropriate box for the federal poverty table used. **a** ☐ Alaska  **b** ☐ Hawaii  **c** ☒ Other 48 states and DC | **4** | 20,090. |
| 5 | Household income as a percentage of federal poverty line (see instructions) . . . . . . . | **5** | 182 % |
| 6 | Did you enter 401% on line 5? (See instructions if you entered less than 100%.) | | |
| | ☒ **No.** Continue to line 7. | | |
| | ☐ **Yes.** You are not eligible to take the PTC. If advance payment of the PTC was made, see the instructions for how to report your excess advance PTC repayment amount. | | |
| 7 | Applicable Figure. Using your line 5 percentage, locate your "applicable figure" on the table in the instructions . . | **7** | 0.0557 |
| 8a | Annual contribution amount. Multiply line 3 by line 7. Round to nearest whole dollar amount **8a** 2,046. | **b** Monthly contribution amount. Divide line 8a by 12. Round to nearest whole dollar amount | **8b** | 171. |

## Part II — Premium Tax Credit Claim and Reconciliation of Advance Payment of Premium Tax Credit

9 Are you allocating policy amounts with another taxpayer *or* do you want to use the alternative calculation for year of marriage (see instructions)?
☐ **Yes.** Skip to Part IV, Allocation of Policy Amounts, or Part V, Alternative Calculation for Year of Marriage.  ☒ **No.** Continue to line 10.

10 See the instructions to determine if you can use line 11 or must complete lines 12 through 23.
☒ **Yes.** Continue to line 11. Compute your annual PTC. Then skip lines 12–23 and continue to line 24.  ☐ **No.** Continue to lines 12–23. Compute your monthly PTC and continue to line 24.

| Annual Calculation | (a) Annual enrollment premiums (Form(s) 1095-A, line 33A) | (b) Annual applicable SLCSP premium (Form(s) 1095-A, line 33B) | (c) Annual contribution amount (line 8a) | (d) Annual maximum premium assistance (subtract (c) from (b), if zero or less, enter -0-) | (e) Annual premium tax credit allowed (smaller of (a) or (d)) | (f) Annual advance payment of PTC (Form(s) 1095-A, line 33C) |
|---|---|---|---|---|---|---|
| 11  Annual Totals | 13,344. | 12,168. | 2,046. | 10,122. | 10,122. | 6,468. |

| Monthly Calculation | (a) Monthly enrollment premiums (Form(s) 1095-A, lines 21-32, column A) | (b) Monthly applicable SLCSP premium (Form (s) 1095-A, lines 21-32, column B) | (c) Monthly contribution amount (amount from line 8b or alternative marriage monthly calculation) | (d) Monthly maximum premium assistance (subtract (c) from (b), if zero or less, enter -0-) | (e) Monthly premium tax credit allowed (smaller of (a) or (d)) | (f) Monthly advance payment of PTC (Form(s) 1095-A, lines 21-32, column C) |
|---|---|---|---|---|---|---|
| 12  January | | | | | | |
| 13  February | | | | | | |
| 14  March | | | | | | |
| 15  April | | | | | | |
| 16  May | | | | | | |
| 17  June | | | | | | |
| 18  July | | | | | | |
| 19  August | | | | | | |
| 20  September | | | | | | |
| 21  October | | | | | | |
| 22  November | | | | | | |
| 23  December | | | | | | |

| | | | |
|---|---|---|---|
| 24 | Total premium tax credit. Enter the amount from line 11(e) or add lines 12(e) through 23(e) and enter the total here | **24** | 10,122. |
| 25 | Advance payment of PTC. Enter the amount from line 11(f) or add lines 12(f) through 23(f) and enter the total here | **25** | 6,468. |
| 26 | Net premium tax credit. If line 24 is greater than line 25, subtract line 25 from line 24. Enter the difference here and on Form 1040, line 69; Form 1040A, line 45; or Form 1040NR, line 65. If line 24 equals line 25, enter zero. Stop here. If line 25 is greater than line 24, leave this line blank and continue to line 27 . . . . . . . . . . . . . . . . | **26** | 3,654. |

## Part III — Repayment of Excess Advance Payment of the Premium Tax Credit

| | | | |
|---|---|---|---|
| 27 | Excess advance payment of PTC. If line 25 is greater than line 24, subtract line 24 from line 25. Enter the difference here | **27** | |
| 28 | Repayment limitation (see instructions) | **28** | |
| 29 | Excess advance premium tax credit repayment. Enter the smaller of line 27 or line 28 here and on Form 1040, line 46; Form 1040A, line 29; or Form 1040NR, line 44 | **29** | |

**For Paperwork Reduction Act Notice, see your tax return instructions.**  **BA**  REV 01/25/17 TT  Form **8962** (2016)

**Composite Exhibit "A"**

Form 8962 (2016)                                                                                                      Page **2**

## Part IV    Allocation of Policy Amounts
Complete the following information for up to four shared policy allocations. See instructions for allocation details.

### Allocation 1

| 30 | (a) Policy Number (Form 1095-A, line 2) | (b) SSN of other taxpayer | (c) Allocation start month | (d) Allocation stop month |
|---|---|---|---|---|
| Allocation percentage applied to monthly amounts | (e) Premium Percentage | | (f) SLCSP Percentage | (g) Advance Payment of the PTC Percentage |

### Allocation 2

| 31 | (a) Policy Number (Form 1095-A, line 2) | (b) SSN of other taxpayer | (c) Allocation start month | (d) Allocation stop month |
|---|---|---|---|---|
| Allocation percentage applied to monthly amounts | (e) Premium Percentage | | (f) SLCSP Percentage | (g) Advance Payment of the PTC Percentage |

### Allocation 3

| 32 | (a) Policy Number (Form 1095-A, line 2) | (b) SSN of other taxpayer | (c) Allocation start month | (d) Allocation stop month |
|---|---|---|---|---|
| Allocation percentage applied to monthly amounts | (e) Premium Percentage | | (f) SLCSP Percentage | (g) Advance Payment of the PTC Percentage |

### Allocation 4

| 33 | (a) Policy Number (Form 1095-A, line 2) | (b) SSN of other taxpayer | (c) Allocation start month | (d) Allocation stop month |
|---|---|---|---|---|
| Allocation percentage applied to monthly amounts | (e) Premium Percentage | | (f) SLCSP Percentage | (g) Advance Payment of the PTC Percentage |

34    Have you completed all policy amount allocations?

☐ **Yes.** Multiply the amounts on Form 1095-A by the allocation percentages entered by policy. Add all allocated policy amounts and non-allocated policy amounts from Forms 1095-A, if any, to compute a combined total for each month. Enter the combined total for each month on lines 12–23, columns (a), (b), and (f). Compute the amounts for lines 12–23, columns (c)–(e), and continue to line 24.

☐ **No.** See the instructions to report additional policy amount allocations.

## Part V    Alternative Calculation for Year of Marriage
Complete line(s) 35 and/or 36 to elect the alternative calculation for year of marriage. For eligibility to make the election, see the instructions for line 9.
To complete line(s) 35 and/or 36 and compute the amounts for lines 12–23, see the instructions for this Part V.

| 35 | **Alternative entries for your SSN** | (a) Alternative family size | (b) Alternative monthly contribution amount | (c) Alternative start month | (d) Alternative stop month |
|---|---|---|---|---|---|
| 36 | **Alternative entries for your spouse's SSN** | (a) Alternative family size | (b) Alternative monthly contribution amount | (c) Alternative start month | (d) Alternative stop month |

REV 01/25/17 TT    Form **8962** (2016)

**Composite Exhibit "A"**
# ELECTRONIC POSTMARK - CERTIFICATION OF ELECTRONIC FILING

**Taxpayer:**    Hasmukh & Niruben Patel
**Primary SSN:**    ███████ ____

**Federal Return Submitted:**    October 15, 2017    08:11 AM PDT
**Federal Return Acceptance Date:**    _____

_____ Your return was electronically transmitted on 10/15/2017

The Intuit Electronic Postmark shows the date and time Intuit received your federal tax return. The Intuit Electronic Postmark documents the filing date of your income tax return, and the electronic postmark information should be kept on file with your tax return and other tax-related documentation.

There are two important aspects of the Intuit Electronic Postmark:

**1. THE INTUIT ELECTRONIC POSTMARK.**
The electronic postmark shows the date and time Intuit received the federal return, and is deemed the filing date if the date of the electronic postmark is on or before the date prescribed for filing of the federal individual income tax return.

**TIMELY FILING:**
For your federal return to be considered filed on time, your return must be postmarked on or before midnight April 18, 2017. Intuit's electronic postmark is issued in the Pacific Time (PT) zone. If you are not filing in the PT zone, you will need to add or subtract hours from the Intuit Electronic Postmark time to determine your local postmark time. For example, if you are filing in the Eastern Time (ET) zone and you electronically file your return at 9 AM on April 18, 2017, your Intuit electronic postmark will indicate April 18, 2017, 6 AM. If your federal tax return is rejected, the IRS still considers it filed on time if the electronic postmark is on or before April 18, 2017, and a corrected return is submitted and accepted before April 23, 2017. If your return is submitted after April 23, 2017, a new time stamp is issued to reflect that your return was submitted after the IRS deadline and, consequently, is no longer considered to have been filed on time.

If you request an automatic six-month extension, your return must be electronically postmarked by midnight October 16, 2017 If your federal tax return is rejected, the IRS will still consider it filed on time if the electronic postmark is on or before October 17, 2017, and the corrected return is submitted and accepted by October 20, 2017.

**2. THE ACCEPTANCE DATE.**
Once the IRS accepts the electronically filed return, the acceptance date will be provided by the Intuit Electronic Filing Center. This date is proof that the IRS accepted the electronically filed return.

**Composite Exhibit "A"**

Hasmukh & Niruben Patel                                                    1

# Additional information from your 2016 Federal Tax Return

## Schedule E: Supplemental Income and Loss
## Line 28: Income or Loss from Partnership and S corporations            Continuation Statement

| | Name | Code | Foreign | EIN | Not At Risk | Passive Loss Allowed Amt | Passive Income Amt | Nonpassive Loss Amt | Sec 179 Expense Dedn Amt | Nonpassive Income Amt |
|---|---|---|---|---|---|---|---|---|---|---|
| D | RAL ENTERPRISES, LLC | S | | 80-0412533 | | | | 2,533. | | |
| E | HDTV LLC | S | | 45-3326384 | | | | 31,288. | | |
| | **Total** | | | | | | | 33,821. | | |

**Composite Exhibit "A"**

Form **1040** Department of the Treasury—Internal Revenue Service (99)
**U.S. Individual Income Tax Return** **2017** OMB No. 1545-0074 IRS Use Only—Do not write or staple in this space.

For the year Jan. 1–Dec. 31, 2017, or other tax year beginning _____ , 2017, ending _____ , 20 ___ | See separate instructions.

| | |
|---|---|
| Your first name and initial: Hasmukh | Last name: Patel |
| If a joint return, spouse's first name and initial: Niruben | Last name: Patel |

Your social security number: [redacted]
Spouse's social security number: [redacted]

Home address (number and street). If you have a P.O. box, see instructions.
1181 Airport Rd
Apt. no.

City, town or post office, state, and ZIP code. If you have a foreign address, also complete spaces below (see instructions).
Jacksonville FL 32218

Foreign country name | Foreign province/state/county | Foreign postal code

▲ Make sure the SSN(s) above and on line 6c are correct.

**Presidential Election Campaign**
Check here if you, or your spouse if filing jointly, want $3 to go to this fund. Checking a box below will not change your tax or refund. ☐ You ☐ Spouse

**Filing Status**
Check only one box.

1. ☐ Single
2. ☒ Married filing jointly (even if only one had income)
3. ☐ Married filing separately. Enter spouse's SSN above and full name here. ▶
4. ☐ Head of household (with qualifying person). (See instructions.) If the qualifying person is a child but not your dependent, enter this child's name here. ▶
5. ☐ Qualifying widow(er) (see instructions)

**Exemptions**

6a ☒ **Yourself.** If someone can claim you as a dependent, **do not** check box 6a . . . . .
b ☒ **Spouse** . . . . . . . . . . . . . . . . . . . . . . . . . . . .

Boxes checked on 6a and 6b: **2**

c Dependents:

| (1) First name   Last name | (2) Dependent's social security number | (3) Dependent's relationship to you | (4) ✓ If child under age 17 qualifying for child tax credit (see instructions) |
|---|---|---|---|
| Reema    Patel | [redacted] | Daughter | ☐ |
| | | | ☐ |
| | | | ☐ |
| | | | ☐ |

If more than four dependents, see instructions and check here ▶ ☐

No. of children on 6c who:
• lived with you **1**
• did not live with you due to divorce or separation (see instructions)

Dependents on 6c not entered above

d Total number of exemptions claimed . . . . . . . . . . . . . . . .

Add numbers on lines above ▶ **3**

**Income**

Attach Form(s) W-2 here. Also attach Forms W-2G and 1099-R if tax was withheld.

If you did not get a W-2, see instructions.

| | | | |
|---|---|---|---|
| 7 | Wages, salaries, tips, etc. Attach Form(s) W-2 . . . . . . . . | 7 | 61,500. |
| 8a | Taxable interest. Attach Schedule B if required . . . . . . . | 8a | |
| b | Tax-exempt interest. **Do not** include on line 8a . . . | 8b | | |
| 9a | Ordinary dividends. Attach Schedule B if required . . . . . | 9a | |
| b | Qualified dividends . . . . . . . . | 9b | | |
| 10 | Taxable refunds, credits, or offsets of state and local income taxes . . . | 10 | |
| 11 | Alimony received . . . . . . . . . . . . . . . . | 11 | |
| 12 | Business income or (loss). Attach Schedule C or C-EZ . . . . | 12 | |
| 13 | Capital gain or (loss). Attach Schedule D if required. If not required, check here ▶ ☐ | 13 | |
| 14 | Other gains or (losses). Attach Form 4797 . . . . . . . | 14 | |
| 15a | IRA distributions . | 15a | | b Taxable amount . . | 15b | |
| 16a | Pensions and annuities | 16a | | b Taxable amount . . | 16b | |
| 17 | Rental real estate, royalties, partnerships, S corporations, trusts, etc. Attach Schedule E | 17 | 824. |
| 18 | Farm income or (loss). Attach Schedule F . . . . . . . | 18 | |
| 19 | Unemployment compensation . . . . . . . . . . | 19 | |
| 20a | Social security benefits | 20a | | b Taxable amount . . | 20b | |
| 21 | Other income. List type and amount | 21 | |
| 22 | Combine the amounts in the far right column for lines 7 through 21. This is your **total income** ▶ | 22 | 62,324. |

**Adjusted Gross Income**

| | | | |
|---|---|---|---|
| 23 | Educator expenses . . . . . . . . . . | 23 | | |
| 24 | Certain business expenses of reservists, performing artists, and fee-basis government officials. Attach Form 2106 or 2106-EZ | 24 | | |
| 25 | Health savings account deduction. Attach Form 8889 . | 25 | | |
| 26 | Moving expenses. Attach Form 3903 . . . . | 26 | | |
| 27 | Deductible part of self-employment tax. Attach Schedule SE . | 27 | | |
| 28 | Self-employed SEP, SIMPLE, and qualified plans . | 28 | | |
| 29 | Self-employed health insurance deduction . . | 29 | | |
| 30 | Penalty on early withdrawal of savings . . . | 30 | | |
| 31a | Alimony paid  b Recipient's SSN ▶ | 31a | | |
| 32 | IRA deduction . . . . . . . . | 32 | | |
| 33 | Student loan interest deduction . . . . | 33 | | |
| 34 | Tuition and fees. Attach Form 8917 . . . | 34 | | |
| 35 | Domestic production activities deduction. Attach Form 8903 | 35 | | |
| 36 | Add lines 23 through 35 . . . . . . . . . . . . . . . | 36 | |
| 37 | Subtract line 36 from line 22. This is your **adjusted gross income** . . . . . . ▶ | 37 | 62,324. |

For Disclosure, Privacy Act, and Paperwork Reduction Act Notice, see separate instructions. **BAA**    REV 02/22/18 TTW    Form **1040** (2017)

Form 1040 (2017)  **Composite Exhibit "A"**  Page **2**

| | | | | | |
|---|---|---|---|---|---|
| **Tax and Credits** | **38** | Amount from line 37 (adjusted gross income) | | **38** | 62,324. |
| | **39a** | Check { □ **You** were born before January 2, 1953, □ **Blind.** } Total boxes if: { □ **Spouse** was born before January 2, 1953, □ **Blind.** } checked ▶ 39a | | | |
| | **b** | If your spouse itemizes on a separate return or you were a dual-status alien, check here▶ 39b□ | | | |
| Standard Deduction for— | **40** | **Itemized deductions** (from Schedule A) **or** your **standard deduction** (see left margin) | | **40** | 12,700. |
| • People who check any box on line 39a or 39b **or** who can be claimed as a dependent, see instructions. | **41** | Subtract line 40 from line 38 | | **41** | 49,624. |
| | **42** | **Exemptions.** If line 38 is $156,900 or less, multiply $4,050 by the number on line 6d. Otherwise, see instructions | | **42** | 12,150. |
| | **43** | **Taxable income.** Subtract line 42 from line 41. If line 42 is more than line 41, enter -0- | | **43** | 37,474. |
| | **44** | **Tax** (see instructions). Check if any from: **a** □ Form(s) 8814  **b** □ Form 4972  **c** □ | | **44** | 4,689. |
| | **45** | **Alternative minimum tax** (see instructions). Attach Form 6251 | | **45** | |
| • All others: Single or Married filing separately, $6,350 | **46** | Excess advance premium tax credit repayment. Attach Form 8962 | | **46** | |
| | **47** | Add lines 44, 45, and 46 ▶ | | **47** | 4,689. |
| Married filing jointly or Qualifying widow(er), $12,700 | **48** | Foreign tax credit. Attach Form 1116 if required | **48** | | |
| | **49** | Credit for child and dependent care expenses. Attach Form 2441 | **49** | | |
| | **50** | Education credits from Form 8863, line 19 | **50** | | |
| Head of household, $9,350 | **51** | Retirement savings contributions credit. Attach Form 8880 | **51** | | |
| | **52** | Child tax credit. Attach Schedule 8812, if required | **52** | | |
| | **53** | Residential energy credits. Attach Form 5695 | **53** | | |
| | **54** | Other credits from Form: **a** □ 3800 **b** □ 8801 **c** □ | **54** | | |
| | **55** | Add lines 48 through 54. These are your **total credits** | | **55** | |
| | **56** | Subtract line 55 from line 47. If line 55 is more than line 47, enter -0- | | **56** | 4,689. |
| **Other Taxes** | **57** | Self-employment tax. Attach Schedule SE | | **57** | |
| | **58** | Unreported social security and Medicare tax from Form: **a** □ 4137 **b** □ 8919 | | **58** | |
| | **59** | Additional tax on IRAs, other qualified retirement plans, etc. Attach Form 5329 if required | | **59** | |
| | **60a** | Household employment taxes from Schedule H | | **60a** | |
| | **b** | First-time homebuyer credit repayment. Attach Form 5405 if required | | **60b** | |
| | **61** | Health care: individual responsibility (see instructions)  Full-year coverage ☒ | | **61** | |
| | **62** | Taxes from: **a** □ Form 8959 **b** □ Form 8960 **c** □ Instructions; enter code(s) | | **62** | |
| | **63** | Add lines 56 through 62. This is your **total tax** ▶ | | **63** | 4,689. |
| **Payments** | **64** | Federal income tax withheld from Forms W-2 and 1099 | **64** | 3,959. | |
| | **65** | 2017 estimated tax payments and amount applied from 2016 return | **65** | | |
| If you have a qualifying child, attach Schedule EIC. | **66a** | **Earned income credit (EIC)** No | **66a** | | |
| | **b** | Nontaxable combat pay election | **66b** | | |
| | **67** | Additional child tax credit. Attach Schedule 8812 | **67** | | |
| | **68** | American opportunity credit from Form 8863, line 8 | **68** | | |
| | **69** | Net premium tax credit. Attach Form 8962 | **69** | | |
| | **70** | Amount paid with request for extension to file | **70** | | |
| | **71** | Excess social security and tier 1 RRTA tax withheld | **71** | | |
| | **72** | Credit for federal tax on fuels. Attach Form 4136 | **72** | | |
| | **73** | Credits from Form: **a** □ 2439 **b** □ Reserved **c** □ 8885 **d** □ | **73** | | |
| | **74** | Add lines 64, 65, 66a, and 67 through 73. These are your **total payments** ▶ | | **74** | 3,959. |
| **Refund** | **75** | If line 74 is more than line 63, subtract line 63 from line 74. This is the amount you **overpaid** | | **75** | |
| | **76a** | Amount of line 75 you want **refunded to you.** If Form 8888 is attached, check here ▶ □ | | **76a** | |
| Direct deposit? ▶ See instructions. | **b** | Routing number X X X X X X X X X ▶ **c** Type: □ Checking □ Savings | | | |
| | **d** | Account number X X X X X X X X X X X X X X X X X | | | |
| | **77** | Amount of line 75 you want **applied to your 2018 estimated tax** ▶ | **77** | | |
| **Amount You Owe** | **78** | **Amount you owe.** Subtract line 74 from line 63. For details on how to pay, see instructions ▶ | | **78** | 730. |
| | **79** | Estimated tax penalty (see instructions) | **79** | | |

| | | |
|---|---|---|
| **Third Party Designee** | Do you want to allow another person to discuss this return with the IRS (see instructions)? □ **Yes.** Complete below. ☒ **No** | |
| | Designee's name ▶   Phone no. ▶   Personal identification number (PIN) ▶ | |

**Sign Here**

Under penalties of perjury, I declare that I have examined this return and accompanying schedules and statements, and to the best of my knowledge and belief, they are true, correct, and accurately list all amounts and sources of income I received during the year. Declaration of preparer (other than taxpayer) is based on all information of which preparer has any knowledge.

Joint return? See instructions.
Keep a copy for your records.

| Your signature | Date | Your occupation  Manager | Daytime phone number  (904)206-2915 |
|---|---|---|---|
| Spouse's signature. If a joint return, **both** must sign. | Date | Spouse's occupation  Housewife | If the IRS sent you an Identity Protection PIN, enter it here (see inst.) |

**Paid Preparer Use Only**

| Print/Type preparer's name | Preparer's signature | Date | Check □ if self-employed | PTIN |
|---|---|---|---|---|
| Firm's name ▶ Self-Prepared | | | Firm's EIN ▶ | |
| Firm's address ▶ | | | Phone no. | |

Go to *www.irs.gov/Form1040* for instructions and the latest information.  REV 02/22/18 TTW  Form **1040** (2017)

**Composite Exhibit "A"**

Schedule E (Form 1040) 2017        Attachment Sequence No. **13**      Page **2**

Name(s) shown on return. Do not enter name and social security number if shown on other side.    **Your social security number**

Hasmukh & Niruben Patel

**Caution:** The IRS compares amounts reported on your tax return with amounts shown on Schedule(s) K-1.

| **Part II** | **Income or Loss From Partnerships and S Corporations** | **Note:** If you report a loss from an at-risk activity for which any amount is **not** at risk, you **must** check the box in column (e) on line 28 and attach **Form 6198.** See instructions. |
|---|---|---|

**27**   Are you reporting any loss not allowed in a prior year due to the at-risk, excess farm loss, or basis limitations, a prior year unallowed loss from a passive activity (if that loss was not reported on Form 8582), or unreimbursed partnership expenses? If you answered "Yes," see instructions before completing this section.      ☐ **Yes**   ☒ **No**

| **28** | (a) Name | (b) Enter P for partnership; S for S corporation | (c) Check if foreign partnership | (d) Employer identification number | (e) Check if any amount is not at risk |
|---|---|---|---|---|---|
| **A** | R & H Hospitality, LLLP | P | ☐ | 20-5652564 | ☐ |
| **B** | ISHA HOSPITALITY, LLLP | P | ☐ | 27-0279193 | ☐ |
| **C** | BINI & REMA, INC | S | ☐ | 65-1257011 | ☐ |
| **D** | HDTV LLC | S | ☐ | 45-3326384 | ☐ |

| | Passive Income and Loss | | Nonpassive Income and Loss | | |
|---|---|---|---|---|---|
| | (f) Passive loss allowed (attach Form 8582 if required) | (g) Passive income from Schedule K-1 | (h) Nonpassive loss from Schedule K-1 | (i) Section 179 expense deduction from Form 4562 | (j) Nonpassive income from Schedule K-1 |
| **A** | | | 1,706. | | |
| **B** | | | 3,687. | | |
| **C** | | | | | 0. |
| **D** | | | | | 6,217. |
| **29a** Totals | | | | | 6,217. |
| **b** Totals | | | 5,393. | | |

| | | | | |
|---|---|---|---|---|
| **30** | Add columns (g) and (j) of line 29a | | **30** | 6,217. |
| **31** | Add columns (f), (h), and (i) of line 29b | | **31** ( | 5,393. ) |
| **32** | **Total partnership and S corporation income or (loss).** Combine lines 30 and 31. Enter the result here and include in the total on line 41 below | | **32** | 824. |

| **Part III** | **Income or Loss From Estates and Trusts** |
|---|---|

| **33** | (a) Name | (b) Employer identification number |
|---|---|---|
| **A** | | |
| **B** | | |

| | Passive Income and Loss | | Nonpassive Income and Loss | |
|---|---|---|---|---|
| | (c) Passive deduction or loss allowed (attach Form 8582 if required) | (d) Passive income from Schedule K-1 | (e) Deduction or loss from Schedule K-1 | (f) Other income from Schedule K-1 |
| **A** | | | | |
| **B** | | | | |
| **34a** Totals | | | | |
| **b** Totals | | | | |

| | | | | |
|---|---|---|---|---|
| **35** | Add columns (d) and (f) of line 34a | | **35** | |
| **36** | Add columns (c) and (e) of line 34b | | **36** ( | ) |
| **37** | **Total estate and trust income or (loss).** Combine lines 35 and 36. Enter the result here and include in the total on line 41 below | | **37** | |

| **Part IV** | **Income or Loss From Real Estate Mortgage Investment Conduits (REMICs)—Residual Holder** |
|---|---|

| **38** | (a) Name | (b) Employer identification number | (c) Excess inclusion from Schedules Q, line 2c (see instructions) | (d) Taxable income (net loss) from Schedules Q, line 1b | (e) Income from Schedules Q, line 3b |
|---|---|---|---|---|---|
| | | | | | |

| | | | | |
|---|---|---|---|---|
| **39** | Combine columns (d) and (e) only. Enter the result here and include in the total on line 41 below | | **39** | |

| **Part V** | **Summary** |
|---|---|

| | | | | |
|---|---|---|---|---|
| **40** | Net farm rental income or (loss) from **Form 4835.** Also, complete line 42 below | | **40** | |
| **41** | **Total income or (loss).** Combine lines 26, 32, 37, 39, and 40. Enter the result here and on Form 1040, line 17, or Form 1040NR, line 18 ▶ | | **41** | 824. |
| **42** | **Reconciliation of farming and fishing income.** Enter your **gross** farming and fishing income reported on Form 4835, line 7; Schedule K-1 (Form 1065), box 14, code B; Schedule K-1 (Form 1120S), box 17, code V; and Schedule K-1 (Form 1041), box 14, code F (see instructions) | **42** | | |
| **43** | **Reconciliation for real estate professionals.** If you were a real estate professional (see instructions), enter the net income or (loss) you reported anywhere on Form 1040 or Form 1040NR from all rental real estate activities in which you materially participated under the passive activity loss rules | **43** | | |

REV 02/13/18 TTW          **Schedule E (Form 1040) 2017**

Composite Exhibit "A"

Form **8889**

## Health Savings Accounts (HSAs)

Department of the Treasury
Internal Revenue Service

► **Attach to Form 1040 or Form 1040NR.**
► **Go to** *www.irs.gov/Form8889* **for instructions and the latest information.**

OMB No. 1545-0074

**2017**

Attachment
Sequence No. **52**

Name(s) shown on Form 1040 or Form 1040NR
Hasmukh Patel

Social security number of HSA beneficiary. If both spouses have HSAs, see instructions ►

**Before you begin:** Complete Form 8853, Archer MSAs and Long-Term Care Insurance Contracts, if required.

**Part I** — **HSA Contributions and Deduction.** See the instructions before completing this part. If you are filing jointly and both you and your spouse each have separate HSAs, complete a separate Part I for each spouse.

| | | | | |
|---|---|---|---|---|
| 1 | Check the box to indicate your coverage under a high-deductible health plan (HDHP) during 2017 (see instructions) ► | ☐ Self-only | ☐ Family | |
| 2 | HSA contributions you made for 2017 (or those made on your behalf), including those made from January 1, 2018, through April 17, 2018, that were for 2017. **Do not** include employer contributions, contributions through a cafeteria plan, or rollovers (see instructions) | **2** | | 0. |
| 3 | If you were under age 55 at the end of 2017, and on the first day of **every** month during 2017, you were, or were considered, an eligible individual with the **same** coverage, enter $3,400 ($6,750 for family coverage). **All others,** see the instructions for the amount to enter | **3** | | 0. |
| 4 | Enter the amount you and your employer contributed to your Archer MSAs for 2017 from Form 8853, lines 1 and 2. If you or your spouse had family coverage under an HDHP at any time during 2017, also include any amount contributed to your spouse's Archer MSAs | **4** | | |
| 5 | Subtract line 4 from line 3. If zero or less, enter -0- | **5** | | |
| 6 | Enter the amount from line 5. But if you and your spouse each have separate HSAs and had family coverage under an HDHP at any time during 2017, see the instructions for the amount to enter | **6** | | |
| 7 | If you were age 55 or older at the end of 2017, married, and you or your spouse had family coverage under an HDHP at any time during 2017, enter your additional contribution amount (see instructions) | **7** | | 0. |
| 8 | Add lines 6 and 7 | **8** | | 0. |
| 9 | Employer contributions made to your HSAs for 2017 — **9** | | | |
| 10 | Qualified HSA funding distributions — **10** | | | |
| 11 | Add lines 9 and 10 | **11** | | |
| 12 | Subtract line 11 from line 8. If zero or less, enter -0- | **12** | | 0. |
| 13 | **HSA deduction.** Enter the **smaller** of line 2 or line 12 here and on Form 1040, line 25, or Form 1040NR, line 25 | **13** | | 0. |

**Caution:** *If line 2 is more than line 13, you may have to pay an additional tax (see instructions).*

**Part II** — **HSA Distributions.** If you are filing jointly and both you and your spouse each have separate HSAs, complete a separate Part II for each spouse.

| | | | |
|---|---|---|---|
| 14a | Total distributions you received in 2017 from all HSAs (see instructions) | **14a** | 703. |
| b | Distributions included on line 14a that you rolled over to another HSA. Also include any excess contributions (and the earnings on those excess contributions) included on line 14a that were withdrawn by the due date of your return (see instructions) | **14b** | |
| c | Subtract line 14b from line 14a | **14c** | 703. |
| 15 | Qualified medical expenses paid using HSA distributions (see instructions) | **15** | 703. |
| 16 | **Taxable HSA distributions.** Subtract line 15 from line 14c. If zero or less, enter -0-. Also, include this amount in the total on Form 1040, line 21, or Form 1040NR, line 21. On the dotted line next to line 21, enter "HSA" and the amount | **16** | 0. |
| 17a | If any of the distributions included on line 16 meet any of the **Exceptions to the Additional 20% Tax** (see instructions), check here ► ☐ | | |
| b | **Additional 20% tax** (see instructions). Enter 20% (0.20) of the distributions included on line 16 that are subject to the additional 20% tax. Also include this amount in the total on Form 1040, line 62, or Form 1040NR, line 60. Check box c on Form 1040, line 62, or box b on Form 1040NR, line 60. Enter "HSA" and the amount on the line next to the box | **17b** | |

**For Paperwork Reduction Act Notice, see your tax return instructions.**     BAA     REV 11/27/17 TTW     Form **8889** (2017)

**Composite Exhibit "A"**

Form 8889 (2017)

Page **2**

| Part III | Income and Additional Tax for Failure To Maintain HDHP Coverage. See the instructions before completing this part. If you are filing jointly and both you and your spouse each have separate HSAs, complete a separate Part III for each spouse. |
|---|---|

| | | | |
|---|---|---|---|
| 18 | Last-month rule . . . . . . . . . . . . . . . . . . . . . . | **18** | |
| 19 | Qualified HSA funding distribution . . . . . . . . . . . . . . . . . | **19** | |
| 20 | **Total income.** Add lines 18 and 19. Include this amount on Form 1040, line 21, or Form 1040NR, line 21. On the dotted line next to Form 1040, line 21, or Form 1040NR, line 21, enter "HSA" and the amount . . . . . . . . . . . . . . . . . | **20** | |
| 21 | **Additional tax.** Multiply line 20 by 10% (0.10). Include this amount in the total on Form 1040, line 62, or Form 1040NR, line 60. Check box c on Form 1040, line 62, or box b on Form 1040NR, line 60. Enter "HDHP" and the amount on the line next to the box . . . . . . . . . . . | **21** | |

REV 11/27/17 TTW  Form **8889** (2017)

**Composite Exhibit "A"**
## ELECTRONIC POSTMARK - CERTIFICATION OF ELECTRONIC FILING

**Taxpayer:** Hasmukh & Niruben Patel
**Primary SSN:** ▮▮▮▮▮▮▮

**Federal Return Submitted:** April 05, 2018    09:15 PM PDT
**Federal Return Acceptance Date:** _____

_____ Your return was electronically transmitted on 04/06/2018 _____

The Intuit Electronic Postmark shows the date and time Intuit received your federal tax return. The Intuit Electronic Postmark documents the filing date of your income tax return, and the electronic postmark information should be kept on file with your tax return and other tax-related documentation.

There are two important aspects of the Intuit Electronic Postmark:

### 1. THE INTUIT ELECTRONIC POSTMARK.
The electronic postmark shows the date and time Intuit received the federal return, and is deemed the filing date if the date of the electronic postmark is on or before the date prescribed for filing of the federal individual income tax return.

### TIMELY FILING:
For your federal return to be considered filed on time, your return must be postmarked on or before midnight April 17, 2018. Intuit's electronic postmark is issued in the Pacific Time (PT) zone. If you are not filing in the PT zone, you will need to add or subtract hours from the Intuit Electronic Postmark time to determine your local postmark time. For example, if you are filing in the Eastern Time (ET) zone and you electronically file your return at 9 AM on April 17, 2018, your Intuit electronic postmark will indicate April 17, 2018, 6 AM. If your federal tax return is rejected, the IRS still considers it filed on time if the electronic postmark is on or before April 17, 2018, and a corrected return is submitted and accepted before April 22, 2018. If your return is submitted after April 22, 2018, a new time stamp is issued to reflect that your return was submitted after the IRS deadline and, consequently, is no longer considered to have been filed on time.

If you request an automatic six-month extension, your return must be electronically postmarked by midnight October 15, 2018 If your federal tax return is rejected, the IRS will still consider it filed on time if the electronic postmark is on or before October 15, 2018, and the corrected return is submitted and accepted by October 20, 2018.

### 2. THE ACCEPTANCE DATE.
Once the IRS accepts the electronically filed return, the acceptance date will be provided by the Intuit Electronic Filing Center. This date is proof that the IRS accepted the electronically filed return.

08-06-2014

# REAL ESTATE AND ASSET PURCHASE AGREEMENT

This Real Estate and Asset Purchase Agreement ("Agreement") is made and entered into

this 6st day of Aug, 2014, by and between JAXFLORIDA GROUP LLC a Florida LLC ("Seller"),

and FLORIDA FAMILY HOSPITALITY, LLC a Florida LLC ("Buyer").

## RECITALS

1.      Seller owns a hotel facility located at 1181 Airport Rd,
Jacksonville, FL 32218 (Jaxport Inn), (the "Business").

2.      The Business is operated on the real estate more particularly
described on Exhibit "A" attached hereto ("Real Estate").

3.      Seller desire to sell certain assets of the Business, including
the Real Estate, to Buyer, and Buyer desires to purchase
certain assets of the Business, including the Real Estate,
from Seller, all in accordance with the terms and conditions
of this Agreement.

NOW THEREFORE, the parties hereby agree as follows:

1.      <u>Sale of Assets.</u>  Seller agrees to sell, transfer, and assign to Buyer, and Buyer

agrees to purchase from Seller, the assets set forth in Section 1.1 and 1.2.

1.1     <u>Real Estate</u>.  The Real Estate, which includes all improvements, easements,

fixtures, and appurtenances thereto.

1.2     <u>Business Assets</u>.  All assets of Seller used in or related to the Business,

including but not limited to furnishings, furniture, equipment, machinery, supplies, inventory,

rights under supply contracts, purchase contracts, licensing agreements, and other agreements,

which contracts and agreements exist on the Date of Closing and were entered into in the ordinary



EXHIBIT "G"

course of business, to the extent that these contracts and agreements are assignable, and goodwill, and other general intangibles (collectively, the "Assets").

     1.3    Excluded Assets. The parties acknowledge that accounts receivable and other receivables generated by the Business on or before the Date of Closing, cash of the Business, and those additional assets listed on Schedule 1.3 to this Agreement, are not Assets sold by Seller and purchased by Buyer under this Agreement.

     2.    Purchase Price. Buyer agrees to pay to Seller the sum of One Million and One Hundred Twenty Thousand dollars ($1,120,000.00USD) for the assets described in Section 1.1 and Section 1.2 of this Agreement ("Purchase Price"), which shall be payable as follows:

     (a)    Upon execution of this agreement by Buyer, $25,000.00 USD of the Purchase Price shall be paid to Seller by Buyer, to be held as a non-refundable deposit and payable to Seller at Closing, or otherwise to Seller or Buyer pursuant to the terms of this Agreement ("First Deposit");

     (b)    Within two weeks of due diligence, additional $275,000 USD of Purchase Price shall be paid to Seller by Buyer, to be held as a non-refundable deposit and payable to Seller at Closing, or otherwise to Seller or Buyer pursuant to the terms of this Agreement ("Second Deposit");

     (c)    The balance of the Purchase Price, in the amount of purchase price, shall be delivered to Seller by Buyer, in immediately available funds by certified or cashier's check, or by wire transfer to an account designated by Seller in writing, on the Date of Closing. The Date of closing shall be no later than thirty (90) days after the Acceptance Date.

3.    Allocation of Purchase Price.  Seller and Buyer acknowledge and agree that the Purchase Price, set forth in Section 2 of this Agreement, shall be allocated among the Real Estate and the Assets in the manner described in Schedule 3 to this Agreement.

1.    Real Estate.

4.1    Title Evidence.  Title to the Real Estate shall be marketable and free from all encumbrances, except conditions, reservations, and restrictions of record, Permitted Encumbrances, as hereinafter defined, and real estate taxes and assessments not due and payable on or before the Date of Closing.

4.2    Warranty Deed.  At Closing, Seller shall convey good and marketable title to the Real Estate to Buyer by general warranty deed, free from all encumbrances, except conditions, reservations, and restrictions of record, Permitted Encumbrances, as hereinafter defined, and real estate taxes and assessments not due and payable on or before the Date of Closing.

4.3    Real Estate Surveys.  Seller agrees to provide to Buyer, within ten (10) days following execution of this Agreement, any existing surveys, plans, and descriptions of the Real Estate in the possession of Seller.

Buyer may, at Buyer's sole expense, obtain a survey of the Real Estate by a real estate surveyor licensed in the State of Florida, and enter upon the Real Estate for that purpose.

4.4    Inspection of Real Estate.  Buyer may, at Buyer's sole expense, enter upon the Real Estate to inspect the Real Estate and conduct such non-destructive testing and sampling as Buyer deems necessary for determining whether the Real Estate is suitable for its intended use as a hotel operation.  In the event Buyer in good faith believes the Real Estate is not suitable for

3

the operation of a hotel, whether due to a physical defect or any other condition on the Real Estate, or due to lack of compliance with zoning or other laws or regulations (collectively, the "Defects"), Buyer shall give written notice to Seller within fifteen (15 days from the date of this Agreement, specifying the Defects on the Real Estate that makes it unsuitable. Seller shall have not less than thirty (30) days following written notice from Buyer to remedy the Defects, at Seller's expense.

4.5     Title Commitment.  Seller shall, at Seller's sole expense, obtain a title insurance commitment for the full value of the Real Estate, as set forth on Schedule 3 to this Agreement, setting forth all liens, encumbrances, easements, restrictions, conditions, and other matters of record affecting the title of Seller to the Real Estate ("Commitment").  A copy of the Commitment shall be provided to Buyer within twenty (20) days after request from the seller or within 60 days from execution of this contract..

4.6     Defects in Title.  If Seller's title to all or part of the Real Estate is defective or unmerchantible, as shown on the Commitment, as revealed by a survey of the Real Estate, or otherwise, Buyer may, within ten (10) days following receipt of the Commitment, provide written notice to Seller specifying in detail, and providing any evidence of, the defect or the unmerchantible condition, and Seller shall have not less than thirty (20) days to remedy the defect or condition.  In the event Buyer does not timely provide notice as set forth herein, Buyer shall proceed to Closing, without reduction in the Purchase Price, and take the Real Estate subject to any defects or conditions for which notice was not given ("Permitted Encumbrances").

4

4.7    <u>Title Policy</u>.  Within thirty (30) days following the Date of Closing, Seller shall provide to Buyer an owner's title policy for the value of the Real Estate as set forth on Schedule 3 to this Agreement.  The title policy shall contain such exceptions and exclusions set forth in the Commitment, less exceptions and exclusions based on defects in the title that are cured by Seller.

4.8    <u>Taxes and Assessments</u>.  All taxes and assessments on the Real Estate shall be prorated to the Date of Closing.

4.9    <u>Utilities</u>.  Seller shall be responsible for all utilities used on, or in connection with, the Real Estate, prior to the Date of Closing.  Buyer shall be responsible for all utilities used on, or in connection with, the Real Estate, from and after the Date of Closing.  Seller and Buyer shall indemnify, defend, and hold each other harmless for utility costs, charges, and expenses for which each respective party is responsible.

4.10    <u>Closing Costs</u>.  Costs involved in transferring the Real Estate to Buyer at Closing, including but not limited to taxes, recording fees, shall be borne by Buyer and Seller as is customary in <u>Duval county, Florida</u>.

4.11    <u>Condition of Real Estate</u>.  The Real Estate, and any improvements, fixtures, and appurtenances thereto, are being sold to Buyer "AS IS."  Buyer acknowledges and agrees that Seller makes no warranties or representations with respect to the condition, character, fitness, size, and other physical aspects of the Real Estate, improvements, fixtures, and appurtenances thereto.  Real Property is operated as Jaxport Inn and as part of this transaction, buyer will employ a Product Improvement Plan (PIP) inspection to determined the capital improvements needed to stay in compliance with the rule and regulation of new Franchise. Seller

5

hereby agrees to contribute $0 towards such PIP cost and Buyer shall be responsible for any remaining cost associated with the PIP.

4.12    Buyer Indemnification.  Buyer shall indemnify, defend, and hold harmless Seller, Seller's shareholders, officers, employees, independent contractor, and agents, from and against all losses, damages, injury to person (including death) or property, and costs (including attorney fees) arising out of or relating to any inspections, testing, sampling, or other actions of Buyer or Buyer's employees, independent contractors, or agents on or about the Real Estate prior to Closing.

5.    Assumption of Liabilities.  Based upon the representations and warranties set forth herein, and subject to the terms of this Agreement, Buyer shall, at Closing, assume and agree to pay and discharge the following liabilities and obligations of Seller:

5.1    Purchases in the Ordinary Course of the Business.  All of the liabilities and obligations of Seller for purchases made in the ordinary course of the Business prior to Closing.

5.2    Sales and Rentals in the Ordinary Course of the Business.  All of the liabilities and obligations of Seller for sales and rentals made in the ordinary course of the Business.

5.3    Other Obligations Made in the Ordinary Course of the Business.  All of the other liabilities and obligations of Seller under any contract or agreement entered into in the ordinary course of the Business, including but not limited to equipment and maintenance contracts and leases, advertising contracts, and telephone listings.  Copies of all such contracts and agreements shall be made available to Buyer prior to Closing.

5.4    Obligations Relating to Assigned Assets.  All obligations and liabilities of Seller under contracts and agreements which are assigned to Buyer pursuant to Section 1.2 of this

6

Agreement. Copies of all such contracts and agreements shall be made available to Buyer prior to Closing.

5.5    Employee Obligations. Buyer shall assume all responsibilities, obligations, and liabilities of Seller for continuation coverage under the Consolidated Omnibus Budget Reconciliation Act (COBRA), for any employees employed by Seller in the Business.

5.6    No Other Liabilities Assumed.  Seller and Buyer acknowledge and agree that Buyer shall not assume any other liabilities or obligations of Seller not set forth in Section 5 of this Agreement.

6.    Employees.

6.1    Termination of Employees by Seller.  Effective on the Date of Closing, Seller shall terminate all of Seller's employees employed in the Business, if any ("Employees").

6.2    Notice to Employees.  Prior to the Date of Closing, Seller shall provide to the Employees notice of their termination as employees of Seller, if any, as of the Date of Closing and of the potential for employment with Buyer.  The content of the notice shall be as is mutually agreed upon by Seller and Buyer.

7.    Closing.  The closing for the transactions contemplated by this Agreement shall take place no later than thirty (30) days after the Acceptance Date or such other date upon which the parties mutually agree ("Closing" or "Date of Closing").  The Closing shall take place at the offices of the Escrow Agent, or such other location upon which the parties mutually agree.

8.    Representations and Warranties of Seller.  Seller represents and warrants to Buyer, to the best of Seller's information, knowledge, and belief, as of the date of this Agreement and the Date of Closing, or one or the other if specifically provided herein:

7

8.1    Organization of Seller.  Seller is a corporation duly organized, validly existing, and in good standing under the laws of the State of Florida, and has full corporate power and authority to own all of its property and assets and carry on the Business as it is now being conducted.

8.2    Ownership of Real Estate and Assets.  Seller is the sole legal owner of the Real Estate and Assets, and, as of the Date of Closing, will have full right and power to convey the Real Estate and Assets to Buyer free and clear of all liens, security interests, and other encumbrances, with the exception of liens for taxes not yet due and payable.

8.3    Authorization of Agreement.  Upon satisfaction of the condition set forth in Section 13.1 of this Agreement, the execution and delivery of this Agreement and the performance of the transactions contemplated hereby will have been duly and validly authorized by Seller, and any corporation actions of Seller necessary for the authorization and consummation of the transactions contemplated hereby will have been taken.

8.4    Valid and Binding Agreement; No Legal Obstacle.  This Agreement has been validly executed and delivered by Seller and constitutes a valid and binding obligation of the Seller enforceable in accordance with its terms.  The execution, delivery, and performance of this Agreement, the consummation of any transactions contemplated by this Agreement, and the fulfillment of the terms hereof do not and will not conflict with, or result in a breach of violation of, or constitute a default under the existing Articles of Incorporation, as amended; the Code of Regulations, as amended; the Bylaws, as amended, of Seller or, to the best of Seller's knowledge under any applicable law or regulation or any judgment, order, or decree binding upon Seller, or upon the property of Seller, or conflict with, or result in a breach of violation of, or constitute a default by Seller in any material respect in the performance, observance, or fulfillment of any

8

obligation, covenant, or condition contained in any applicable lease, mortgage, or other contractual obligation to which Seller is bound, or, to the best of Seller's knowledge, result in or require the creation or imposition of any lien, charge, or encumbrance upon the Real Estate or Assets. No permit, license, or authorization of Seller will be terminated or impaired by reason of the execution, delivery, and performance of this Agreement or the consummation of any transaction contemplated by this Agreement.

        8.5    Condition of Tangible Assets. To the best of Seller's knowledge, as of the Date of Closing, the tangible Assets of Seller will be in good operating condition and repair in all material respects, ordinary wear and tear excepted, and will be sufficient to conduct the Business in the manner it is presently conducted.

        8.6    Financial Statements. The financial statements of Seller relating to the Business ("Financial Statements") and provided to Buyer are true, complete, and accurate in all material respects as of the dates thereof and for the periods covered thereby. The Financial Statements present fairly and accurately the financial position and results of operations of Seller with respect to the Business, as of the dates thereof and for the periods covered thereby.

        8.7    Tax Matters. Seller has filed all income, franchise, real property, personal property, intangibles, sales, employment, and other tax returns to be filed with any taxing authority, and has paid or accrued all taxes required to be paid by Seller in respect of the periods covered by such returns, and, to the best of Seller's knowledge, Seller has no liability for such taxes in excess of the amounts so paid. All of the tax liabilities of Seller for the current year to date and all prior years, whether or not they have become due and payable, have been paid in full or adequately reserved for, and to the extent tax liabilities have accrued but not become payable,

9

they are reflected on the books of Seller or in the Financial Statements. All deposits required by law to be made by Seller with respect to employees' withholding taxes have been duly and timely made. There are no federal, state, or local tax liens upon the Real Estate or the Assets. As used herein, the term "tax" includes all governmental taxes and related governmental charges imposed by the laws and regulations of any governmental jurisdiction.

8.8    No Material Adverse Change. Since the date of the most recent Financial Statements and through the Date of Closing, Seller has not and will not have: (1) experienced any material adverse change in the operations of the Business, financial condition of Seller, Real Estate or Assets, and, to the best of Seller's knowledge, no event or circumstance has occurred that may result in such material adverse change; or (2) conducted the Business or entered into any transaction except in the usual and ordinary manner and in the ordinary course of the Business.

8.9    Compliance with Laws. To the knowledge of Seller, the Business, Real Estate, and Assets do not exist or operate in violation of any federal, state, or local code, law, regulation, or ordinance regulating zoning, city planning, fire, or safety. To the knowledge of Seller, all permits, licenses, franchises, consents, and other authorizations necessary for the conduct of the business of Seller have been timely obtained and are currently in effect. To the knowledge of Seller, Seller is not in violation of any term or provision of any such permit, license, franchise, consent, or other authorization in any material respect. There is not now pending, or to the best of Sellers' knowledge threatened, any proceeding to revoke or limit any such permit, license, franchise, consent, or other authorization, and no act or event has occurred which, with the giving of notice or passing of time, would constitute a violation of any such permit, license, franchise, consent, or other authorization. Sellers do not have knowledge of any

10

proposed laws, rules, regulations, ordinances, orders, judgments, decrees, governmental takings, condemnations or other proceedings which would be applicable and which might materially and adversely affect the properties, assets, liabilities, operations, or prospects of Seller either before or after the Date of Closing.

8.10   Legal Proceedings.  Except as otherwise provided in Schedule 8.15, no litigation or other judicial, administrative, or investigative proceeding is pending, or to the best of Seller's knowledge threatened, before any court, governmental agency, or arbitrator against or affecting either the Business or the Real Estate or Assets.  Seller is not operating under, subject to, or in default with respect to any order, writ, injunction, or decree of any court, governmental agency, or arbitrator.

8.11   Full Disclosure; No Untrue Statements.  No representation or warranty made by Seller in this Agreement, and none of the information included in this Agreement or the Schedules or in any certificate or other written document to be furnished by Seller pursuant to this Agreement is materially false or misleading or omits to state a material fact necessary to make any of the statements therein not misleading.  To the best of Seller's knowledge, there is no fact which adversely affects or in the future might reasonably be expected to affect adversely the assets, properties, business, prospects, profits, or financial condition of the Business in any material respect which has not been set forth in this Agreement or the Schedules.

9.   Representations and Warranties of Buyer.  Buyer represents and warrants that, as of the date of this Agreement and as of the Date of Closing:

9.1   Organization of Buyer.  Buyer is a corporation duly organized, validly existing, and in good standing under the laws of the State of Florida.

11

9.2    Authorization of Agreement.    The execution and delivery of this Agreement and the performance of the transactions contemplated hereby will have been duly and validly authorized by Buyer, and any corporation actions of Buyer necessary for the authorization and consummation of the transactions contemplated hereby will have been taken.

9.3    Valid and Binding Agreement; No Legal Obstacle.    This Agreement has been validly executed and delivered by Buyer and constitutes a valid and binding obligation of the Buyer enforceable in accordance with its terms.    The execution, delivery, and performance of this Agreement, the consummation of any transactions contemplated by this Agreement, and the fulfillment of the terms hereof do not and will not conflict with, or result in a breach of violation of, or constitute a default under the existing Articles of Incorporation, as amended; the Code of Regulations, as amended; the Bylaws, as amended, of Buyer or, to the best of Buyer's knowledge

under any applicable law or regulation or any judgment, order, or decree binding upon Buyer, or upon the property of Buyer, or conflict with, or result in a breach of violation of, or constitute a default by Buyer in any material respect in the performance, observance, or fulfillment of any obligation, covenant, or condition contained in any applicable lease, mortgage, or other contractual obligation to which Buyer is bound, or, to the best of Buyer's knowledge, result in or

require the creation or imposition of any lien, charge, or encumbrance upon the Real Estate or Assets.    No permit, license, or authorization of Buyer will be terminated or impaired by reason of the execution, delivery, and performance of this Agreement or the consummation of any transaction contemplated by this Agreement.

9.4    No Legal Proceedings.    As of the date of this Agreement and as of the Date of Closing, there is no suit, action, or other proceeding against Buyer threatened or pending

before any court or governmental agency in which Buyer is sought to be restrained or prohibited, or to pay damages in connection with transactions contemplated by this Agreement.

10.    Covenants of Seller Prior To Closing.  From the date hereof through the Date of Closing:

10.1    Information and Access.  Seller shall give Buyer and Buyer's agents, attorneys, advisors, and representatives full and free access at all reasonable times to all of the properties, books, contracts, documents, and records of Seller and shall furnish to Buyer such information with respect to the affairs of Seller as Buyer may from time to time reasonably request.

10.2    Sale of Assets.  Seller shall not dispose of, sell, or encumber, or agree to dispose of, sell, or encumber the Real Estate or Assets, except in the ordinary course of business.

10.3    Notification.  Seller shall promptly give Buyer written notice of the existence or occurrence of any condition of which Seller may become aware which might make any representation contained herein untrue or which might prevent the consummation of the transactions contemplated by this Agreement.

10.4    Approvals; Satisfaction of Conditions.  Seller shall use its best efforts to obtain from third parties all necessary approvals or consents to the transactions contemplated by this Agreement, and to cause the conditions to Closing set forth in Section 13 hereof to be satisfied on or prior to the Date of Closing.

10.5    Material Transactions.  Seller shall not enter into any transaction, commitment, or agreement which would in any way materially affect the business of Seller without prior consultation with and written approval by Buyer.

10.6    Conduct of Business.  Until Closing, Seller shall:

13

10.6.1  Carry on Business in Ordinary Course.  Carry on the Business only in the ordinary course of business as previously conducted.

10.6.2  Maintain Assets.  Maintain and keep the Real Estate and Assets in good operating condition and repair in all material respects, ordinary wear and tear excepted.

10.6.3  Preserve Business Organization.  Use their best efforts to preserve intact the business organization of the Seller, keep available the services of their present officers and employees, and preserve the goodwill of those having business relationships with Seller.

10.6.4  Pay Liabilities.  Pay all current taxes, assessments, and other current liabilities and obligations of Seller as the same become due and payable.

10.6.5  Pay Taxes.  Pay all sales taxes, personal property taxes, workers compensation premiums, and unemployment taxes resulting from the business operations of Seller which were incurred prior to the Date of Closing.

10.6.6  Maintain Insurance.  Maintain all insurance policies, including but not limited to the fire, extended coverage, and other types of insurance on its buildings, improvements, and personal property, and the liability insurance in effect on the date of this Agreement.

10.6.7  Restrictions.  Not, without the prior written consent of Buyer:  (a) incur any obligation or liability or enter into any commitment or contract of any nature, other than current liabilities incurred and contracts and commitments made in the ordinary course of business; (b) encumber or permit to be encumbered the Real Estate or Assets; (c) dispose of the Real Estate or Assets except in the ordinary and usual course of business; (d) increase the compensation or other benefits payable to or to become payable to any of the officers, employees, or agents of Seller, or make any bonus payments to or arrangements with any such persons other than in the ordinary course of business.

14

11.    Covenants of Buyer.

11.1    Notification.  Buyer shall promptly give Seller written notice of the existence or occurrence of any condition of which Buyer may become aware which might make any representation contained herein untrue or which might prevent the consummation of the transactions contemplated by this Agreement.

11.2    Satisfaction of Conditions.  Buyer shall use their best efforts to cause the conditions to Closing set forth in Section 12 hereof to be satisfied on or prior to the Date of Closing.

11.3    Custodian of Records.  For a period of five (5) years after Closing, Buyer shall act as custodian of the records, financial or otherwise, which relate to the operation of the Business prior to Closing and shall make such records available to Seller to the extent that Seller reasonably requires access to such records for tax purposes or for any other reasonable purposes.

12.    Conditions to Obligations of Buyer.  Unless waived in writing by Buyer, all obligations of Buyer under this Agreement are subject to the fulfillment, prior to or at Closing, of each of the following conditions:

12.1    Representations, Warranties and Covenants of Sellers. Each representation and warranty of Seller contained in this Agreement shall be true and accurate as of the Date of Closing, and Seller shall have performed each obligation and complied with each covenant required by this Agreement to be performed or complied with by Seller at or prior to Closing.

12.2    Performance of Seller.  Seller shall have delivered to Buyer the documents required to be delivered pursuant to Section 14 of this Agreement.

12.3    No Adverse Proceedings.  No material suit, action, or other proceeding against Seller or Buyer shall be threatened or pending before any court or governmental agency seeking to restrain or prohibit or to obtain damages in connection with the transactions

15

contemplated by this Agreement and which, in the judgment of Buyer, make the consummation of the transactions contemplated by this Agreement inadvisable.

12.4    Consents.  Seller shall have received and delivered to Buyer all consents and approvals necessary in the opinion of Buyer to permit the consummation of the transactions contemplated by this Agreement.

12.5    Real Estate.  Seller shall have timely and satisfactorily cured any defects in title or the condition of the Real Estate following notice from Buyer, as provided in Section 4.4 and Section 4.6 of this Agreement.

12.6    Approval of Schedules.  All of the Schedules to this Agreement shall have been fully approved by the Buyer.

12.7    Franchise Approval.  Buyer being able, with use of due diligence at all times, to obtain franchise approval for operation of appropriate Franchise selected by buyer.

13.    Conditions to Obligations of Seller.  Unless waived in writing by Seller, all obligations of Seller under this Agreement are subject to the fulfillment, prior to or at Closing, of each of the following conditions:

13.1    Corporate Approval.  This Agreement and the transactions contemplated herein are approved of and authorized by relevant corporate authorities of Seller.

13.2    Representations, Warranties and Covenants of Buyer.  Each representation and warranty of Buyer contained in this Agreement shall be true and accurate as of the Date of Closing, and Buyer shall have performed each obligation and complied with each covenant required by this Agreement to be performed or complied with by it at or prior to Closing.

13.3    Performance by Buyer.  Buyer shall have paid the Purchase Price and delivered to Seller the documents required to be delivered pursuant to Section 14 of this Agreement.

16

13.4   No Adverse Proceedings.   No material suit, action, or other proceeding against Seller or Buyer shall be threatened or pending before any court or governmental agency seeking to restrain or prohibit or to obtain damages in connection with the transactions contemplated by this Agreement and which, in the judgment of Seller, makes the consummation of the transactions contemplated by this Agreement inadvisable.

13.5   Approval of Schedules.   All of the Schedules to this Agreement shall have been fully approved by Seller.

14.   Closing Transactions.   At Closing, the following actions shall be taken and shall be deemed to have occurred simultaneously and shall be effective as of the Date of Closing:

14.1   Seller.   Seller shall deliver to Buyer:

14.1.1   Certified Resolutions.   Copies of the resolutions of the Board of Directors of Seller authorizing the transactions contemplated by this Agreement, certified by the Secretary of Seller.

14.1.2   Certificate of Good Standing.   A Certificate of Good Standing evidencing that Seller is a corporation in good standing with the Secretary of State of Florida.

14.1.3   Bill of Sale.   A bill of sale that conveys the Assets from Seller to Buyer and containing, among other terms, a disclaimer of all express and implied warranties by Seller.

14.1.4   Warranty Deed.   A general warranty deed from Seller to Buyer pursuant to Section 4.2 hereof.

14.1.5   Other Documents.   All other documents, instruments, and certificates required under this Agreement to be delivered to Buyer at Closing.

14.2   Buyer.   Buyer shall deliver to Seller:

17

14.2.1  <u>Payment</u>.  The sum of Two Million and 5 five Hundred thousand Dollars ($2,500,000.00) USD) to be delivered to Seller.

14.2.2  <u>Certified Resolutions</u>.  Copies of the resolutions of the Board of Directors of Buyer authorizing the transactions contemplated by this Agreement, certified by the Secretary of Buyer.

14.2.3  <u>Certificate of Good Standing</u>.  A Certificate of Good Standing evidencing that Buyer is a corporation in good standing with the Secretary of State of Florida.

14.2.4  <u>Other Documents</u>.  All other documents, instruments, and certificates required under this Agreement to be delivered to Buyer at Closing.

15.  <u>Termination</u>.  This Agreement may be terminated at any time prior to Closing as follows:

15.1  <u>Mutual Agreement</u>.  By mutual agreement of Seller and Buyer, in which event there shall be no liability on the part of any of the parties.

15.2  <u>By Buyer</u>.  By Buyer, if on the Date of Closing, Seller has not met or fulfilled any of the conditions specified in Section 12 which materially and adversely effect the consummation of the transactions contemplated by this Agreement, and Buyer has not waived such condition.

15.3  <u>By Seller</u>.  By Seller, if on the Date of Closing, Buyer has not met or fulfilled any of the conditions specified in Section 13 which materially and adversely effect the consummation of the transactions contemplated by this Agreement, and Seller has not waived such condition.

15.4  <u>Treatment of Deposits</u>.  In the event Closing does not take place under circumstances other than those described in Section 21 of this Agreement, and this Agreement is terminated, the Escrow Agent shall release the Deposits to Seller.

18

16. Survival And Indemnification.

16.1 Survival of Representations, Warranties, and Covenants. All representations, warranties, and covenants set forth in this Agreement shall survive the execution of this Agreement and shall remain in effect for a period of two (2) years after the Date of Closing.

16.2 Indemnification By Seller. Seller agrees to indemnify, defend, and hold Buyer harmless from and against any damage, loss, claim, liability, cost, or expense (including reasonable attorneys' fees) arising out of or relating to: (a) any breach of any representation or warranty made by or on behalf of Seller; or (b) the breach or non-performance of any covenant, agreement, or obligation to be performed by Seller to Buyer under this Agreement. The obligations of Seller under this Section 16.2 shall survive the execution of this Agreement and shall remain in effect for a period of two (2) years after the Date of Closing.

16.3 Indemnification by Buyer. Buyer agrees to indemnify, defend, and hold Seller harmless from and against any damage, loss, claim, liability, cost, or expense (including reasonable attorneys' fees) arising out of or relating to: (a) any breach of any representation or warranty made by or on behalf of Buyer; or (b) the breach or non-performance of any covenant, agreement, or obligation to be performed by Buyer under this Agreement. The obligations of Buyer under this Section 16.3 shall survive the execution of this Agreement and shall remain in effect for a period of two (2) years after the Date of Closing.

17. Payment Of Expenses.

17.1 Legal and Accounting Expenses. Seller shall pay their own expenses, including legal and accounting fees, in connection with the negotiation, execution, and performance of this Agreement. Buyer shall pay their own expenses, including legal and

19

accounting fees, in connection with the negotiation, execution, and performance of this Agreement.

17.2  Broker's Fees.  Seller warrants to Buyer that Seller has not employed any broker or finder which would be entitled to a brokerage commission or finder's fee in connection with this transaction.   Seller shall pay its broker's fees as well as the broker's fees of Buyer.

18.    Notices.  All notices required or permitted hereunder shall be in writing and shall be deemed to be properly given when personally delivered to the party entitled to receive the notice, or when sent by fax to the fax number as set forth below, or when sent by certified or registered mail, postage prepaid, properly addressed to the party entitled to receive such notice, or by overnight delivery, at the address stated below:

   If to Seller, to: Raman Patel
          14627 Hadley Ct
          Jacksonville, FL 32218


   If to Buyer, to: Lisa Patel
          76314 Long Leaf Loop
          Yulee, FL 32097


Any party may change the address at which it is to receive notice by providing notice of such change to the other parties.

19.    Public Announcements.   Any public announcement or similar publicity with respect to this Agreement or the transactions contemplated by this Agreement will be issued at such time and in such manner at mutually agreed upon by the parties hereto.  Seller and Buyer shall consult with each other concerning the means by which the employees, customers, suppliers,

20

and other third parties having dealings with Seller will be informed of the transactions contemplated by this Agreement.

20.    Confidentiality.

20.1    Prior to Closing.    Prior to the Date of Closing, Seller and Buyer shall maintain in confidence, and shall cause the directors, officers, employees, agents, and advisors of Seller and Buyer to maintain in confidence any written, oral, or other information obtained in confidence from another party in connection with this Agreement or the transactions contemplated hereunder, unless such information becomes publicly available through no fault of such party or the use of such information is necessary or appropriate in making any filing or obtaining any consent or approval required to consummate the transactions contemplated by this Agreement.

20.2    Failure to Consummate Transaction.    If for any reason the transactions contemplated by this Agreement are not consummated, Seller and Buyer shall maintain in confidence, and shall cause the directors, officers, employees, agents, and advisors of Seller and Buyer to maintain in confidence any written, oral, or other information obtained in confidence from another party in connection with this Agreement (unless such information becomes publicly available through no fault of such party), and shall promptly return to the other parties all schedules, documents, work papers, or other written information previously furnished to or otherwise obtained by such party as a result of this Agreement or in connection herewith, without retaining any copies thereof.

21.    Liquidated Damages.    In the event the transactions contemplated by this Agreement are not consummated due to breach of this Agreement by Buyer, without breach by Seller, Seller may elect to take the Deposits in full satisfaction of any claims of Seller or Buyer

21

under this Agreement. Seller and Buyer acknowledge that the Deposits in such an event will be liquidated damages, not a penalty, and will be reasonable compensation to Seller.

22.    Further Assurances. At any time and from time to time after Closing, the parties agree to furnish such other information, to execute and deliver such other documents, and to do such other acts and things as the other parties may reasonably request in order to carry out the terms and provisions of this Agreement.

23.    Governing Law. This Agreement shall be governed by, construed, and enforced in accordance with the laws of the State of Florida, without reference to choice of law principles.

24.    Jurisdiction. Any action or proceeding seeking to enforce any provision of, or based on any right arising out of, this Agreement shall be brought in the Duval County, Florida Circuit Court and each of the parties consents to the jurisdiction of such court in any such action or proceeding and waives any objection to venue therein.

25.    Time Of The Essence. With regard to all dates and time periods set forth or referred to in this Agreement, time is of the essence.

26.    Non-Assignability. This Agreement may not be assigned by any party hereto without the prior written consent of each of the other parties. Nothing in this Agreement, express or implied, is intended to confer upon any person, firm, or corporation, other than the parties hereto, any rights or remedies under or by reason of this Agreement.

27.    Severability. In the event that any word, phrase, clause, sentence, or other provision hereof shall violate any applicable statute, ordinance, or rule of law, such provision shall be ineffective to the extent of such violation without invalidating any other provision hereof.

28.    Execution In Counterparts. This Agreement may be executed in several counterparts, and each counterpart shall be considered as an original.

22

29.    Captions.  The captions and section headings contained in this Agreement are for reference purposes only and shall not affect in any way the meaning or interpretation of this Agreement.

30.    Amendments.  Any amendment to this Agreement must be in writing and duly executed by an authorized representative of each of the parties hereto.

31.    Binding Effect; No Third-Party Beneficiaries.  This Agreement shall inure to the benefit of and be binding upon the parties hereto and their respective successors but nothing herein, express or implied, is intended to or shall confer any rights, remedies, or benefits upon any person other than the parties hereto.

32.    Entire Agreement.    This Agreement (including the Schedules and other documents delivered pursuant hereto, which are a part hereof) is intended by the parties to, and does, constitute the entire agreement of the parties with respect to the transactions contemplated by this Agreement, and supersedes any and all prior understandings, written or oral, between the parties.

IN WITNESS WHEREOF, the parties herein do set their hands the day and year first above written.

SELLER:

By: _____

By: Raman Patel, Owner/MGR

BUYER:

By: _____

By: Kanta Patel, Registered Agent

23

## EXHIBIT "A"

Real Estate Description
Property located at
1181 Airport Rd
Jacksonville, FL 32218
Jaxport Inn

24

## SCHEDULE 1.3

### Excluded Assets

NONE

**SCHEDULE 3**

Allocation of Purchase Price
TBD

26

**SCHEDULE 8.10**

Legal Proceedings

NONE

**Prepared by and return to:**

Chirag B. Kabrawala, Esq.
The Kabrawala Law Group PLLC
190 E. Morse Boulevard
Winter Park, Florida 32789
(407) 801-3330   *Re TC 1404249*

Duval County Tax Folio No: 019348-0100
Consideration: $1,120,000.00

## SPECIAL WARRANTY DEED

   **THIS SPECIAL WARRANTY DEED** is made the _8th_ day of December, 2014, by **JAXFLORIDA GROUP, LLC**, a Florida limited liability company, whose address is 1181 Airport Road, Jacksonville, Florida 32218 (hereinafter referred to as "Grantor") and **FLORIDA FAMILY HOSPITALITY, LLC**, a Florida limited liability company, whose address is 76314 Long Leaf Loop, Yulee, Florida 32097 (hereinafter referred to as "Grantee").

### W I T N E S S E T H

   That Grantor, for and in consideration of the sum of Ten and No/100 Dollars ($10.00) and other good and valuable consideration, the receipt and sufficiency of which is hereby acknowledged, hereby grants, bargains, sells, aliens, remises, releases, conveys, and confirms unto the Grantee, all that certain land and improvements (the "Land") situate, lying, and being in Duval County, Florida, to-wit:

   **SEE EXHIBIT A ATTACHED HERETO AND INCORPORATED HEREIN.**

   TOGETHER WITH all tenements, hereditaments, and appurtenances, with every privilege, right, title, interest and estate, reversion, remainder, and easement thereto belonging or in anywise appertaining.

   TO HAVE AND TO HOLD the above described property, with all improvements thereon, unto Grantee in fee simple forever.

   Grantor hereby covenants with Grantee that, subject to and except for ad valorem property taxes for the current and subsequent years (prorated through the date of closing), easements, rights of way, restrictions and conditions of record and matters visible from an inspection of the Land or reflected on an accurate survey of the Land, any local, county, state, or federal laws, ordinances or regulations relating to zoning, environment, subdivision, occupancy, use, construction or development of the Land, including existing violations of said laws, ordinances or regulations (the "Permitted Exceptions"), the Grantor is lawfully seized of the Land in fee simple; that the Grantor has good right and lawful authority to sell and convey the Land; that except for the Permitted Exceptions, the Land is free from all encumbrances made by Grantor, and Grantor will warrant and defend the same against the lawful claims and demands of all persons or entities claiming by, through or under Grantor, but not against the claims and demands of any others. Whenever used in this Deed, the terms "Grantor" and "Grantee" include the respective heirs, personal representatives, successors and assigns of the parties hereto.

**IN WITNESS WHEREOF**, Grantor has executed and delivered this Special Warranty Deed the date first stated above.

Witnesses:

**JAXFLORIDA GROUP, LLC**
a Florida limited liability company

Sign: _April Lance_
Print Name: _APRIL Lance_

By:  ___Ramanbhai P. Patel___
Its:    Managing Member

Sign: _Jessica Bahen_
Print Name: _JESSICA BAHEN_

STATE OF FLORIDA
COUNTY OF _Nassau_

THE FOREGOING INSTRUMENT was acknowledged before me this __4__ day of December, 2014, by RAMANBHAI P. PATEL in his capacity as the Managing Member of JAXFLORIDA GROUP, LLC, a Florida limited liability company.  Such individual is personally known to me or has produced _personally known_ as identification and did not take an oath.

[NOTARY SEAL]

___Patricia M Roberts___
NOTARY PUBLIC, STATE OF FLORIDA
Print Name: _Patricia M Roberts_
Commission Number: _____
My Commission Expires: _____

Notary Public State of Florida
Patricia M Roberts
My Commission EE 191932
Expires 04/23/2016

**EXHIBIT A**

**LEGAL DESCRIPTION**

A PARCEL OF LAND LOCATED PARTIALLY IN SECTION 24, TOWNSHIP 1 NORTH, RANGE 26 EAST AND PARTIALLY IN SECTION 25, TOWNSHIP 1 NORTH, RANGE 26 EAST, DUVAL COUNTY, FLORIDA, BEING MORE PARTICULARLY DESCRIBED AS FOLLOWS:

FOR A POINT REFERENCE COMMENCE AT THE INTERSECTION OF THE EAST RIGHT WAY LINE OF RANCH ROAD (AN 80 FOOT ROAD RIGHT OF WAY) WITH THE NORTH RIGHT OF WAY LINE OF AIRPORT ROAD (STATE ROAD 111); THENCE SOUTH 79 DEGREES 16 MINUTES 56 SECONDS EAST, A DISTANCE OF 674.99 FEET TO THE POINT OF BEGINNING; THENCE NORTH 00 DEGREES 32 MINUTES 00 SECONDS EAST, A DISTANCE OF 652.80 FEET TO A POINT; THENCE SOUTH 89 DEGREES 23 MINUTES 00 SECONDS EAST, A DISTANCE OF 200.00 FEET TO A POINT; THENCE SOUTH 00 DEGREES 32 MINUTES 00 SECONDS WEST, A DISTANCE OF 688.44 FEET TO A POINT ON THE NORTH RIGHT OF WAY LINE OF SAID AIRPORT ROAD (STATE ROAD 111); THENCE NORTH 79 DEGREES 16 MINUTES 56 SECONDS WEST, ALONG SAID NORTH RIGHT OF WAY LINE, A DISTANCE OF 203.20 FEET TO THE POINT OF BEGINNING.

## IN THE UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF FLORIDA
## ORLANDO DIVISION

IN RE:

HASMUKH PATEL and NIRUBEN PATEL,

     Debtors.

_____/

FLORIDA COMMUNITY BANK, N.A., f/k/a
PREMIER AMERICAN BANK, N.A., a national
banking association, as Assignee of the Federal
Deposit Insurance Corporation as Receiver for
Coastal Bank,

     Plaintiff,

vs.

HASMUKH PATEL and NIRUBEN PATEL,

     Defendants.

_____/

Case No. 6:18-bk-00036-KSJ
Chapter 7

Adv. Pro. No. 6:18-ap-00029-KSJ

## NOTICE OF SERVING
## RESPONSES TO DEFENDANTS' FIRST SET OF INTERROGATORIES

Pursuant to Rules 26 and 33 of the Federal Rules of Civil Procedure, made applicable to this adversary proceeding by Rules 7026 and 7033 of the Federal Rules of Bankruptcy Procedure, and other applicable law, Florida Community Bank, N.A., f/k/a Premier American Bank, N.A., a national banking association, as Assignee of the Federal Deposit Insurance Corporation as receiver for Coastal Bank (the "Bank"), by and through its undersigned attorneys, hereby gives notice of serving its responses to "Defendants' First Set of Interrogatories to Florida Community Bank, N.A." (the "Interrogatories").

**EXHIBIT "I"**

/s/ Stephenie Biernacki Anthony
**JOHN A. ANTHONY, ESQUIRE**
Florida Bar Number: 0731013
janthony@anthonyandpartners.com
**STEPHENIE BIERNACKI ANTHONY, ESQUIRE**
Florida Bar Number: 0127299
santhony@anthonyandpartners.com
Anthony & Partners, LLC
201 North Franklin Street, Suite 2800
Tampa, Florida 33602
Telephone: 813/273-5616
Telecopier: 813/221-4113

Attorneys for the Bank

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing has been furnished via electronic means on the 13th day of August, 2018, to:

Justin M. Luna, Esq.
Latham, Shuker, Eden & Beaudine, LLP
P.O. Box 3353
Orlando, Florida 32802-3353
jluna@lseblaw.com
*Counsel for Debtors*

/s/ Stephenie Biernacki Anthony
**ATTORNEY**

2

**FLORIDA COMMUNITY BANK, N.A.'S**
**RESPONSE TO DEFENDANTS' FIRST SET OF**
**INTERROGATORIES TO FLORIDA COMMUNITY BANK, N.A.**

Pursuant to Rules 26 and 33 of the Federal Rules of Civil Procedure, made applicable to this adversary proceeding by Rules 7026 and 7033 of the Federal Rules of Bankruptcy Procedure, and other applicable law, Florida Community Bank, N.A., f/k/a Premier American Bank, N.A., a national banking association, as Assignee of the Federal Deposit Insurance Corporation as receiver for Coastal Bank (the "Bank"), by and through its undersigned counsel, hereby responds to "Defendants' First Set of Interrogatories to Florida Community Bank, N.A." (the "Interrogatories"), served by Hasmukh Patel ("H. Patel") and Niruben Patel ("N. Patel") (together, the "Debtors" or the "Defendants"), on July 6, 2018, and states as follows:

## I.       Preliminary Statement and General Objections

The Bank responds to the Interrogatories by first preserving:

### A.       Preliminary Statement

1.       All objections and/or questions as to competency, relevancy, materiality, privilege, and admissibility of evidence for any purpose with regard to the subject matter thereof, and any proceeding of this action or any other action.

2.       The right to object to the use of any of said responses or the subject matter thereof, in any proceeding in this action or any other action.

3.       The right to object on any ground, at any time, to a demand for further responses to the Interrogatories or any other discover request.

4.       The right at any time to revise, correct, add to, or clarify, any of the responses submitted herein.

### B.       General Objections

The Bank objects generally to the Interrogatories on the following grounds, and each of the general objections is incorporated in its response to the Interrogatories.

3

1.    The Bank objects to each definition, instruction, and other portion of the Interrogatories to the extent it seeks information that is subject to the attorney-client privilege, information prepared in anticipation of litigation, information not discoverable under the attorney work product doctrine, investigative privilege, joint defense privilege, the party communication privilege, or any other applicable privilege or immunity otherwise protected from disclosure under the applicable rules of procedure, and relevant case law interpreting the same.  Even where an objection as to privilege is not specifically raised in a response, all responses (the "Responses") to the Interrogatories are subject to withholding of such protected information and, by making the Responses, the Bank is not waiving or failing to assert any privilege available to it.

2.    The Bank objects to each definition, instruction, and Interrogatory to the extent it purports to require information that is not relevant to this cause, and to the extent it seeks information not reasonably calculated to lead to the discovery of admissible evidence pursuant to the applicable rules of procedure and case law interpreting the same.

3.    Any response herein is not an admission of relevance, materiality, or admissibility of the information provided and the Bank expressly reserves all objections regarding relevance, materiality, and admissibility thereof.

4.    The Bank objects to each definition, instruction, and Interrogatory to the extent it purports to impose burdens in excess of those that the applicable rules of procedure allow.

5.    The Bank objects to each Interrogatory to the extent that it is overly broad, unduly burdensome or oppressive; and complete answers to the Interrogatories would require the Bank to review and produce numerous documents unrelated to this cause.

6.    The Bank objects to each definition and instruction to the extent it purports to insinuate, assume, or state a contested issue of fact or law or to set forth a legal conclusion.

7.    Much of the Interrogatories requires the same or similar objections; to avoid repeating detailed grounds for these objections, a general discussion of each objection follows; the following general discussion is not intended to limit in any way the definition of a particular term pursuant to the applicable

4

rules of procedure, and other applicable law.

    a. **Attorney-Client Privilege**:  The Interrogatories seeks to obtain answers protected from disclosure under established principles of the attorney-client privilege.

    b. **Burdensome:**   Given the nature of this action, the Interrogatories are unduly burdensome and oppressive because of, by way of example, the detail required or the format described.

    c. **Irrelevant:**  The Interrogatories seeks answers that are wholly outside the scope of discovery in this action, or are not reasonably calculated to lead to the discovery of admissible evidence.

    d. **Public Record:**   The Interrogatories seeks answers that are a matter of public record, or are otherwise as easily accessible.

    e. **Vague or Ambiguous**:   Even applying common sense to the Interrogatories, the requests are too indefinite or unclear to be capable of precise answers.

    f. **Work Product**:   The Interrogatories seeks answers concerning actions taken by the Bank's attorneys in preparation of this or other related or anticipated litigation; answers that constitute mental impressions, conclusions, opinions, or legal theories of an attorney or other representative of a party concerning litigation; or answers which rely upon documents or other tangible things that were prepared in anticipation of litigation or for trial.

    g. **Other Privileges:**   The Interrogatories seeks answers protected from disclosure by other privileges established by applicable law.

8.    In responding to the Interrogatories, the Bank shall use the capitalized terms that have been defined with particularity in its Adversary Complaint (the "Complaint") in this cause.

### Answers and Specific Objections to Interrogatories

1.      Identify each Person who assisted you in answering these Interrogatories and the person's official position or relationship with You, including full name, residence or business address, and phone number.

**ANSWER:**

**Stephenie Anthony, Esquire, Anthony and Partners, LLC, 201 North Franklin, Suite 2800, Tampa, FL 33602, counsel for the Bank.**

**Nicholas Lafalce, Esquire, Anthony and Partners, LLC, 201 North Franklin, Suite 2800, Tampa, FL 33602, counsel for the Bank.**

2.      Identify each Person with knowledge or information relating to the allegations set forth in the Complaint.  For each such Person, state the nature and substance of such knowledge or information.

**ANSWER:**

**H. Patel has information related to the formation of FFH; the purchase, management and operation of the Hotel; the ownership, membership interest or other rights to distributions from FFH; and has knowledge regarding the preparation and filing of the Schedules.**

**N. Patel has information related to the formation of FFH; the purchase, management and operation of the Hotel; the ownership, membership interests, or other rights to distributions from FFH; and has knowledge regarding the preparation and filing of the Schedules.**

**L. Patel has information related to the formation of FFH, the purchase, management and operation of the Hotel; and the ownership, membership interests, or other rights to distributions from FFH.**

**FFH has information related to the formation of FFH, the purchase, management and operation of the Hotel; and the ownership, membership interests, or other rights to distributions from FFH.**

Ramanbhai P. Patel has knowledge regarding the formation of JaxFlorida Group, LLC; the original purchase of the Hotel; and the subsequent sale of the Hotel to FFH.

JaxFlorida has knowledge regarding the formation of JaxFlorida Group, LLC; the original purchase of the Hotel; and the subsequent sale of the Hotel to FFH.

NOA Bank has knowledge regarding the financing of the Hotel purchase; and its lending relationship with FFH.

Small Business Association has knowledge regarding the financing of the Hotel purchase.

3.      Identify any and all documents consulted, referred to or used in preparing the Complaint.

**ANSWER:**

The Bank directs the Defendants to the documents attached to the Complaint and produced in response to the Request for Production.

4.      Identify each person whom you expect to call as a witness at the trial in this adversary proceeding and designate whether each such witness is an expert witness and for each person identified briefly state the subject matter of that person's expected testimony.

**ANSWER:**

Hasmukh Patel has information related to the formation of FFH; the purchase, management and operation of the Hotel; the ownership, membership or rights to distributions from FFH; and has knowledge regarding the preparation and filing of the Schedules.

Niruben Patel has information related to the formation of FFH; the purchase, management and operation of the Hotel; the ownership, membership interests, or other rights to distributions from FFH; and has knowledge regarding the preparation and filing of the Schedules.

Lisa Patel has information related to the formation of FFH; the purchase, management and operation of the Hotel; and the ownership, membership interests, or other rights to distributions from FFH.

7

Ramanbhai P. Patel has knowledge regarding the formation of JaxFlorida Group, LLC and the original purchase of the Hotel and subsequent sale to FFH.

Corporate Representative of Florida Family Hospitality, LLC has knowledge of the purchase, management and operation of the Hotel.

Corporate Representative of JaxFlorida Group, LLC has knowledge of its purchase of the Hotel and subsequent sale to FFH.

Corporate representative of the Bank has knowledge of the Obligation owed to the Bank by the Debtors.

Corporate Representative of NOA Bank has knowledge regarding the financing of the Hotel purchase; and its lending relationship with FFH.

Corporate Representative of the Small Business Association has knowledge regarding the financing of the Hotel purchase.

The Bank has not designated any experts at this time but preserves its right to supplement its answer to this Interrogatory no. 4.

5.    Identify all documents consulted, referred to or used in preparing your responses to these Interrogatories.

ANSWER:

The Bank directs the Defendants to the documents attached to the Complaint and produced in response to the Request for Production.

6.    State the factual basis of your contention that "The Debtors fail to list any ownership interest in FFH ... " as alleged in paragraph 22 of the Complaint.


ANSWER:

The Debtors did not list any interest in FFH on their Schedule A/B.

7.    Describe in detail the basis for your contention that Debtors have an ownership interest in Florida Family Hospitality, LLC.

**ANSWER:**

**The Debtors signed the Guarantees, incurring liability for a debt of FFH. The Debtors pledged their homestead as collateral for the obligations of FFH. The Debtors have provided their labor to run the Hotel while the purported sole owner, L. Patel, contributes little to nothing in terms of management or oversight. L. Patel contributed nothing in terms of equity to FFH, and has no experience owning or managing a hotel, but incurred a significant debt to purchase the Hotel. However, as discovery is ongoing, the Bank reserves its right to amend its answer to this Interrogatory no. 7.**

8.    State the basis of your contention that ". . . the Debtors have knowingly and fraudulently made a false oath or account in the Liquidation" as alleged in paragraph 26 of the Complaint.

**ANSWER:**

**Objection: The Bank objects to this Interrogatory no. 8 as it calls for a legal conclusion.**

9.    Describe in detail the factual basis for the allegation of "loss of assets" referred to in paragraph 30 of the Compliant.

**ANSWER:**

**The Debtors had sufficient assets to guarantee the Hotel Loan, but have failed to account for the loss of those assets that necessitated the initiation of the Liquidation.**

10.    State the factual basis for your contention that "Debtors have failed to adequately explain the loss of assets available to satisfy their debts" as alleged in paragraph 30 of the Complaint, including the asset that was alleged to have been lost.

**ANSWER:**

**The Debtors had sufficient assets to guarantee the debt obligation of FFH, but have failed to account for the loss of those assets that necessitated the initiation of the Liquidation.**

9

## <u>VERIFICATION</u>

FLORIDA COMMUNITY BANK, N.A.

*Signature to be provided upon receipt*

By:_____

Title:_____

STATE OF _____

COUNTY OF_____

    Before me, the undersigned authority, on this ___ day of _____ personally appeared
_____, as _____ for Florida Community Bank, N.A., who acknowledged the foregoing and who is personally known to me or who produced _____ as identification.


_____
Notary Public
My Commission Expires:_____


As to Objections,


/s/ Stephenie Biernacki Anthony
**JOHN A. ANTHONY, ESQUIRE**
Florida Bar Number:  0731013
janthony@anthonyandpartners.com
**STEPHENIE BIERNACKI ANTHONY, ESQUIRE**
santhony@anthonyandpartners.com
Florida Bar No. 0127299
Anthony & Partners, LLC
201 N. Franklin Street, Suite 2800
Tampa, Florida  33602
Telephone:  813/273-5616/Facsimile:  813/221-4113
Attorneys for the Bank

10